AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Daniel Rasic

V.

City of Northlake, Chief Dennis A. Koletsos, individually, and the City of Northlake Police and Fire Commission, Roberta Larson, Manuel Ferra, and Gary Merchant

CASE NUMBER: **08 C 104**

ASSIGNED JUDGE: **JUDGE DARRAH**

DESIGNATED MAGISTRATE JUDGE: **MAGISTRATE JUDGE SCHENKIER**

TO: (Name and address of Defendant)

Chief Dennis A. Koletsos
55 East North Avenue
Northlake, Illinois 60164

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Alejandro Caffarelli
Caffarelli & Siegel Ltd.
180 N. Stetson Ave., Ste. 3150
Chicago, IL 60601

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

**Michael W. Dobbins, Clerk**

*Cynthia Mercado*
--------------------------------
(By) DEPUTY CLERK



January 7, 2008
--------------------------------
Date

IN THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

Daniel Rasic

vs.

City Of Northlake, et al.

Case Number   08 C 104

## AFFIDAVIT OF SERVICE

I, Ryan Flaska, being first duly sworn on oath deposes and states that I am over the age of 18 years and not a party to this action, and on the 14 day of January, 2008, at 11:00 AM at 55 East North Ave., Northlake, IL 60164, did serve the following document(s):

**Summons and Complaint**

Upon: **Chief Dennis A. Kolctsos**

By: ☑ Personally serving to Claudia Esquivel-Village Clerk

☐ leaving copies at the usual place of abode with:

a member of the household 13 years or upwards and informed that person of the contents thereof

☐ by mailing copies of said document(s) in a sealed envelope with postage fully prepaid to the defendant:

at 55 East North Ave, Northlake, IL 60164 on

| Description: | Sex | Female | Race | **Hispanic** | Approximate Age | **28** |
|---|---|---|---|---|---|---|
| | Height | 5'5 | Weight | **130** | Hair Color | **Brown** |

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this affidavit of service are true and correct.

Further the Affiant Sayeth Naught.

Ryan Flaska
United Processing, Inc.
55 West Wacker Drive, 9th Floor
Chicago, IL 60601
IL License #117-001101