# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| **DANIEL RASIC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 08 C 104** |
| | ) | |
| **CITY OF NORTHLAKE, CHIEF** | ) | **Judge Darrah** |
| **DENNIS A. KOLETSOS, individually,** | ) | |
| **and the CITY OF NORTHLAKE** | ) | **Magistrate Judge Schenkier** |
| **POLICE AND FIRE COMMISSION,** | ) | |
| **Roberta Larson, Manuel Ferra, and** | ) | |
| **Gary Merchant,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## MOTION TO DISMISS

NOW COMES Dennis Koletsos, one of the Defendants herein, and pursuant to FRCP 12(b)(2) and 12(b)(6) moves that Counts I and II be dismissed as to Koletsos because, as a matter of law, the Family and Medical Leave Act does not impose individual liability on public agency employees.  In the alternative, because the law is not clearly established that the FMLA imposes individual liability on employees of public agency, Koletsos is entitled to dismissal based on his qualified immunity.  In further support of this Motion, Defendant Koletsos separately files his supporting Memorandum.

Respectfully submitted,

Dennis Koletsos

JOHN B. MURPHEY                    By: ___/s/ John B. Murphey___
ARDC #1992635                              His Attorney
Rosenthal, Murphey & Coblentz
30 N. LaSalle St., Suite. 1624
Chicago, Illinois 60602
Tel. (312) 541-1072
Fax (312) 541-9191

## CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2008, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of said filing to all parties listed below:

Alejandro Caffarelli
Jessica Judith Fayerman
Caffarelli & Siegel Ltd.
Two Prudential Plaza
180 North Stetson Avenue
Suite 3150
Chicago, Illinois 60601

Mark H. Sterk
Michael Joseph Hayes, Jr.
Michael J. McGrath
Odelson & Sterk, Ltd.
3318 West 95th Street
Evergreen Park, Illinois 60805

    /s/    Douglas M. Doty
ROSENTHAL, MURPHEY & COBLENTZ
Attorney for Dennis Koletsos
30 North LaSalle Street, Suite 1624
Chicago, Illinois 60602
Tel. (312) 541-1070
Fax: (312) 541-9191