IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DANIEL RASIC,<br><br>                           Plaintiff,<br>vs.<br><br>CITY OF NORTHLAKE, CHIEF DENNIS A. KOLETSOS, individually, and the CITY OF NORTHLAKE POLICE AND FIRE COMMISSION, Roberta Larson, Manuel Ferra, and Gary Merchant,,<br>                           Defendants. | No. 08 C 108<br><br>Judge John W. Darrah<br><br>Magistrate Judge Schenkier |

### NOTICE OF MOTION

**TO:**    Alejandro Caffarelli                        Mark H. Sterk
          Jessica Judith Fayerman             Michael Joseph Hayes, Jr.
          Caffarelli & Siegel Ltd.                 Michael J. McGrath
          Two Prudential Plaza                  Odelson & Sterk, Ltd.
          180 North Stetson Avenue Suite 3150   3318 West 95th Street
          Chicago, Illinois 60601                 Evergreen Park, Illinois 60805

PLEASE TAKE NOTICE that on **Tuesday, February 12, 2008**, I shall appear before the Honorable John W. Darrah, at the Dirksen Federal Building, 219 S. Dearborn St., Room 1203, Chicago, Illinois at **9:00 a.m.** or as soon thereafter as counsel may be heard, and present to him or any judge sitting in his stead, **DEFENDANT DENNIS A. KOLETSOS' MOTION TO DISMISS**, a copy of which is attached hereto and served upon you herewith.

                                                                                     /s/ John B. Murphey

JOHN B. MURPHEY
ARDC # 1992635
ROSENTHAL, MURPHEY & COBLENTZ
Attorneys for Dennis Koletsos
30 North LaSalle Street, Suite 1624
Chicago, Illinois  60602
Tel.: (312) 541-1070
Fax: (312) 541-9191

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 5, 2008, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of said filing to all parties listed below:

| | |
|---|---|
| Alejandro Caffarelli | Mark H. Sterk |
| Jessica Judith Fayerman | Michael Joseph Hayes, Jr. |
| Caffarelli & Siegel Ltd. | Michael J. McGrath |
| Two Prudential Plaza | Odelson & Sterk, Ltd. |
| 180 North Stetson Avenue | 3318 West 95th Street |
| Suite 3150 | Evergreen Park, Illinois 60805 |
| Chicago, Illinois 60601 | |

      /s/   Douglas M. Doty
ROSENTHAL, MURPHEY & COBLENTZ
Attorneys for Dennis Koletsos
30 North LaSalle Street, Suite 1624
Chicago, Illinois 60602
Tel. (312) 541-1070
Fax: (312) 541-9191