## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0
## Eastern Division

Daniel Rasic
                               Plaintiff,

v.                                                             Case No.: 1:08−cv−00104
                                                                       Honorable John W. Darrah

City of Northlake, et al.
                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 12, 2008:

       MINUTE entry before Judge John W. Darrah :Defendant's motion to dismiss [16] is entered and briefed as follows: response by 3/4/08, reply by 3/18/08. Status hearing set for 3/11/08 is re−set to 4/24/08 at 9:00 a.m. Defendant Northlake is granted leave to file their answer by the close of business on 2/15/08. Mailed notice(maf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.