1      TRANSCRIPT OF NORTHLAKE POLICE DEPARTMENT

2         TAPE RECORDING OF INCOMING CALL ON

3         LINE 5755 JULY 13, 2007, AT 9:49 A.M.

4

5                   * * * * * * * * * * * * * *

6

7         DETECTIVE BERES:  Northlake Police.

8         DAN RASIC:  Who is this?

9         DETECTIVE BERES:  This is Detective Beres.

10        DAN RASIC:  Hey, how you doing.  It's Dan

11        DETECTIVE BERES:  Dan, good.

12        DAN RASIC:  How are you?

13        DETECTIVE BERES:  All right.

14        DAN RASIC:  Hey, could you transfer me to the

15   Chief.  Is the Chief there?

16        DETECTIVE BERES:  He's not in today.

17        DAN RASIC:  Oh, he's not?

18        DETECTIVE BERES:  Yeah.

19        DAN RASIC:  Could you just transfer me to his

20   voice mail?

21        DETECTIVE BERES:  Uh, hold on.  I have to

22   have somebody show me how to do that.

23        DAN RASIC:  All right.  Thank you.

24        DETECTIVE BERES:  Okay.

EXHIBIT
CHIEF
3

MARIE L.                        708) 430-2520

1          CHIEF KOLETSOS VOICE MAIL:  You've reached

2     the voice mail of Chief Dennis Koletsos of the

3     Northlake Police Department.  I'm unable to answer

4     your call at this time.  If you wish to leave a

5     message with my secretary at anytime during this

6     message, please press 1.  If not, please leave a

7     message, and I will return your call as soon as

8     possible.  Thank you.

9          VOICE MAIL OPERATOR:  I'll record your

10    message at the tone.  When you're finished, hang up

11    or stay on the line for further options.

12          DAN RASIC:  Hello, Chief Koletsos, this is

13    Dan Rasic. I just tried calling Norm, and I found out

14    he's on vacation.  I left him a voice mail, and I

15    wanted to talk to you personally, sir.  I've really

16    had a bad year with everything going on.  My father

17    is in a nursing home now too, and my wife of course

18    needs my assistance, so I'm letting you know that I'm

19    going to have to extend my leave.  I did put in for

20    three weeks which would have came up like the

21    beginning of August or so, but I'm probably going to

22    have to go even farther than that.  I will let Norm

23    know exactly what date.  I just wanted to inform you

24    personally, sir, on what's going on with the Family

1    Medical Leave Act, so, I'll get back to you, but I

2    really had a bad year with my wife, my father, so my

3    mom too because she's older, and she's had her

4    conditions as well, so I just need to get all this

5    done and finally put this year behind me and get back

6    to my career.  If you have any questions, feel free

7    to call me, Chief.  Thank you.

8                    (END OF TAPE RECORDING.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

```
 1              TRANSCRIPT OF MESSAGE LEFT ON A TAPE

 2              RECORDING TO DAN RASIC FROM CHIEF

 3            KOLETSOS, NORTHLAKE POLICE DEPARTMENT

 4            RECORDED ON LINE 2128 ON JULY 13, 2007,

 5                       AT 11:55 A.M.

 6

 7                      * * * * * * * * * * *

 8

 9         DIAL TONE.

10         RINGING.

11         ANSWERING MACHINE:  Hi, we're not home right

12    now, but if you need to contact me, call me on my

13    cell phone 708-220-0649, okay.  Good bye.

14         CHIEF KOLETSOS:  Dan, this is the Chief just

15    returning your call.  I got your call regarding the

16    extended family medical leave.  That will be fine.

17    I'm going to send you a new form in the mail.  I've

18    got you coming back after this initial three weeks on

19    August 11th.  From that point forward you will not be

20    paid while you are on leave, but I will put that down

21    in writing to you, and a form that you're going to

22    need to sign for me also.  I'll just send it to you.

23    You don't have to come in, and we'll take care of it

24    at that time, but as of August 11th, you will not be
```

EXHIBIT
CHIEF
4

MARIE L.                     (708) 430-2520

1   paid while you are on family leave, and you're also

2   going to have to make payment then too for your

3   insurance and so forth, although I am working with

4   the finance department if we keep paying the

5   insurance during that time, you'll have to repay that

6   just like you will for the three weeks that you're

7   gone right now.

