00451

## Rasic disciplinary summary

| Date of Occurrence | Action/Summary |
|---|---|

**January 11, 2007**        received **(1) one day suspension**

Summary:
Abused police powers by reporting a driver to the Illinois
Secretary of State for re-examination without supporting
facts.

**February 17, 2005**        received **(2) two day suspension**

Summary:
Failed to meet department production standards.

**November 24, 2004**        received **(2) two day suspension**

Summary:
Failed to appear in court on a subpoena for a DUI. Case
was dropped to a reckless driving.

**November 2, 2004**        received **(1) one day suspension**

Summary:
Failed to meet department production standards.

**August 31, 2004**        received **(20) twenty day suspension**

Summary:
Used foul and abusive language to a civilian. Threatened
to hurt the civilian's dog. Was in subordinate to his
commanding officer in public by using foul language *"I'll
file a fucking grievance against you"*. The commander had
to order the officer off the scene and relieved Rasic of
duties.

**July 8, 2004**        received **letter of reprimand**

Summary:
Failed to meet department production standards.

**October 4, 2003**        received **letter of reprimand**

Summary:
Neglected duty, failed to turn in form.



1

00452
2

December 30, 1999 — **Sworn in as Police Officer**

September 11, 2000 — **received one (1) day suspension**
Summary:
Failed to attend assigned training.

January 19, 2001 — **received two (2) day suspension**
Summary:
Failed to attend assigned training class

February 4, 2002 — **received letter of reprimand**
Summary:
Failed to check oil in squad.

February 26, 2002 — **received letter of reprimand**
Summary:
Failed to attend court.

January 29, 2003 — **received one (1) day suspension**
Summary:
Spoke disrespectfully and unprofessionally to a commanding officer.

April 8, 2003 — **received letter of reprimand**
Summary:
Failed to meet department production standards.

April 15, 2003 — **received two (2) day suspension**
Summary:
Failed to appear in felony court after receiving a subpoena.

May 13, 2003 — **received one (1) day suspension**
Summary:
Failed to meet department performance standards.

# NORTHLAKE POLICE DEPARTMENT

## GENERAL ORDER:  13-10

| | |
|---|---|
| **Effective Date:** | **Review Date:** |
| July 29, 2002 | Annually |
| SUBJECT: | ISSUED BY: |
| COURT APPEARANCE AND PROCEDURE | Dennis A. Koletsos, Chief of Police |
| Distribution: | Rescinds: |
| ALL PERSONNEL | General Order #19 Dated May 5, 1995 |
| CALEA REF: | |

I. <u>PURPOSE</u>

The purpose of this General Order is to provide guidelines and procedures for employees who are assigned to appear in traffic and/or criminal court. This order shall also identify procedures to be adhered to relating to non-criminal court-related matters for which employees may be called to testify as a plaintiff or witness.

II. <u>POLICY</u>

The Northlake Police Department recognizes the powers and duties vested in its employees serving the community. This includes the responsibility of officers being properly prepared and attending court dates. Therefore, it is the policy of this Department that all sworn officers whose primary responsibilities include patrol and investigative functions, to appear on all regularly assigned court dates unless instructed otherwise by the State's Attorney's office or Command authority.

III. <u>DEFINITIONS</u>

A. <u>Regular Court Date</u>

A date(s) annually posted as the officer's particular date(s) in which he/she will issue traffic or criminal complaints for appearance.



EXHIBIT

C0453

B. Subpoena

A subpoena is issued by a judicial officer commanding the person to whom it is directed to attend a trial, hearing, or deposition for the purpose of testifying. Officers are required to appear on all subpoenas unless directed otherwise by the issuing court officer.

C. Court Supplementary Report

A supplementary report prepared by the appearing officer documenting the actions the court has taken on the particular hearing or trial date. The report shall include the judge and ASA name, courtroom number, Circuit Court case number and related disposition or continuance information. This report shall be generated on every hearing date.

## IV.  REPORTING TO COURT

Officers shall arrive on time for all required court appearances and be prepared to testify. Officers should allow time for reasonably related duties such as retrieving the case file or necessary evidence.

Officers are also required to contact the Cook County State's Attorney's office and make notification of absence, due to illness, to the courtroom Assistant State's Attorney. Only the Cook County State's Attorney can excuse an officer from court appearance due to illness. The officer should document the name and date to which notice was given.

## V.  VACATIONS/BENEFIT TIME ABSENCE

Officers are required to appear at all assigned court dates whether or not benefit time was approved off during an appearance date. The officer may only be excused from appearance by an Assistant State's Attorney. The courtroom supervisor shall be made aware of any courtroom approved absences in advance to the date in which the officer will not be in court.

## VI.  OFFICER DEMEANOR, APPEARANCE AND CONDUCT

A. Demeanor/Absence from Court

Tardiness or absence for court will be considered as tardiness or absence for duty and will be handled using normal disciplinary procedure. Officers calling in absent from court shall also receive approval from a supervisor from the Northlake Police Department before being excused from court duty. A supervisor may require an officer, who is scheduled to work, to remain on street duty until called to appear on a particular court case as needed. Officers appearing in court are considered on-duty. Officers will present themselves in a professional, business-like manner, obeying all orders and rules of the court. Officers will cooperate with court personnel and State's Attorneys. Officers will be properly prepared for testimony and presentation of evidence for their scheduled cases. Officers will be present in the courtroom when the court begins.