8               If you have any questions, give me a

9   call.  I hope everything else is going well.

10  Congratulations, and I'll talk to you soon.   Thanks.

11  Bye.

12               (END OF TAPE RECORDING.)

13

14

15

16

17

18

19

20

21

22

23

24

1         TRANSCRIPT OF NORTHLAKE POLICE DEPARTMENT

2            TAPE RECORDING OF INCOMING CALL ON

3              LINE 5755 RECEIVED JULY 24, 2007,

4                       AT 8:56 A.M.

5

6                  *********************

7

8         DISPATCHER:  Can I help you.

9         DAN RASIC: Can I speak to Sergeant Tzinis?

10        DISPATCHER:  Sure, hold on.

11        SECOND DISPATCHER:  Northlake Police.

12        DAN RASIC:  Can I speak to the sergeant?

13        SECOND DISPATCHER:  Sure, hold on.  Let me

14    transfer you through.

15        SERGEANT TZINIS:  Sergeant Tzinis.

16        DAN RASIC:  Hey, Dan, it's Dan

17        SERGEANT TZINIS:  Hey, Dan, what's up buddy?

18        DAN RASIC:  How are you?

19        SERGEANT TZINIS:  What are you doing?

20        DAN RASIC:  Not much.  What are you doing?

21        SERGEANT TZINIS:  How's your daughter?

22        DAN RASIC:  Good.

23        SERGEANT TZINIS:  Huh?

24        DAN RASIC:  Good.

EXHIBIT
CHIEF

MARIE L. R[illegible]08) 430-2520

C0400

1              SERGEANT TZINIS:  Is she crying?

2              DAN RASIC:  Yeah.

3              SERGEANT TZINIS:  Is she keeping you up?

4              DAN RASIC:  Yeah.

5              SERGEANT TZINIS:  Poor thing.

6              DAN RASIC:  Fuck yeah.

7              SERGEANT TZINIS:  Is she on -- you got her on

8     regular milk?

9              DAN RASIC:  Yeah, we got her on formula.

10             SERGEANT TZINIS:  But is it the soy or the

11    gold milk or --

12             DAN RASIC:  No, no, no it's specially

13    formulated stuff with --

14             SERGEANT TZINIS:  Yeah, because I know

15    sometimes when they have like the regular formula, it

16    gives the babies gas and that's why they cry.

17             DAN RASIC:  Yeah, we got the gas drops so --

18             SERGEANT TZINIS:  Good, good.  What's up?

19             DAN RASIC:  The baby's up a lot, and my dad's

20    in a nursing home.

21             SERGEANT TZINIS:  Your father?

22             DAN RASIC:  Yeah.

23             SERGEANT TZINIS:  What's wrong with him?

24             DAN RASIC:  Yeah, he's got a fucking -- he

1  had a whole hip fracture thing, and he's in a fucking
2  rehabilitation center.  Now he's got to have another
3  surgery, so I'm taking care of the baby and my dad.
4          SERGEANT TZINIS:  Gees.
5          DAN RASIC:  Yeah.
6          SERGEANT TZINIS:  That's crazy.
7          DAN RASIC:  I'm really swamped.
8          SERGEANT TZINIS:  That's nuts.
9          DAN RASIC:  Yeah, I'm taking care of the
10  baby, and them I go see my dad, and all kinds of
11  shit, man.
12          SERGEANT TZINIS:  Sounds like you're getting
13  it at both ends.
14          DAN RASIC:  Huh?
15          SERGEANT TZINIS:  Sounds like you're getting
16  it at both ends.
17          DAN RASIC:  Yeah, my dad fell in February,
18  but the surgery wasn't successful, so he's going back
19  and forth to the rehabilitation center, so we got to
20  take care of him, and now he's got another surgery
21  coming up plus the baby.
22          SERGEANT TZINIS:  Wow.
23          DAN RASIC:  Yeah, but we forgot one key
24  thing, Mikey.  We have a three year old running

1   around with the baby.