GO 13-10
July 29, 2002
Court Appearance and Procedure

00454

REVIEWED

APR 2 9 2004

ACCREDITATION MANAGER
NORTHLAKE POLICE DEPARTMENT

REVIEWED

MAR 1 9 2002

ACCREDITATION MANAGER
NORTHLAKE POLICE DEPARTMENT

REVIEWED

MAR 2 6 2003

ACCREDITATION MANAGER
NORTHLAKE POLICE DEPARTMENT

# NORTHLAKE POLICE DEPARTMENT

## GENERAL ORDER: 2-1

| | |
|---|---|
| **Effective Date:** | **Review Date:** |
| March 15, 2001 | April 1, 2002 |

**ISSUED BY:**

**SUBJECT:**

**COMMAND AUTHORITY**

Dennis A. Koletsos, Chief of Police

**Rescinds:**

**Distribution:**

**ALL PERSONNEL**

General Order #62

CALEA REF: 12.1.1, 12.1.2, 12.1.3,

I. **PURPOSE**

The purpose of this order is to outline the command authority of the Northlake Police Department.

II. **POLICY**

It shall be the policy of this Department to adhere to the chain of command outlined in this order and to hold all command and supervisory personnel accountable for the direct supervision of personnel assigned to them.

III. **SCOPE**

This policy clearly establishes the command authority of the following:

A. Chief of Police

B. Designated command during the Chief's absence

C. Supervisory accountability

D. The need to obey lawful orders

E. Procedures for staff meetings and shift briefings

IV. **DEFINITION**

**Lawful Order:** A lawful order will mean any direction, guidance, assistance or command from a superior officer to a subordinate officer, whether given verbally or in writing, that is not unlawful.

**EXHIBIT**

UN 2

GO 2-1
March 15, 2001
Command Authority 0 0 4 5 5

## V. PROCEDURES

A. Chief Executive Officer

 1. Pursuance to the Municipal Code of the City of Northlake, the Chief of Police is the Chief Executive Officer of the Northlake Police Department and reports directly to the Mayor.

 2. The authority and responsibility for the operation, administration and management of the Northlake Police Department is vested in the Chief of Police.

B. Command Authority in the Chief's Absence

 1. During the absence of the Chief of Police, the Deputy Chief will assume all duties and exercise all lawful powers of the Chief of Police.

 2. The Chief of Police will establish or, in his absence, the Deputy Chief of Police will authorize through written memo a Division Commander to assume the duties of the Chief of Police for situations where neither the Chief nor the Deputy Chief is capable of exercising command authority.

 3. In the case when there is an on-going emergency situation, the Sergeant or Watch Commander of the shift shall assume all command authority to effectively handle the situation until or unless an officer of higher rank relieves him/her of that responsibility.

 4. In the event that personnel from different divisions are involved in a joint operation, the supervisor from the initiating division shall assume the command authority over the operation unless otherwise authorized by a superior officer.

 5. Under normal operating conditions, the highest-ranking supervisor present will assume command of any given situation. Seniority is established first by rank and second by aggregate time served in rank on a regularly assigned basis. When conflict occurs because of identical service or days of appointment, the employee with the highest position on the eligibility list, from which the appointments were made, is deemed to be the senior.

 6. The Chief of Police has the authority to designate command authority in any situation as needed.

C. Supervisory Accountability

 1. To achieve effective direction, coordination and control, supervisory personnel will be accountable for the performance of employees under their immediate control.

 2. Supervisors are also responsible for providing guidance and assistance to their subordinates.

GO 2-1
March 15, 2001
Command Authority

00456

D. Lawful Orders

1. Department employees are required to obey any lawful order of a superior, including any order relayed from a superior by an employee of the same or lesser rank.

2. Any employee who willfully disobeys or disregards a direct order of a superior, either verbal or written, will be considered to be insubordinate.

3. No employee will be required to obey an order that is unlawful or requires that an unlawful act be committed. An unlawful order will be brought to the attention of the officer's immediate superior and to the officer who issued the order.

E. Conflicting Orders

1. If an employee receives a conflicting order or directive, the employee will respectfully call the conflict to the attention of the supervisor giving the last order.

2. Should the latter not change the order, it will be obeyed and the employee thereafter will not be responsible for disobeying the first order.

VI. **STAFF MEETINGS**

The Northlake Police Department will conduct regular staff meetings at all levels within the organization in order to maintain an effective communications network.

It is noted that, due to the very nature of the job, meetings may be called more often or be rescheduled to a different date.

The purpose of these meetings is to provide information on Department-wide activities and programs to supervisors and to facilitate and encourage exchange of information between participants.

A. Command Staff Meetings

These meetings are called at the discretion of the Chief of Police and include:

1. Chief
2. Deputy Chief
3. Investigations, Patrol and Administrative Commanders
4. Others as required

These meetings are generally held weekly.

GO 2-1
March 15, 2001
Command Authority

00457

B. General Staff Meetings

These meetings will be held when called by the Chief of Police and include:

1. Chief
2. Chief's secretary
3. Deputy Chief
4. Investigations, Patrol and Administrative Commanders
5. Shift Sergeants
6. Division Supervisors
7. Others as required

These meetings are generally held monthly.

C. Division Staff Meetings

These meetings are called at the discretion of the individual Commanders and may or may not include all Division Supervisors and/or Division employees.

D. Shift Briefings

Shift Supervisors may call such other meetings of personnel as may be required to ensure effective and efficient management of the shift and/or to provide the shift information relating to special watch, officer safety or crime trends. The Investigative Division may periodically conduct joint shift briefings at roll call to facilitate the exchange of information.