2          SERGEANT TZINIS:  Oh yeah, forget about it.

3          DAN RASIC:  He is fucking getting into

4   everything constantly, you know.

5          SERGEANT TZINIS:  How's Trace?

6          DAN RASIC:  Tracy's all right.

7          SERGEANT TZINIS:  Is she all right?

8          DAN RASIC:  But you know, like I said, in

9   between taking care of the baby and Mikey.

10         SERGEANT TZINIS:  Oh.

11         DAN RASIC:  It's brutal.

12         SERGEANT TZINIS:  I bet.  I bet.

13         DAN RASIC:  The first one was easy with

14  Mikey, because it was just one kid, but now, plus my

15  old man, holy shit.

16         SERGEANT TZINIS:  That's crazy.

17         DAN RASIC:  There's a lot of shit to do.

18         SERGEANT TZINIS:  I bet.

19         DAN RASIC:  Because Mikey's constantly

20  wanting to open the door, get out in the backyard,

21  get out on Calgary (phonetic), you know.  Opening

22  cabinets, opening this, and plus you got a baby you

23  got to take care of, right.

24         SERGEANT TZINIS:  Right.

1    DAN RASIC:  And then my mom's old.  She's

2    like can you come take me to, you know, this place.

3    We got to see your father.  Yeah, okay, I'll be

4    right -- I'm more swamped than I am at work, you

5    know.

6         SERGEANT TZINIS:  That's crazy.

7         DAN RASIC:  Hey, Dan, about this attorney,

8    state's attorney.  Can I have his name and phone

9    number?

10        SERGEANT TZINIS:  Yeah.  It's Sean

11   O'Callaghan.  I think it's Callaghan, but they got it

12   down here --

13        DAN RASIC:  Sean O'Callahan?

14        SERGEANT TZINIS:  Yeah, Callaghan.

15        DAN RASIC:  Callaghan?

16        SERGEANT TZINIS:  G-h-a-n.

17        DAN RASIC:  Call-a-ghan, okay.

18        SERGEANT TZINIS:  708 --

19        DAN RASIC:  708.

20        SERGEANT TZINIS:  865 --

21        DAN RASIC:  865.

22        SERGEANT TZINIS:  6080.

23        DAN RASIC:  6080.  And that's Galvez, right?

24        SERGEANT TZINIS:  Uh, yeah.

1          DAN RASIC:   The Galvez drug boy, okay.   Got

2     it.

3          SERGEANT TZINIS:   All right, see what's up

4     there, but give me a -- either way you're going to

5     have to -- if the subpoena is still good --

6          DAN RASIC:   Yeah.

7          SERGEANT TZINIS:   If you can't make it, you

8     got to call the Chief and ask him about it.

9          DAN RASIC:   I got to talk to him, because the

10    Chief is pursuing that I got to go, right.

11         SERGEANT TZINIS:   Yeah, I told him that

12    you're on family leave, and he asked when the date

13    was and I said August 7th, and it's the last day you

14    are scheduled on family leave, and he said tell him

15    he has to go to court.

16         DAN RASIC:   Oh, no, no, no, no, no.   I had

17    all of that extended with him.

18         SERGEANT TZINIS:   Okay.

19         DAN RASIC:   No, no, no, I had the family

20    leave extended.

21         SERGEANT TZINIS:   Beyond the 7th?

22         DAN RASIC:   Yeah.

23         SERGEANT TZINIS:   Okay.

24         DAN RASIC:   That's all extended.   I got

1    everything extended with him.