_____

Dennis A. Koletsos
Chief of Police

# CITY OF NORTHLAKE POLICE DEPARTMENT
## APPLICATION FOR LEAVE

7/6/07

Date of Application

Employee Name: DAN RASIC

| First | Middle | Last | Position |

Received By: _____ Date: _____ Time: _____ a.m. p.m.

Leave Requested Beginning  0645 a.m. p.m.  07/06/07  Ending _____ a.m. p.m. _____

Time   Date   Time   Date

Total Time Absent: _____ days hours

Type Time Leave:   (Check where appropriate)

| ☐ Sick | ☐ Vacation | ☐ Holiday | ☐ Funeral |
| ☐ Personal | ☐ Jury | ☐ Compensatory | ☒ Other |
| Requested to be: | ☐ With Pay | ☐ Without Pay | |

*For Sick Leave Absences, The Chief of Police may require a written statement from a Physician or Dentist that the employee was unable to perform his/her duties satisfactorily.

Comments: ___ FMLA ___ 1st NOTICE OF 5/15/07

I understand that a fraudulent application for any leave, is grounds for disciplinary action.

Signature of Applicant: _____

(Approving supervisor to complete & check ALL applicable boxes)

☐ Shift dropped to minimum due to time off request.
☐ Officer required to call in to verify shift minimum maintained.
☐ Shift dropped below minimum due to officer's absence.
☐ Absence next to days off, on a special event, during a holiday, Saturday or Sunday.
☐ Overtime paid to cover time off request.

Recommended for:   ☐ Approval with pay    ☐ Certificate from physician required
                   ☐ Approval without pay  ☐ Denial - Explain _____

_____    _____
Supervisor                  Date

_____    _____
Supervisor                  Date

Scheduled: ☐ Yes ☐ No

_____    7/6/07
Chief of Police             Date

**EXHIBIT**
tabbies
UN5

Instructions: Employee is to execute and submit to Supervisor for approval no later than (7) seven days prior to day off request unless employee is using sick leave or emergency time off request. Supervisor shall either approve or deny application and forward to Deputy Chief for scheduling.

If employee does not fill out application, the person who receives the call must sign the report in the appropriate area and forward to the Supervisor on-duty as soon as possible.

00459

 Windows Live™

**(No Subject)**
From: **DAN RASIC** (kingrasic1@msn.com)
Sent: Fri 5/26/06 5:54 PM
To: tylerb@dkint.com; ken.beres@sbcglobal.net; michaelbrietich@comcast.net; nlpd141@yahoo.com; RENCAVADA@yahoo.com; theduke124@comcast.net; hec127@comcast.net; markpawlak@sbcglobal.net; mcpig73@yahoo.com; cmoman2001@yahoo.com; nnissen@northlakecity.com; brsith4@msn.com; WNTRWHT@aol.com; jtzinis@sbcglobal.net; vazrf@hotmail.com; mikenpd133@comcast.net

REDACTED


EXHIBIT
UN7

00400

# City of Northlake

## Police Department

### Committed to Excellence



JEFFREY T. SHERWIN
MAYOR

DENNIS A. KOLETSOS
CHIEF OF POLICE



**TO:**        **Officer Daniel Rasic**

**FROM:**      **Chief Dennis A. Koletsos**

**DATE:**      October 2, 2006

**RE:**        LETTER OF APPRECIATION 06-19885

I would like to thank you for your efforts in the above-referenced armed robbery investigation which occurred on September 23, 2006. Your actions in this case were a clear demonstration of your professional dedication to your job and the City.

A copy of this letter shall be placed in your file for future reference. Good work!

Sincerely,

Dennis A. Koletsos
Chief of Police

DAK:lr

cc:  Board of Police Commissioners
     Deputy Chief Norman Nissen
     Personnel File

EXHIBIT
B-1
mitigation



**Administration Office**
800 N. 17th Avenue
Melrose Park, IL 60160

**Executive Director**
Donna L. Peluso

**Commissioners**
Denise Knox, President
Ronald E. Glick, Vice-President
Leonard P. Gassmann, Secretary
Thomas D. Olson, Treasurer
Darlene Trevino

May 15, 2006

Chief Dennis Koletsos
City of Northlake Police Department
55 E. North Ave.
Northlake, Illinois  60164

Dear Chief Koletsos,

On behalf of the Veterans Park District Board of Commissioners and Staff I wish to commend your police department, especially Detective Mowinski, Officer Carpenter and Officer Rasic for their immediate response to a recent vandalism and theft incident at Grant Park. Your officers were promptly on the scene, acted immediately and were instrumental in us receiving back our stolen property.

Thank you. We greatly appreciate their professionalism in handling this matter. They made us feel extremely safe and comfortable.

Sincerely,

Donna Leoni Peluso
Executive Director

# City of Northlake

## Police Department

Committed to Excellence



JEFFREY T. SHERWIN
MAYOR

DENNIS A. KOLETSOS
CHIEF OF POLICE

**TO:**    **Officer Daniel Rasic**

**FROM:**    **Chief Dennis A. Koletsos**

**DATE:**    **March 9, 2004**

**RE:**    LETTER OF APPRECIATION

On March 5th, I received a phone call from a resident who wished to compliment you on handling an accident she was involved in. She went on to say how professional and caring you were.

I would like to personally thank you for your professionalism in the way you handled this call. The resident has lived in our City for over 50 years and was extremely pleased. It is rare for citizens to write or call with compliments even when they mean to. Your actions demonstrated the importance of community policing. A copy of this memo will be placed in your file for future reference.