2          SERGEANT TZINIS:  All right, well, keep me

3    posted, Dan.

4          DAN RASIC:  You know what I mean.

5          SERGEANT TZINIS:  Keep me posted.

6          DAN RASIC:  I will.  I know you got nothing

7    to do with it.  The Chief wants me to go, I know.

8          SERGEANT TZINIS:  Yeah.

9          DAN RASIC:  Okay.

10          SERGEANT TZINIS:  All right, man.

11          DAN RASIC:  All right.

12          SERGEANT TZINIS:  Hey, you take care, man.

13    Best of luck with your father and everything.

14          DAN RASIC:  Yeah, thank you very much, and

15    things are pretty swamped.

16          SERGEANT TZINIS:  Don't worry about it.

17          DAN RASIC:  That's why I had to extend it,

18    but what's been going on over there?  Everything

19    okay, or --

20          SERGEANT TZINIS:  There's a little drama, but

21    everything's all right.

22          DAN RASIC:  Yeah, okay.

23          SERGEANT TZINIS:  Okay.  Hey, how's Brandon

24    doing?

00406

1       DAN RASIC:  You know, I don't know.  I

2  haven't talked to him.

3       SERGEANT TZINIS:  Did he call you or

4  anything?

5       DAN RASIC:  No.

6       SERGEANT TZINIS:  What the hell is wrong with

7  that guy?

8       DAN RASIC:  I know.  I don't know what

9  happened to that guy.

10       SERGEANT TZINIS:  He just fell off the face

11  of the earth.

12       DAN RASIC:  Yeah.  I called him once and left

13  a joke voice mail, but I haven't heard from him.

14       SERGEANT TZINIS:  Really.

15       DAN RASIC:  Yeah, so I don't know how great

16  it's going over there for him.

17       SERGEANT TZINIS:  I don't know.

18       DAN RASIC:  You know how some people are, you

19  only hear from them when things are good.

20       SERGEANT TZINIS:  Right.

21       DAN RASIC:  Right, Dan?

22       SERGEANT TZINIS:  Right.

23       DAN RASIC:  You know what I mean?

24       SERGEANT TZINIS:  Yeah.

1          DAN RASIC:  I'm like I haven't heard.  I'm

2     mean like damn --

3          SERGEANT TZINIS:  Isn't that funny.

4          DAN RASIC:  I wonder if things are so great

5     over there.

6          SERGEANT TZINIS:  Yeah, I hope so.

7          DAN RASIC:  I mean, I left him one voice

8     mail, but I'm not going to call him again I'm like if

9     he doesn't call me.

10          SERGEANT TZINIS:  Exactly.  Exactly.

11          DAN RASIC:  Okay.

12          SERGEANT TZINIS:  All right, buddy.

13          DAN RASIC:  Hey --

14          SERGEANT TZINIS:  Yeah.

15          DAN RASIC:  I guess I should fucking call you

16     and Brian --

17          SERGEANT TZINIS:  Yeah.

18          DAN RASIC:  If you guys want to have a beer

19     one night --

20          SERGEANT TZINIS:  Yeah, you fag.

21          DAN RASIC:  Because I need to get the hell

22     out of here sometimes.

23          SERGEANT TZINIS:  Really.  Are you cooped?

24          DAN RASIC:  Things are -- I just told you.

1    It's easier for me to go to work, right, than

2    (Inaudible).

3              SERGEANT TZINIS:  Right, that's crazy.

4              DAN RASIC:  A father --

5              SERGEANT TZINIS:  Hey, is Trace working?

6              DAN RASIC:  Listen to me.  A father with a

7    hip fracture that is unsuccessful, right.  The

8    fucking surgery was not good.  He can't even walk.