Dennis A. Koletsos
Chief of Police

DAK:lr

cc:   Board of Police Commissioners
      Deputy Chief Norman Nissen
      Personnel File

55 E. NORTH AVENUE • NORTHLAKE, IL 60164                    00463
EMERGENCY NO. (708) 344-2128 • NON-EMERGENCY NO. (708) 531-5755 • FAX (708) 344-2323

# City of Northlake

## Police Department

Committed to Excellence

JEFFREY T. SHERWIN
MAYOR

DENNIS A. KOLETSOS
CHIEF OF POLICE

TO:     **Officer Rasic**

FROM:   **Chief Koletsos**

DATE:   **February 11, 2002**

RE:     **LETTER OF COMMENDATION**

I would like to commend you for your efforts in the area of crime prevention during the year of 2001. You were one of the top three officers on the Department in writing Crime Prevention Notices. As you know, this is an extremely important portion of the Department's overall Community Policing Program.

Your efforts will not go unnoticed and should serve as an example for all officers to strive for. A copy of this letter will be placed in your file for future reference. Great work!

Sincerely,

Dennis A. Koletsos
Chief of Police

DAK:lr

cc:   Personnel File

# City of Northlake

## Police Department

Committed to Excellence

JEFFREY T. SHERWIN
MAYOR

DENNIS A. KOLETSOS
CHIEF OF POLICE

TO:        **Officer Rasic**

FROM:    **Chief Koletsos**

DATE:    **June 4, 2001**

RE:        LETTER OF APPRECIATION

I would like to thank you for your participation in the Rapid Deployment Training Exercise
on June 2nd, 2001. Your actions were professional and represented the Department in a
positive image. Your attendance helped make the program a success.

Dennis A. Koletsos
Chief of Police

DAK:lr

cc:    Personnel File

# City of Northlake

## Police Department

Committed to Excellence

JEFFREY T. SHERWIN
MAYOR

DENNIS A. KOLETSOS
CHIEF OF POLICE

**TO:**     **Officer Rasic**

**FROM:**   **Chief Koletsos**

**DATE:**   **June 29, 2000**

**RE:**     LETTER OF APPRECIATION

I would like to thank you for your efforts in making Northlake Days a success. Policing large crowds is not always an easy task. Your professionalism and dedication were apparent to all of the festival participants and organizers of the event. This year's festival did not have any major police related problems. This was due to your work.

A copy of this letter shall be placed in your personnel file for future reference.

Sincerely,

Dennis A. Koletsos
Chief of Police

DAK:lr

cc:   Personnel File

00406

55 E. NORTH AVENUE  •  NORTHLAKE, IL 60164
EMERGENCY NO. (708) 344-2128  •  NON-EMERGENCY NO. (708) 531-5755  •  FAX (708) 344-2323

# City of Northlake

## Police Department

Committed to Excellence

JEFFREY T. SHERWIN
MAYOR

DENNIS A. KOLETSOS
CHIEF OF POLICE

**TO:**     P.S.O. Daniel Rasic

**FROM:**   Chief Dennis Koletsos

**DATE:**   October 5, 1998

**REF:**    LETTER OF APPRECIATION - #98-6544

I would like to extend my appreciation to you for the fine work you did in the serving as an interpreter in the above drug arrest case. Your efforts were both timely and professional in translating instructions in polish, which enabled officers to obtain a voluntary search of a residence which led to a felony arrest.

It is nice to know that you have the ability to converse in polish which is a valuable asset to the department. A copy of this letter shall be placed in your personnel file for future reference.

Nice Work!

Sincerely,

Dennis Koletsos
Chief of Police

00467

September 30, 1998

Mr. Dennis Koletsos
Chief Of Police
Northlake Police Department
55 East North Avenue
Northlake IL 60164

Dear Chief Koletsos,

    On Tuesday, September 29th, four of our police officers
responded to my call regarding a drug transaction taking
place. They not only answered the call promptly and
had control of the situation immediately, but were very
professional in their manner and appearance.

    Although by today's standards this was a very small
drug deal, it makes a resident feel very good when our
officers follow thru and take control of the problem.
It also sends a message to anyone contemplating buying or
selling drugs in our community that the residents of the
City of Northlake, the Northlake Police Department, and
public officials have a zero tolerance for this type of
activity. We will call the police and the police will
respond and take the necessary measures to keep our
community a safe place to live and raise our families.

    The officers who responded to the call were Officer
Michael Willner, Officer Dom Rossi, Officer Ken Bruce and
PSO Dan Rasic. They also enlisted the help of Officer
Ptacek of Franklin Park and K-9 TAZ. Please give these men
my heartfelt thanks for a job well done.

Sincerely,

Beverly A. Foster
Alderman
Fourth Ward
City of Northlake

CC:    Officer Mike Willner
       Officer Dom Rossi
       Officer Ken Bruce
       Officer Dan Rasic

C0466

# City of Northlake

## Police Department

### Committed to Excellence

JEFFREY T. SHERWIN
MAYOR

DENNIS A. KOLETSOS
CHIEF OF POLICE

### TRANSMITTAL #98-152

**TO:**     **Public Safety Officer Rasic**

**FROM:**   **Chief Koletsos**

**DATE:**   July 1, 1998

**REF:**    **LETTER OF APPRECIATION**

I would like to thank you for your outstanding efforts in making Northlake Days 1998, a success. The 3-day event went off without any major security problems because of your efforts and dedication to duty while assigned to the festival grounds and adjoining parking areas.

Everyone suffered with the extremely hot and humid conditions which could easily have provoked tempers which could have escalated into problems. However, with the professional police presence, this did not occur. I received numerous compliments regarding the demeanor of police personnel during this event.

Thank you for a job well done!