9              SERGEANT TZINIS:  Oh.

10             DAN RASIC:  Yeah.

11             SERGEANT TZINIS:  That's crazy.

12             DAN RASIC:  A little child running around.

13   He's like a little devil.  I call him Satan, man.

14   He's into everything.

15             SERGEANT TZINIS:  It's crazy.

16             DAN RASIC:  And then plus the baby cries at

17   night which Mikey's in it (Inaudible), so it's like

18   holy -- sometimes I just crash during the day two

19   hours, but then I got to go fucking help my mom.

20             SERGEANT TZINIS:  I know.

21             DAN RASIC:  So I got this extended, so I

22   don't know how the Chief, if he forgot, because he

23   sent me everything that it's extended, so I don't

24   know.

1          SERGEANT TZINIS:  All right.

2          DAN RASIC:  Well --

3          SERGEANT TZINIS:  I mean, like I said, he --

4    the last time I talked to him was last week sometime

5    about this, so if anything happened, hopefully give

6    him another ring and ask him about the subpoena if

7    you're not going to be able to make it.

8          DAN RASIC:  Yeah, okay.

9          SERGEANT TZINIS:  All right.  Or meet with

10   the state attorney and see what they come up with.

11         DAN RASIC:  All right.

12         SERGEANT TZINIS:  But leave me a voice mail

13   and give me an update.

14         DAN RASIC:  Yeah, I will.

15         SERGEANT TZINIS:  All right?

16         DAN RASIC:  All right.

17         SERGEANT TZINIS:  All right, Pete (phonetic).

18         DAN RASIC:  All right, bye.

19         SERGEANT TZINIS:  Take care, buddy.

20         DAN RASIC:  Bye.

21

22

23

24

00410

1      TRANSCRIPT OF NORTHLAKE POLICE DEPARTMENT

2        TAPE RECORDING OF INCOMING CALL ON

3          LINE 5755 RECEIVED JULY 24, 2007,

4                  AT 9:06 A.M.

5

6                ************

7

8          DISPATCHER:  Police Department, may I help

9    you?

10         DAN RASIC:  Can I speak to the Chief please.

11         DISPATCHER:  Sure, hold on.

12         KATHY:  Northlake Police Department, Kathy

13   speaking.

14         DAN RASIC:  Yeah, Kathy, this is Officer

15   Rasic.  How are you?

16         KATHY:  Hi, I'm okay.  How about you?

17         DAN RASIC:  Not bad.  Is Koletsos in?

18         KATHY:  Not yet.

19         DAN RASIC:  Can you tell him I called?

20         KATHY:  Sure.  Do you want him to call you?

21         DAN RASIC:  Yeah, if he could call me.  It's

22   about some subpoena that he wants me to go to even

23   though I'm on family medical leave.

24         KATHY:  Okay.  What number can he call you

EXHIBIT
CHIEF
6

MARIE L. _____ 708) 430-2520

1  at?

2          DAN RASIC:  It's 708 --

3          KATHY:  708.

4          DAN RASIC:  583 --

5          KATHY:  583.

6          DAN RASIC:  0577.

7          KATHY:  0577.  Norm's here.  You think he can

8  help you, or no?

9          DAN RASIC:  Yeah, sure I'll talk to him.

10          KATHY:  Oksy, I'm going to transfer you over

11  to Norm.  Hold on.

12          DAN RASIC:  All right.

13          KATHY:  You know what, let me put you on

14  hold.  I'm going to walk down there to make sure he's

15  in there.

16          DAN RASIC:  Okay.

17          KATHY:  Dan, I'm going to transfer you.  Hold

18  on.

19          DAN RASIC:  Okay, thank you.

20          KATHY:  You're welcome.

21          DEPUTY CHIEF NISSEN:  Deputy Chief Nissen.

22          DAN RASIC:  Hey Norm, it's Dan.

23          DEPUTY CHIEF NISSEN:  Yeah, Dan.

24          DAN RASIC:  How are you?

1              DEPUTY CHIEF NISSEN:  Good.

2              DAN RASIC:  Yeah, I just wanted to talk to

3    the Chief.  He wanted me to go to the subpoena August

4    7th or something.