Sincerely,

Dennis Koletsos
Chief of Police

00489

Dear Siri,                                    11-6-97

    I've want to <u>thank you</u> for watching our home while we were on vacation.

    It was one less worry we had while on our trip.

    Thank you for all the hard work you do for the people in Overlake!

             The Lovelli's
    63 Overlake Ho Drive

00470

# NORTHLAKE POLICE DEPARTMENT

## Police Officer Performance Review

COPY

**Employee Name:** _Officer Rasic_

**Job Title:** _Police Officer_

**Department:** _Northlake - Patrol Training_

**Supervisor:** _SGT K. Byars_

**6 Month Review Period:** _January - June 2000_

**12 Month Review Period:** _____

**6 Month Date:** _____

**12 Month Date:** _____

## INTRODUCTION

**Rating Guide:**

| [1]<br>Unsatisfactory<br>Performance | [2]<br>Improvement<br>Desired | [3]<br>Meets<br>Expectations | [4]<br>Exceeds<br>Expectations | [5]<br>Outstanding<br>Performance |
|---|---|---|---|---|

**Rating Definitions:**

**Unsatisfactory Performance**
- Lacks basic essential knowledge of job requirements
- Needs constant supervision
- No adaptability to suggestion or recommendation
- Difficult to work with
- Work falls significantly below set standards or expectations of the job
- Has difficulty following rules, regulations or direction
- Numerous complaints received from public

**Improvement Desired**
- Job knowledge limited
- Needs repetitive supervision on certain tasks
- Occasionally curt in dealing with fellow employees or citizens
- Sometimes neglects or forgets work
- Work requires frequent correction



EXHIBIT

_R-2_ 004

_mitigation_

1

### Meets Expectations
- Has sufficient job knowledge of duties to conduct daily activities
- Works steadily, produces acceptable volume of work
- Typically displays a good attitude toward the public
- Follows rules as directed, accepts the direction of supervisors
- Able worker makes some suggestions for improvement

### Exceeds Expectations
- Consistently produces a volume of work above set standards
- Needs little or no supervision, consistently follows rules
- Deals well with citizens, does not receive complaints
- Has exceptional knowledge of job and duty requirements
- Undertakes assignments willingly
- Very adaptable to change

### Outstanding Performance
- Demonstrates obvious enthusiasm and interest for work
- Extremely thorough, reliable, and dependable in carrying out all assignments
- Has exceptional job knowledge, willingly shares knowledge with fellow employees
- Exceptionally high producer, exceeds all standards and expectations of position
- Extremely pleasant with the public
- Extremely adaptable to change
- Judiciously and consistently follows rules and regulations
- Self-starter who consistently seeks additional work

00472

| Quality of Work: The value of the work produced by the employee and the accuracy and acceptability of the work completed compared to established or expected standards of quality. | 6 Month Rating: (circle one)<br>1    2    ③    4    5<br><br>12 Month Rating: (circle one)<br>1    2    3    4    5 |

6 Month Comments: *Recruit Officer Rasic Produces an acceptably and legibly written Reports for an officer with his limited Experience. His work Quality meets what is expected of him at this stage in his Career.*

12 Month Comments:

| Public Contact: The way the employee deals with residents and other outside contacts. Ability of employee to live up to the title "public servant" and project a positive image. | 6 Month Rating: (circle one)<br>1    2    ③    4    5<br><br>12 Month Rating: (circle one)<br>1    2    3    4    5 |

6 Month Comments: *Recruit Rasic is always Polite and Professional when dealing with Northlake Residents and others.*

12 Month Comments:

| Initiative and Industry: The degree of energy, aptitude and ingenuity displayed by the employee in carry out work assignments. Job responsibility should be considered. | 6 Month Rating: (circle one) |
|---|---|
| | 1    2    ③    4    5 |
| | 12 Month Rating: (circle one) |
| | 1    2    3    4    5 |

6 Month Comments: Although Recruit Rasic is with a FTO, when they are given an assignment he displays Enthusiastic ENERGY towards all work assignments.

12 Month Comments:

| Adaptability to Change: Employee's ability to accept a suggestion by a superior or fellow employee. Demonstration or willingness to carry out suggestions and make own recommendations for improvements. | 6 Month Rating: (circle one) |
|---|---|
| | 1    ②    3    4    5 |
| | 12 Month Rating: (circle one) |
| | 1    2    3    4    5 |

6 Month Comments: As a trainee officer Rasic accept suggestions from his Superior officer and or fellow employee AND carry out these suggestions ENthusiastically. As A trainee he Does NoT Make recommendations this will Be Better EVALUATED WHEN Recruit is Patrolling on His own.
12 Month Comments:

       00475

| **Compliance With Supervision and Rules:** Employee's adherence to the rules and policies of the City. Employee's acceptance of direction from supervisors. | **6 Month Rating:** (circle one) 1    2    ③    4    5 |
| --- | --- |
| | **12 Month Rating:** (circle one) 1    2    3    4    5 |

**6 Month Comments:** *Recruit Rasic Follow the Rules and Policies of the city Respectfully and Professionally. Recruit Rasic accepts and follows all directions from supervisors.*

**12 Month Comments:**

| **Attitude:** The degree of interest shown by the employee in the job and the City and the willingness with which work assignments are accepted and carried out. | **6 Month Rating:** (circle one) 1    2    3    ④    5 |
| --- | --- |
| | **12 Month Rating:** (circle one) 1    2    3    4    5 |

**6 Month Comments:** *Recruit Rasic As An Excellent attitude towards His job And the City. He has a great willingness to learn, accept and carry out assignments.*

**12 Month Comments:**

00476

| Effectiveness Under Stress:<br>Ability to deal in an effective and efficient manner with a potential mentally or emotionally disruptive or disquieting situation. | 6 Month Rating: (circle one)<br>1    2    ③    4    5 |
| | 12 Month Rating: (circle one)<br>1    2    3    4    5 |

6 Month Comments: I he been on scenes with Recruit Rasic that were stressful, IE Disturbances, and he handled himself professionally and calmly. He completed his interviewing of the people involved effectively and showed no signs of him being stressed.