5              DEPUTY CHIEF NISSEN:  August 7th?

6              DAN RASIC:  Yeah.

7              DEPUTY CHIEF NISSEN:  Okay.

8              DAN RASIC:  But I can't make it now because

9    of the Family Medical Leave Act.  Do you know

10   anything about it or --

11             DEPUTY CHIEF NISSEN:  No, I can't supercede

12   what the Chief told you.

13             DAN RASIC:  Oh, okay.

14             DEPUTY CHIEF NISSEN:  Chief told you to go on

15   the subpoena?

16             DAN RASIC:  Yeah.

17             DEPUTY CHIEF NISSEN:  There's nothing I could

18   say.

19             DAN RASIC:  I got a call from James and he's

20   saying that I should go to the subpoena even though

21   I'm on the Family Medical Leave Act, I mean.  I don't

22   understand.

23             DEPUTY CHIEF NISSEN:  Well, if the Chief told

24   you to do it, I can't change it.

1          DAN RASIC:  Oh, no, I was just bringing that

2    up to you because you're the Deputy Chief there.

3          DEPUTY CHIEF NISSEN:  Well, I can't supercede

4    the Chief's order.

5          DAN RASIC:  No, no, no, I'm not saying that

6    you should.  I'm just bringing it up.

7          DEPUTY CHIEF NISSEN:  All right, well,

8    there's nothing I can do.  I guess you need to talk

9    to the Chief.

10          DAN RASIC:  Okay.

11          DEPUTY CHIEF NISSEN:  All right, buddy?

12          DAN RASIC:  Okay then.

13          DEPUTY CHIEF NISSEN:  All right, bye.

14               (END OF TAPE RECORDING.)

15

16

17

18

19

20

21

22

23

24

1

1       TRANSCRIPT OF NORTHLAKE POLICE DEPARTMENT

2          TAPE RECORDING OF INCOMING CALL ON

3            LINE 5755 RECEIVED BY THE CHIEF

4             ON JULY 24, 2007, 12:42 P.M.

5

6

7                  * * * * * * * * * * * * *

8

9       DISPATCHER:  Northlake Police Department.
Denise.

10

11      DAN RASIC:  Hey Denise, this is Dan.  What's
up?

12

13      DISPATCHER:  Not much.

14      DAN RASIC:  Can I talk to the Chief, and if
he's not there, just his voice mail.  I don't need

15      his secretary.

16      DISPATCHER:  Okay, hold on.

17      DAN RASIC:  Thanks.

18      CHIEF KOLETSOS:  Chief Koletsos.

19      DAN RASIC:  Hey Chief, it's Dan, how you

20      doing?

21      CHIEF KOLETSOS:  Okay, Dan, how are you?

22      DAN RASIC:  Pretty good, sir.  Yeah, I'm just

23      getting back here.  I heard that you wanted me to

24      attend court August 7th.

MARIE L.                        (708) 430-2520        G0415

1    CHIEF KOLETSOS:  Yeah, whenever you got it

2   scheduled, yeah.  We got a subpoena.  There's a

3   subpoena for you.

4    DAN RASIC:  Yeah, I understand, but I'm on

5   the Family Medical Leave Act.

6    CHIEF KOLETSOS:  You have to go to court,

7   Dan.  I'm ordering you to go to court that day, okay.

8    DAN RASIC:  You're ordering me?

9    CHIEF KOLETSOS:  I'm ordering you.  You

10  cannot violate a subpoena whether you are on family

11  medical leave or not.  We've tried to get it

12  continued and it's not being continued.  The court

13  case has already been -- the judge has already called

14  the case up and has heard testimony already in that

15  case.