12 Month Comments:

| Cooperativeness:<br>The degree of cooperation and consideration displayed by the employee in working and dealing with co-workers, other employees, supervisors and outsiders. | 6 Month Rating: (circle one)<br>1    2    ③    4    5 |
| | 12 Month Rating: (circle one)<br>1    2    3    4    5 |

6 Month Comments: Recruit Rasic is cooperative and considerate to other officers, City Employees, supervisors and citizens. He deal with all with respect and professionalism. Recruit Rasic offers his assistance on other officers cases of arrests.

12 Month Comments:

| Attendance and Punctuality:<br>The comparison of the attendance record established by the employee and the degree of promptness in reporting to the job. | 6 Month Rating: (circle one)<br>1    2    ③    4    5<br>12 Month Rating: (circle one)<br>1    2    3    4    5 |

**6 Month Comments:** *Recruit Rasic Reports to work on time and does not abuse his sick time.*

**12 Month Comments:**

| Appearance/Image:<br>Projects a positive, clean and wholesome image. Appearance is neat and clean, reflecting positively on the City of Northlake. Maintains this positive image in attitude and approach to the public. | 6 Month Rating: (circle one)<br>1    2    ③    4    5<br>12 Month Rating: (circle one)<br>1    2    3    4    5 |

**6 Month Comments:** *Recruit Rasic Uniform is Always Neat and Clean just like his image. He has a positive image and attitude towards his work and the public.*

**12 Month Comments:**

## OBJECTIVES FOR NEXT REVIEW PERIOD

*Use the following section to record objectives for the next review period.*

**6 Month**
**Objective 1:** _____
_____
_____
_____

**6 Month**
**Objective 2:** _____
_____
_____
_____

**12 Month**
**Objective 1:** _____
_____
_____
_____

**12 Month**
**Objective 2:** _____
_____
_____
_____

## EMPLOYEE DEVELOPMENT PLAN

*This section should be completed after employee and supervisor have agreed upon desired areas of improvement and development needs related to upcoming goals. It should include developmental objectives, corresponding development activities (on the job, formal training, etc.), and measurements and time frames for completion.*

**6 Month**
**Developmental Objective 1:** _____
_____
_____
_____

**6 Month**
**Developmental Objective 2:** _____
_____
_____
_____

**12 Month**
**Developmental Objective 1:** _____

_____

_____

_____

**12 Month**
**Developmental Objective 2:** _____

_____

_____

## PERFORMANCE SUMMARY

*Use this section to summarize the employee's performance in the last review period, and to provide an overall rating if applicable. When providing comments, consider the employee's performance against objectives, key issues from the Employee Performance section above, and strengths/potential improvements.*

| Summary: | 6 Month |
|---|---|
| Is a valued performer who shows initiative and dependability. Works quickly and productively and is considered knowledgeable. Works well in a group and with the entire organization. Has a strong command of decision making and problem-solving techniques and can apply them appropriately. Performance extends beyond the requirements for the position. | **Overall Performance Rating:** (circle one)<br><br>1  (2)  3  4  5<br><br>**12 Month**<br>**Overall Performance Rating:** (circle one)<br><br>1  2  3  4  5 |

**6 Month Comments:** Officer Rasic shows initiative when performing his duties. and is a dependable officer. Because Rasic is still in training his work knowledge is still limited but with time it will improve. He work well with others. He is able to solve problems and complete his tasks. Rasic is performing as expected for an officer

**12 Month Comments:** with his experience.

00480

## EMPLOYEE COMMENTS

*Use the space below to make comments regarding your performance evaluation. Or, attach a separate comment sheet or self-appraisal document.*

**6 Month Review**

*No Comment At this time.*

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**12 Month Review**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

## ACKNOWLEDGEMENT

I acknowledge receipt of this Police Officer Performance Review. I have reviewed it with the Chief of Police, Deputy Chief of Police, Commander or Sergeant. My written comments have been submitted on this document and/or additional paper. They were reviewed in my presence and are hereby included and made a part of the personnel record along with this Performance Review.

_Daniel Rasú_
Police Officer's Signature

6 Month
Date: _16 Jun 00_

_____
Police Officer's Signature

12 Month
Date: _____

_SGT K. Byars 126_
Sergeant

6 Month
Date: _16 Jun 2000_

_____
Sergeant

12 Month
Date: _____

_Cmdr. S_____
Commander

6 Month
Date: _1 Juli 00_

_____
Commander

12 Month
Date: _____

_____
Deputy Chief of Police

6 Month
Date: _7/18/00_

00482

**12 Month**
**Date:**_____

_____
**Deputy Chief of Police**

_[signature]_

**6 Month**
**Date:**_____7-18-00_____

___Chief of Police

**12 Month**
**Date:**_____

_____
**Chief of Police**

# NORTHLAKE POLICE DEPARTMENT

## Police Officer Performance Review

**COPY**

| | |
|---|---|
| Employee Name: | Daniel Rasic # 152 |
| Job Title: | Police Officer |
| Department: | Patrol |
| Supervisor: | Sgt. Robert A. Fazzi |
| 6 Month Review Period: | |
| 12 Month Review Period: | July 2000 To December 2000 |
| 6 Month Date: | |
| 12 Month Date: | January 17, 2001 |