16    DAN RASIC:  Yeah, I was there and they

17  weren't ready.  I went there once or twice already

18  for subpoena and they weren't ready.

19    CHIEF KOLETSOS:  Right, okay.

20    DAN RASIC:  I have another question.  You

21  know that cop that was killed in Maywood?

22    CHIEF KOLETSOS:  Ah-ha.

23    DAN RASIC:  I was wondering, did anybody get

24  charged yet for that brutal slaying of him?

1      CHIEF KOLETSOS:  No, they did not.

2      DAN RASIC:  Because that affects my job too.

3  I know we're making a big deal about all this other

4  stuff.

5      CHIEF KOLETSOS:  What other stuff?

6      DAN RASIC:  Well, about the subpoena.

7      CHIEF KOLETSOS:  What subpoena?

8      DAN RASIC:  You just said, I have to go

9  because --

10      CHIEF KOLETSOS:  Why is that a big deal all

11  of a sudden?  That's your job as a police officer --

12      DAN RASIC:  I know.  I know.

13      CHIEF KOLETSOS:  -- when you get a subpoena

14  to go to court, Dan, why is that a big deal?

15      DAN RASIC:  They should be charged with that.

16  I think that's a big deal, Chief.

17      CHIEF KOLETSOS:  It is a big deal, yeah Dan,

18  it is a big deal.

19      DAN RASIC:  Well, has anybody been charged

20  with his slaying?

21      CHIEF KOLETSOS:  I told you no, but how does

22  that play into what your situation is?

23      DAN RASIC:  Well, you're making a big deal

24  about a subpoena.

1        CHIEF KOLETSOS:  I'm making a big deal, Dan?

2    I think you're out of line here Dan, okay.

3        DAN RASIC:  Of course I'm always out of line.

4        CHIEF KOLETSOS:  You certainly are out of

5    line, okay.

6        DAN RASIC:  You're harassing me, Chief.

7        CHIEF KOLETSOS:  You certainly are.  You file

8    whatever you need to file.

9        DAN RASIC:  I will.

10       CHIEF KOLETSOS:  Okay, and do what you need

11   to do, Dan, okay, but you got to go to court.  It's a

12   subpoena.  The court case is done.  The judge will

13   not continue the case.

14       DAN RASIC:  All right, I will call --

15       CHIEF KOLETSOS:  Your testimony is needed.

16       DAN RASIC:  I will call the court.

17       CHIEF KOLETSOS:  Okay, what I'm telling you

18   -- you're not calling the court.  I'm ordering you to

19   go to court.

20       DAN RASIC:  That's fine.

21       CHIEF KOLETSOS:  Do you understand this is a

22   direct order to go to court?

23       DAN RASIC:  Okay, fine, then I will call the

24   court and find out what is going on.

1          CHIEF KOLETSOS:  You will be in court that

2    day, Dan.  I'm ordering you.

3          DAN RASIC:  Okay.

4          CHIEF KOLETSOS:  Okay.

5          DAN RASIC:  Okay, King.

6          CHIEF KOLETSOS:  All right.  What did you

7    just say?

8          DAN RASIC:  I said my son --

9          CHIEF KOLETSOS:  No, you didn't, and I'm

10   going to charge you for insubordination for that

11   also.

12         DAN RASIC:  Of course you are.  Of course you

13   are, Chief.  You're harassing me.  I'll see you in

14   federal court.

15         CHIEF KOLETSOS:  Okay, I'll see you in

16   federal court too, but I'm going to charge you for

17   insubordination for that comment.

18         DAN RASIC:  I said king to my son.

19         CHIEF KOLETSOS:  All right, Dan.

20         DAN RASIC:  God, you're out of control.

21         CHIEF KOLETSOS:  Okay.

22         DAN RASIC:  All right.

23         CHIEF KOLETSOS:  All right.

24              (END OF TAPE RECORDING.)

MARIE L. ROGERS, C.S.R.  (708) 430-2520