## INTRODUCTION

**Rating Guide:**

| [1] Unsatisfactory Performance | [2] Improvement Desired | [3] Meets Expectations | [4] Exceeds Expectations | [5] Outstanding Performance |
|---|---|---|---|---|

**Rating Definitions:**

### Unsatisfactory Performance
- Lacks basic essential knowledge of job requirements
- Needs constant supervision
- No adaptability to suggestion or recommendation
- Difficult to work with
- Work falls significantly below set standards or expectations of the job
- Has difficulty following rules, regulations or direction
- Numerous complaints received from public

### Improvement Desired
- Job knowledge limited
- Needs repetitive supervision on certain tasks
- Occasionally curt in dealing with fellow employees or citizens
- Sometimes neglects or forgets work
- Work requires frequent correction



EXHIBIT
R-3
mitigation 04 4

## Meets Expectations
- Has sufficient job knowledge of duties to conduct daily activities
- Works steadily, produces acceptable volume of work
- Typically displays a good attitude toward the public
- Follows rules as directed, accepts the direction of supervisors
- Able worker makes some suggestions for improvement

## Exceeds Expectations
- Consistently produces a volume of work above set standards
- Needs little or no supervision, consistently follows rules
- Deals well with citizens, does not receive complaints
- Has exceptional knowledge of job and duty requirements
- Undertakes assignments willingly
- Very adaptable to change

## Outstanding Performance
- Demonstrates obvious enthusiasm and interest for work
- Extremely thorough, reliable, and dependable in carrying out all assignments
- Has exceptional job knowledge, willingly shares knowledge with fellow employees
- Exceptionally high producer, exceeds all standards and expectations of position
- Extremely pleasant with the public
- Extremely adaptable to change
- Judiciously and consistently follows rules and regulations
- Self-starter who consistently seeks additional work

Police Officer Performance Review

00485

## EMPLOYEE PERFORMANCE

Use this section to describe employee performance in specific work areas.

**Job Knowledge:**
Understands duties and responsibilities, has necessary job knowledge, has necessary technical skills, understands Department mission/values, keeps job knowledge current, is in command of critical issues. Consideration should be given to the amount of experience of the employee.

**6 Month Rating:** (circle one)

1     2     3     4     5

**12 Month Rating:** (circle one)

1     2     ③     4     5

**6 Month Comments:**

**12 Month Comments:** He has successfully completed his year of probation. He has attained the basic job knowledge. He is familiar with most commonly applied department policies and procedures.

**Quantity of Work:**
The volume of work produced by the employee and the efficient dispatch, with which the work is completed, compared to established or expected standards of production.

**6 Month Rating:** (circle one)

1     2     3     4     5

**12 Month Rating:** (circle one)

1     2     ③     4     5

**6 Month Comments:**

**12 Month Comments:** His productivity is above minimum levels all categories. He is always willing to do his fair share. He often volunteers without having to be assigned.

Police Officer Performance Review

00486

**Quality of Work:**
The value of the work produced by the employee and the accuracy and acceptability of the work completed compared to established or expected standards of quality.

**6 Month Rating:** (circle one)

1    2    3    4    5

**12 Month Rating:** (circle one)

1    ②    3    4    5

**6 Month Comments:**

**12 Month Comments:** He periodically requires an excessive amount of time to complete a report. When completed his reports are legible with very few grammatical errors.

**Public Contact:**
The way the employee deals with residents and other outside contacts. Ability of employee to live up to the title "public servant" and project a positive image.

**6 Month Rating:** (circle one)

1    2    3    4    5

**12 Month Rating:** (circle one)

1    2    ③    4    5

**6 Month Comments:**

**12 Month Comments:** He communicates in a professional manner. The citizens he has come into contact with, are treated with respect.

Police Officer Performance Review

00487

| Initiative and Industry: | 6 Month Rating: (circle one) | | | | |
|---|---|---|---|---|---|
| The degree of energy, aptitude and ingenuity displayed by the employee in carry out work assignments. Job responsibility should be considered. | 1 | 2 | 3 | 4 | 5 |
| | 12 Month Rating: (circle one) | | | | |
| | 1 | 2 | ③ | 4 | 5 |

**6 Month Comments:**




**12 Month Comments:** Works fairly steadily, displays a moderate interest and enthusiasm for the job.




| Adaptability to Change: | 6 Month Rating: (circle one) | | | | |
|---|---|---|---|---|---|
| Employee's ability to accept a suggestion by a superior or fellow employee. Demonstration or willingness to carry out suggestions and make own recommendations for improvements. | 1 | 2 | 3 | 4 | 5 |
| | 12 Month Rating: (circle one) | | | | |
| | 1 | 2 | ③ | 4 | 5 |

**6 Month Comments:**




**12 Month Comments:** He has an eagerness to learn. He adapts well to change, accepts and solicits suggestions from fellow officers and supervisors.




Police Officer Performance Review

00488

| Compliance With Supervision and Rules:<br>Employee's adherence to the rules and policies of the City.<br>Employee's acceptance of direction from supervisors. | 6 Month Rating: (circle one)<br><br>1   2   3   4   5<br><br>12 Month Rating: (circle one)<br><br>1   ②   3   4   5 |
|---|---|

**6 Month Comments:**




**12 Month Comments:** He has received a one (1) day suspension this rating period, for not attending a scheduled training class. He welcomes and is at ease, accepting direction from supervisors.




| Attitude:<br>The degree of interest shown by the employee in the job and the City and the willingness with which work assignments are accepted and carried out. | 6 Month Rating: (circle one)<br><br>1   2   3   4   5<br><br>12 Month Rating: (circle one)<br><br>1   2   3   ④   5 |
|---|---|

**6 Month Comments:**




**12 Month Comments:** He demonstrates tremendous dedication to the principles of the profession. When called upon to complete a particular assignment he will do so without haste. He often stays over beyond his normal shift without submitting a request for pay.




Police Officer Performance Review

**Effectiveness Under Stress:**
Ability to deal in an effective and efficient manner with a potential mentally or emotionally disruptive or disquieting situation.

**6 Month Rating:** (circle one)

1    2    3    4    5

**12 Month Rating:** (circle one)

1    2    ③    4    5

**6 Month Comments:**

**12 Month Comments:** He remains calm and maintains self-control. He uses proper selection of words and knowledge of when and how to use them.

---

**Cooperativeness:**
The degree of cooperation and consideration displayed by the employee in working and dealing with co-workers, other employees, supervisors and outsiders.

**6 Month Rating:** (circle one)

1    2    3    4    5

**12 Month Rating:** (circle one)

1    2    ③    4    5

**6 Month Comments:**

**12 Month Comments:** He has developed a good working relationship with most of his fellow officers, always appears to be at ease in any person-to-person situation.

**Attendance and Punctuality:**

The comparison of the attendance record established by the employee and the degree of promptness in reporting to the job.

**6 Month Rating:** (circle one)

1    2    3    4    5

**12 Month Rating:** (circle one)

1    ②    3    4    5

**6 Month Comments:**

**12 Month Comments:** He arrives for work on time. There have been no late arrivals during this rating period. His sick calls are at a minimum. However, he did receive a one (1) day suspension for not attending a scheduled training class.

---

**Appearance/Image:**

Projects a positive, clean and wholesome image. Appearance is neat and clean, reflecting positively on the City of Northlake. Maintains this positive image in attitude and approach to the public.

**6 Month Rating:** (circle one)

1    2    3    4    5

**12 Month Rating:** (circle one)

1    2    ③    4    5

**6 Month Comments:**

**12 Month Comments:** His uniform is always neat and clean. His uniform fits and is worn properly. He does project a positive image.

Police Officer Performance Review

00491

## OBJECTIVES FOR NEXT REVIEW PERIOD

*Use the following section to record objectives for the next review period.*

**6 Month**
**Objective 1:**

_____

_____

_____

_____

**6 Month**
**Objective 2:**

_____

_____

_____

**12 Month**
**Objective 1:**

_____

_____

_____

**12 Month**
**Objective 2:**

_____

_____

_____

_____

## EMPLOYEE DEVELOPMENT PLAN

*This section should be completed after employee and supervisor have agreed upon desired areas of improvement and development needs related to upcoming goals. It should include developmental objectives, corresponding development activities (on the job, formal training, etc.), and measurements and time frames for completion.*

**6 Month**
**Developmental Objective 1:** _____

_____

_____

_____

**6 Month**
**Developmental Objective 2:** _____

_____

_____

_____

**12 Month**
**Developmental Objective 1:** _____

_____

_____

_____

**12 Month**
**Developmental Objective 2:** _____

_____

_____

_____

## PERFORMANCE SUMMARY

*Use this section to summarize the employee's performance in the last review period, and to provide an overall rating if applicable. When providing comments, consider the employee's performance against objectives, key issues from the Employee Performance section above, and strengths/potential improvements.*

**Summary:**
Is a valued performer who shows initiative and dependability. Works quickly and productively and is considered knowledgeable. Works well in a group and with the entire organization. Has a strong command of decision making and problem-solving techniques and can apply them appropriately. Performance extends beyond the requirements for the position.

**6 Month**
**Overall Performance Rating:**
(circle one)

1     2     3     4     5

**12 Month**
**Overall Performance Rating:**
(circle one)

1     2     ③     4     5
              *

**6 Month Comments:**

**12 Month Comments:** His enthusiasm and job interest is at an acceptable level. Productivity is above the minimum requirement. He has a good working relationship with most fellow officers. He makes reasonable decisions based on information available.

Police Officer Performance Review

00493

## EMPLOYEE COMMENTS

*Use the space below to make comments regarding your performance evaluation.  Or, attach a separate comment sheet or self-appraisal document.*

### 6 Month Review

### 12 Month Review

I Believe that the evaluation is correct, Based on only one year of service. I understand the areas of improvement and Goals I must set. I Also Believe that every 6 months, I will improve.

00494

## ACKNOWLEDGEMENT

I acknowledge receipt of this Police Officer Performance Review. I have reviewed it with the Chief of Police, Deputy Chief of Police, Commander or Sergeant. My written comments have been submitted on this document and/or additional paper. They were reviewed in my presence and are hereby included and made a part of the personnel record along with this Performance Review.

_____
Police Officer's Signature

6 Month
Date:_____

*Daniel Rasic*
_____
Police Officer's Signature

12 Month
Date:_____ *17 JAN 01*_____

_____
Sergeant

6 Month
Date:_____

_____
Sergeant

12 Month
Date:_____ *1/17/01*_____

_____
Commander

6 Month
Date:_____

_____
Commander

12 Month
Date:_____ *22 Jan 01*_____

_____
Deputy Chief of Police

6 Month
Date:_____

00495

Deputy Chief of Police

12 Month
Date: 1 23 01

Chief of Police

6 Month
Date:

Chief of Police

12 Month
Date: 1- 2 3-9

00496