# NORTHLAKE POLICE DEPARTMENT

## Police Officer Performance Review

**COPY**

**Employee Name:** Officer Daniel Rasic 152

**Job Title:** Police Officer

**Department:** Patrol

**Supervisor:** Sergeant D. Rossi

**6 Month Review Period:** January 1st, 2001 to June 30th, 2001

**12 Month Review Period:** _____

**6 Month Date:** _____

**12 Month Date:** _____

## INTRODUCTION

**Rating Guide:**

| [1] Unsatisfactory Performance | [2] Improvement Desired | [3] Meets Expectations | [4] Exceeds Expectations | [5] Outstanding Performance |
|---|---|---|---|---|

**Rating Definitions:**

### Unsatisfactory Performance
- Lacks basic essential knowledge of job requirements
- Needs constant supervision
- No adaptability to suggestion or recommendation
- Difficult to work with
- Work falls significantly below set standards or expectations of the job
- Has difficulty following rules, regulations or direction
- Numerous complaints received from public

### Improvement Desired
- Job knowledge limited
- Needs repetitive supervision on certain tasks
- Occasionally curt in dealing with fellow employees or citizens
- Sometimes neglects or forgets work
- Work requires frequent correction



EXHIBIT
R-4
mitigation

00497

## Meets Expectations
- Has sufficient job knowledge of duties to conduct daily activities
- Works steadily, produces acceptable volume of work
- Typically displays a good attitude toward the public
- Follows rules as directed, accepts the direction of supervisors
- Able worker makes some suggestions for improvement

## Exceeds Expectations
- Consistently produces a volume of work above set standards
- Needs little or no supervision, consistently follows rules
- Deals well with citizens, does not receive complaints
- Has exceptional knowledge of job and duty requirements
- Undertakes assignments willingly
- Very adaptable to change

## Outstanding Performance
- Demonstrates obvious enthusiasm and interest for work
- Extremely thorough, reliable, and dependable in carrying out all assignments
- Has exceptional job knowledge, willingly shares knowledge with fellow employees
- Exceptionally high producer, exceeds all standards and expectations of position
- Extremely pleasant with the public
- Extremely adaptable to change
- Judiciously and consistently follows rules and regulations
- Self-starter who consistently seeks additional work

00498

## EMPLOYEE PERFORMANCE
*Use this section to describe employee performance in specific work areas.*

| Job Knowledge: | 6 Month Rating: (circle one) |
|---|---|
| Understands duties and responsibilities, has necessary job knowledge, has necessary technical skills, understands Department mission/values, keeps job knowledge current, is in command of critical issues. Consideration should be given to the amount of experience of the employee. | 1      2X      3      4      5<br><br>**12 Month Rating:** (circle one)<br><br>1      2      3      4      5 |

**6 Month Comments:** His general knowledge of his duties is good. He often asks questions on subject matters he knows. His self-confidence needs improvement.

**12 Month Comments:**

| Quantity of Work: | 6 Month Rating: (circle one) |
|---|---|
| The volume of work produced by the employee and the efficient dispatch with which the work is completed, compared to established or expected standards of production. | 1X      2      3      4      5<br><br>**12 Month Rating:** (circle one)<br><br>1      2      3      4      5 |

**6 Month Comments:** He did not make his standards a few times this year. He needs to show more initiative towards the department focal points, being trucks on Wolf Rd. Seat belt enforcement, DUI enforcement and susp. Person and Vehicles.

**12 Month Comments:**

00499

| Quality of Work:<br>The value of the work produced by the employee and the accuracy and acceptability of the work completed compared to established or expected standards of quality. | 6 Month Rating: (circle one)<br><br>1   2X   3   4   5<br><br>12 Month Rating: (circle one)<br><br>1   2   3   4   5 |
|---|---|

**6 Month Comments:** He takes excessive amount of time to complete report, but when finished a quality product is produced.

**12 Month Comments:**

| Public Contact:<br>The way the employee deals with residents and other outside contacts.   Ability of employee to live up to the title "public servant" and project a positive image. | 6 Month Rating: (circle one)<br><br>1   2   3X   4   5<br><br>12 Month Rating: (circle one)<br><br>1   2   3   4   5 |
|---|---|

**6 Month Comments:** He is alert to the needs of the public, showing concern for them and treating them with respect.

**12 Month Comments:**

Police Officer Performance Review

00500

| Initiative and Industry:<br>The degree of energy, aptitude and ingenuity displayed by the employee in carry out work assignments. Job responsibility should be considered. | 6 Month Rating: (circle one) |
| --- | --- |
| | 1    2X    3    4    5 |
| | 12 Month Rating: (circle one) |
| | 1    2    3    4    5 |

**6 Month Comments:** He has allowed his work ethics to slip this period. He needs to focus on improving his aggressiveness towards his duties and to not only meet his standards, but exceed them as well.

**12 Month Comments:**

| Adaptability to Change:<br>Employee's ability to accept a suggestion by a superior or fellow employee. Demonstration or willingness to carry out suggestions and make own recommendations for improvements. | 6 Month Rating: (circle one) |
| --- | --- |
| | 1    2    3X    4    5 |
| | 12 Month Rating: (circle one) |
| | 1    2    3    4    5 |

**6 Month Comments:** He openly accepts change and is willing to learn new things.

**12 Month Comments:**

00501

| Compliance With Supervision and Rules:<br>Employee's adherence to the rules and policies of the City.<br>Employee's acceptance of direction from supervisors. | 6 Month Rating: (circle one) | | | | |
|---|---|---|---|---|---|
| | 1 | 2X | 3 | 4 | 5 |
| | 12 Month Rating: (circle one) | | | | |
| | 1 | 2 | 3 | 4 | 5 |

6 Month Comments: He received a two day suspension for not attending a scheduled class.


12 Month Comments:


| Attitude:<br>The degree of interest shown by the employee in the job and the City and the willingness with which work assignments are accepted and carried out. | 6 Month Rating: (circle one) | | | | |
|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4X | 5 |
| | 12 Month Rating: (circle one) | | | | |
| | 1 | 2 | 3 | 4 | 5 |

6 Month Comments: He does not allow the negative side of his chosen career to affect him. He stays upbeat and positive while working.


12 Month Comments:


Police Officer Performance Review

00502

| Effectiveness Under Stress:<br>Ability to deal in an effective and efficient manner with a potential mentally or emotionally disruptive or disquieting situation. | 6 Month Rating: (circle one)<br>1    2    3X    4    5<br><br>12 Month Rating: (circle one)<br>1    2    3    4    5 |
|---|---|

6 Month Comments: He effectively deals with stressful incidents in a professional manner.

12 Month Comments:

| Cooperativeness:<br>The degree of cooperation and consideration displayed by the employee in working and dealing with co-workers, other employees, supervisors and outsiders. | 6 Month Rating: (circle one)<br>1    2X    3    4    5<br><br>12 Month Rating: (circle one)<br>1    2    3    4    5 |
|---|---|

6 Month Comments: He works well with other officers and assists them without being asked. He does not work overtime without being order to do so, leaving other officers to work extra hours.

12 Month Comments:

00503

| Attendance and Punctuality:<br>The comparison of the attendance record established by the employee and the degree of promptness in reporting to the job. | 6 Month Rating: (circle one) |  |  |  |  |
|---|---|---|---|---|---|
|  | 1 | 2X | 3 | 4 | 5 |
|  | 12 Month Rating: (circle one) |  |  |  |  |
|  | 1 | 2 | 3 | 4 | 5 |

**6 Month Comments:** He has a few sick calls this review period leaving his fellow officers short and requiring extra work hours of them.

**12 Month Comments:**

| Appearance/Image:<br>Projects a positive, clean and wholesome image. Appearance is neat and clean, reflecting positively on the City of Northlake. Maintains this positive image in attitude and approach to the public. | 6 Month Rating: (circle one) |  |  |  |  |
|---|---|---|---|---|---|
|  | 1 | 2 | 3X | 4 | 5 |
|  | 12 Month Rating: (circle one) |  |  |  |  |
|  | 1 | 2 | 3 | 4 | 5 |

**6 Month Comments:** He is clean and neat projecting a positive image.

**12 Month Comments:**

00504

## OBJECTIVES FOR NEXT REVIEW PERIOD

*Use the following section to record objectives for the next review period.*

**6 Month**
**Objective 1:** _____

_____

_____

_____

**6 Month**
**Objective 2:** _____

_____

_____

_____

**12 Month**
**Objective 1:** _____

_____

_____

_____

**12 Month**
**Objective 2:** _____

_____

_____

_____

## EMPLOYEE DEVELOPMENT PLAN

*This section should be completed after employee and supervisor have agreed upon desired areas of improvement and development needs related to upcoming goals. It should include developmental objectives, corresponding development activities (on the job, formal training, etc.), and measurements and time frames for completion.*

**6 Month**
**Developmental Objective 1:** _____

_____

_____

_____

**6 Month**
**Developmental Objective 2:** _____

_____

_____

_____

12 Month
Developmental Objective 1: _____

_____

_____

_____

12 Month
Developmental Objective 2: _____

_____

_____

_____

## PERFORMANCE SUMMARY

*Use this section to summarize the employee's performance in the last review period, and to provide an overall rating if applicable. When providing comments, consider the employee's performance against objectives, key issues from the Employee Performance section above, and strengths/potential improvements.*

| Summary: Is a valued performer who shows initiative and dependability. Works quickly and productively and is considered knowledgeable. Works well in a group and with the entire organization. Has a strong command of decision making and problem-solving techniques and can apply them appropriately. Performance extends beyond the requirements for the position. | 6 Month Overall Performance Rating: (circle one) 1 · 2X 3 4 5 12 Month Overall Performance Rating: (circle one) 1 2 3 4 5 |
| --- | --- |

6 Month Comments: He needs to enhance his role with the department. An improvement in his self-initiative work is a must. His attitude and his ability to change, make him asset to his shift. His decision making on non-critical issued needs to be improved along with his time management when doing reports.

12 Month Comments:

00506

below

## EMPLOYEE COMMENTS

*Use the space below to make comments regarding your performance evaluation.  Or, attach a
separate comment sheet or self-appraisal document.*

### 6 Month Review

### 12 Month Review

## ACKNOWLEDGEMENT

I acknowledge receipt of this Police Officer Performance Review. I have reviewed it with the Chief of Police, Deputy Chief of Police, Commander or Sergeant. My written comments have been submitted on this document and/or additional paper. They were reviewed in my presence and are hereby included and made a part of the personnel record along with this Performance Review.

_____
Police Officer's Signature

6 Month
Date: _19-July-01_

_____
Police Officer's Signature

12 Month
Date: _____

_____
Sergeant

6 Month
Date: _7-/9-01._

_____
Sergeant

12 Month
Date: _____

_____
Commander

6 Month
Date: _20 July 01_

_____
Commander

12 Month
Date: _____

_____
Deputy Chief of Police

6 Month
Date: _7/20/01_

00508

_____
Deputy Chief of Police

**12 Month**
Date:_____

_____
Chief of Police

**6 Month**
Date:____ 7- 25- ⁰⁄

_____
Chief of Police

**12 Month**
Date:_____

# City of Northlake

## Police Department

Committed to Excellence

JEFFREY T. SHERWIN
MAYOR

DENNIS A. KOLETSOS
CHIEF OF POLICE

**TO:**       **Officer Rasic**

**FROM:**    **Chief Koletsos**

**DATE:**    **January 29, 2001**

**RE:**       **LETTER OF SUSPENSION**

Pursuant to my authority under Section 10-2.1.17 of the Illinois Municipal Code, 65 ILCS 5/10-2.1-17, I, the duly appointed Director of Public Safety for the City of Northlake, Illinois, do hereby suspend you for a period of two (2) days without pay commencing on February 4, 2001, at 11:00 p.m. and ending on February 6, 2001, at 7:00 a.m. for your actions on January 19, 2001.

Your conduct violated provisions of the Northlake Police Department rules including the following:

**Charge:**      Violation of Section 5-1-8-2
Rule #36
Neglect of Duty

Violation of Section 5-1-8-2
Rule #12
Attention to Duty

**Specifics:**    On January 19, 2001, you failed to attend the second day of an assigned two-day training course.

Your conduct in this situation is unacceptable and can not be overlooked. This is the second occurrence of you missing assigned training. You were suspended one (1) day for failing to attend training in September of 2000.

In this situation you once again failed to notify the Department or a supervisor in a timely fashion. Additionally, after failing to attend the training course, you failed to come to work that evening, which you could have done, to work for the eight (8) hours of pay you received for the day.

55 E. NORTH AVENUE • NORTHLAKE, IL 60164
EMERGENCY NO. (708) 344-2128 • NON-EMERGENCY NO. (708) 531-5755 • FAX (708) 344-2323

00510

In September, I advised you how important training assignments are and that it is not discretionary if officers attend.  It is mandatory.

Pursuant to Section 11.3 of the Collective Bargaining agreement, you may appeal my order through the grievance procedure as outlined in the current Collective Bargaining Agreement.


Dennis A. Koletsos
Chief of Police

DAK:lr

cc:   Board of Police Commissioners
      Deputy Chief Nissen
      Personnel File

Letter of Suspension
01/29/01

00511

# City of Northlake

## Police Department

Committed to Excellence

JEFFREY T. SHERWIN
MAYOR
DENNIS A. KOLETSOS
CHIEF OF POLICE

TO: **Officer Rasic**

FROM: **Chief Koletsos**

DATE: June 4, 2001

RE: LETTER OF APPRECIATION

I would like to thank you for your participation in the Rapid Deployment Training Exercise on June 2nd, 2001. Your actions were professional and represented the Department in a positive image. Your attendance helped make the program a success.

Dennis A. Koletsos
Chief of Police

DAK:lr

cc: Personnel File

55 E. NORTH AVENUE • NORTHLAKE, IL 60164
EMERGENCY NO. (708) 344-2128 • NON-EMERGENCY NO. (708) 531-5755 • FAX (708) 344-2323

00512

Revised 7/11/01 — 33 AM

# 2001 PRODUCTIVITY REPORT- RASIC

| RASIC | OPERATIONAL TIME | OPERATIONAL DAYS | OFFICER INITIATED ACTIVITY | STANDARD 3 Per Op.Day | DIFFERENCE | CITIZEN CONTACTS-COPPS | STANDARD 1 per Op. Day | DIFFERENCE | CRIME PREVENTION NOTICES | STANDARD .2 per Op. Day | DIFFERENCE | TRAFFIC TICKETS | STANDARD 1 per Op. Day | DIFFERENCE | PARKING TICKETS/CITY ORDINAN | STANDARD 1 per Op. Day | DIFFERENCE | Cumulative Difference | Comparison to Previous Month |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RASIC | 90.00 | 11.25 | 85.00 | 33.75 | 51.25 | 21.00 | 11.25 | 9.75 | 4.00 | 2.25 | 1.75 | 12.00 | 11.25 | 0.75 | 17.00 | 11.25 | 5.75 | 69.25 | |
| January | 90.00 | 11.25 | 85.00 | 33.75 | 51.25 | 21.00 | 11.25 | 9.75 | 4.00 | 2.25 | 1.75 | 12.00 | 11.25 | 0.75 | 17.00 | 11.25 | 5.75 | 69.25 | |
| February | 86.00 | 10.75 | 126.00 | 32.25 | 93.75 | 15.00 | 10.75 | 4.25 | 6.00 | 2.15 | 3.85 | 7.00 | 10.75 | -3.75 | 13.00 | 10.75 | 2.25 | 100.35 | 31.10 |
| March | 90.00 | 11.25 | 125.00 | 33.75 | 91.25 | 14.00 | 11.25 | 2.75 | 3.00 | 2.25 | 0.75 | 8.00 | 11.25 | -3.25 | 5.00 | 11.25 | -6.25 | 85.25 | -15.10 |
| April | 65.00 | 8.13 | 78.00 | 24.38 | 53.63 | 16.00 | 8.13 | 7.88 | 2.00 | 1.63 | 0.38 | 8.00 | 8.13 | -0.13 | 17.00 | 8.13 | 8.88 | 70.63 | -14.63 |
| May | 78.00 | 9.75 | 95.00 | 29.25 | 65.75 | 17.00 | 9.75 | 7.25 | 4.00 | 1.95 | 2.05 | 8.00 | 9.75 | -1.75 | 10.00 | 9.75 | 0.25 | 73.55 | 2.93 |
| June | 71.00 | 8.88 | 91.00 | 26.63 | 64.38 | 19.00 | 8.88 | 10.13 | 4.00 | 1.78 | 2.23 | 13.00 | 8.88 | 4.13 | 10.00 | 8.88 | 1.13 | 81.98 | 8.43 |
| July | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -81.98 |
| August | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| September | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| October | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| November | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| December | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total | 480.00 | 60.00 | 600.00 | 180.00 | 420.00 | 102.00 | 60.00 | 42.00 | 23.00 | 12.00 | 11.00 | 56.00 | 60.00 | -4.00 | 72.00 | 60.00 | 12.00 | 481.00 | 0.00 |
| 1st Quarter | 266.00 | 33.25 | 336.00 | 99.75 | 236.25 | 50.00 | 33.25 | 16.75 | 13.00 | 6.65 | 6.35 | 27.00 | 33.25 | -6.25 | 35.00 | 33.25 | 1.75 | 254.85 | 16.00 |
| 2nd Quarter | 214.00 | 26.75 | 264.00 | 80.25 | 183.75 | 52.00 | 26.75 | 25.25 | 10.00 | 5.35 | 4.65 | 29.00 | 26.75 | 2.25 | 37.00 | 26.75 | 10.25 | 226.15 | -3.28 |
| 3rd Quarter | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 4th Quarter | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

# ANNUAL WORK PRODUCTIVITY REPORT 2001

OFFICER/ STAR #

Dan Rasic #152

| MONTH | SHIFT | Truck Traffic/ Wolf Rd. | Seat Belt Violations | DUI Arrests | Susp. Per/ Veh Contacts | | | | On-Duty Days |
|---|---|---|---|---|---|---|---|---|---|
| January | A | 0 | 12 | 0 | 0 | | | | 20 |
| February | M | 2 | 7 | 0 | 0 | | | | 17 |
| March | M | 0 | 7 | 0 | 1 | | | | 16 |
| April | D | 1 | 17 | 0 | 0 | | | | 16 |
| May | D | 3 | 14 | 0 | 0 | | | | 18 |
| June | A | 0 | 10 | 0 | 3 | | | | 20 |
| July | | | | | | | | | |
| August | | | | | | | | | |
| September | | | | | | | | | |
| October | | | | | | | | | |
| November | | | | | | | | | |
| December | | | | | | | | | |
| TOTAL | | 6 | 67 | 0 | 4 | 0 | 0 | 0 | 107 |

Revised  7/11/01 1:13 PM

00514

# NORTHLAKE POLICE DEPARTMENT

## Police Officer Performance Review

**COPY**

| | |
|---|---|
| **Employee Name:** | Officer Daniel Rasic 152 |
| **Job Title:** | Police Officer |
| **Department:** | Patrol Division |
| **Supervisor:** | Sergeant D. Rossi |
| **6 Month Review Period:** | January 1st, 2001 to June 30th, 2001 |
| **12 Month Review Period:** | June 30th, 2001 to December 31st, 2001 |
| **6 Month Date:** | |
| **12 Month Date:** | |

## INTRODUCTION

### Rating Guide:

| [1] | [2] | [3] | [4] | [5] |
|---|---|---|---|---|
| Unsatisfactory Performance | Improvement Desired | Meets Expectations | Exceeds Expectations | Outstanding Performance |

### Rating Definitions:

**Unsatisfactory Performance**
- Lacks basic essential knowledge of job requirements
- Needs constant supervision
- No adaptability to suggestion or recommendation
- Difficult to work with
- Work falls significantly below set standards or expectations of the job
- Has difficulty following rules, regulations or direction
- Numerous complaints received from public

**Improvement Desired**
- Job knowledge limited
- Needs repetitive supervision on certain tasks
- Occasionally curt in dealing with fellow employees or citizens
- Sometimes neglects or forgets work
- Work requires frequent correction



EXHIBIT

B-S
mitigation

00515

## Meets Expectations

- Has sufficient job knowledge of duties to conduct daily activities
- Works steadily, produces acceptable volume of work
- Typically displays a good attitude toward the public
- Follows rules as directed, accepts the direction of supervisors
- Able worker makes some suggestions for improvement

## Exceeds Expectations

- Consistently produces a volume of work above set standards
- Needs little or no supervision, consistently follows rules
- Deals well with citizens, does not receive complaints
- Has exceptional knowledge of job and duty requirements
- Undertakes assignments willingly
- Very adaptable to change

## Outstanding Performance

- Demonstrates obvious enthusiasm and interest for work
- Extremely thorough, reliable, and dependable in carrying out all assignments
- Has exceptional job knowledge, willingly shares knowledge with fellow employees
- Exceptionally high producer, exceeds all standards and expectations of position
- Extremely pleasant with the public
- Extremely adaptable to change
- Judiciously and consistently follows rules and regulations
- Self-starter who consistently seeks additional work

00516

## EMPLOYEE PERFORMANCE

*Use this section to describe employee performance in specific work areas.*

| Job Knowledge: | 6 Month Rating: (circle one) |
|---|---|
| Understands duties and responsibilities, has necessary job knowledge, has necessary technical skills, understands Department mission/values, keeps job knowledge current, is in command of critical issues. Consideration should be given to the amount of experience of the employee. | 1    2X    3    4    5 |
| | 12 Month Rating: (circle one) |
| | 1    2    3X    4    5 |

**6 Month Comments:** His general knowledge of his duties is good. He often asks questions on subject matters he knows. His self-confidence needs improvement.

**12 Month Comments:** His knowledge has improved and only asks questions on unfamiliar matters. Confidence level has improved with his decisions.

| Quantity of Work: | 6 Month Rating: (circle one) |
|---|---|
| The volume of work produced by the employee and the efficient dispatch with which the work is completed, compared to established or expected standards of production. | 1X    2    3    4    5 |
| | 12 Month Rating: (circle one) |
| | 1    2X    3    4    5 |

**6 Month Comments:** He did not make his standards a few times this year. He needs to show more initiative towards the department focal points, being trucks on Wolf Rd. Seat belt enforcement, DUI enforcement and susp. Person and Vehicles.

**12 Month Comments:** He is maintaining a moderate level of activity and performs at the department standards level. He needs to become more aggressive, the department standards are the minimum, not the maximum.

00517

| Quality of Work:<br>The value of the work produced by the employee and the accuracy and acceptability of the work completed compared to established or expected standards of quality. | **6 Month Rating:** (circle one)<br><br>1   **2X**   3   4   5<br><br>**12 Month Rating:** (circle one)<br><br>1   2   **3X**   4   5 |
|---|---|

**6 Month Comments:** He takes excessive amount of time to complete report, but when finished a quality product is produced.

**12 Month Comments:** completes assignments in the appropriate amount of time required. Little or no corrections needed for time to time.

| Public Contact:<br>The way the employee deals with residents and other outside contacts.   Ability of employee to live up to the title "public servant" and project a positive image. | **6 Month Rating:** (circle one)<br><br>1   2   **3X**   4   5<br><br>**12 Month Rating:** (circle one)<br><br>1   2   **3X**   4   5 |
|---|---|

**6 Month Comments:** He is alert to the needs of the public, showing concern for them and treating them with respect.

**12 Month Comments:** Maintains a good relationship with the citizens leaving a positive image of the department.

00518

| Initiative and Industry: <br> The degree of energy, aptitude and ingenuity displayed by the employee in carry out work assignments. Job responsibility should be considered. | **6 Month Rating:** (circle one) <br><br> 1    2X    3    4    5 <br><br> **12 Month Rating:** (circle one) <br><br> 1    2    3X    4    5 |
| --- | --- |

**6 Month Comments:** He has allowed his work ethics to slip this period. He needs to focus on improving his aggressiveness towards his duties and to not only meet his standards, but exceed them as well.

**12 Month Comments:** Maintains a good level of energy when completing assignments. Has strong work ethics and has improved his aggressiveness.

| Adaptability to Change: <br> Employee's ability to accept a suggestion by a superior or fellow employee. Demonstration or willingness to carry out suggestions and make own recommendations for improvements. | **6 Month Rating:** (circle one) <br><br> 1    2    3X    4    5 <br><br> **12 Month Rating:** (circle one) <br><br> 1    2    3X    4    5 |
| --- | --- |

**6 Month Comments:** He openly accepts change and is willing to learn new things.

**12 Month Comments:** He is willing to learn new things and excepts a supervisors suggestions openly, making comments when appropriate.

00519

**Compliance With Supervision and Rules:**
Employee's adherence to the rules and policies of the City.
Employee's acceptance of direction from supervisors.

**6 Month Rating:** (circle one)

1    2X    3    4    5

**12 Month Rating:** (circle one)

1    2    3X    4    5

**6 Month Comments:** He received a two day suspension for not attending a scheduled class.

**12 Month Comments:** No rule infractions this review period.

---

**Attitude:**
The degree of interest shown by the employee in the job and the City and the willingness with which work assignments are accepted and carried out.

**6 Month Rating:** (circle one)

1    2    3    4X    5

**12 Month Rating:** (circle one)

1    2    3    4X    5

**6 Month Comments:** He does not allow the negative side of his chosen career to affect him. He stays upbeat and positive while working.

**12 Month Comments:** He stays positive and enjoys doing his job.

00520

Police Officer Performance Review

**Effectiveness Under Stress:**
Ability to deal in an effective and efficient manner with a potential mentally or emotionally disruptive or disquieting situation.

**6 Month Rating:** (circle one)

1    2    3X    4    5

**12 Month Rating:** (circle one)

1    2    3X    4    5

**6 Month Comments:** He effectively deals with stressful incidents in a professional manner.

**12 Month Comments:** Sound officer safety practices and a good reliable officer in stressful incidents

---

**Cooperativeness:**
The degree of cooperation and consideration displayed by the employee in working and dealing with co-workers, other employees, supervisors and outsiders.

**6 Month Rating:** (circle one)

1    2X    3    4    5

**12 Month Rating:** (circle one)

1    2    3X    4    5

**6 Month Comments:** He works well with other officers and assists them without being asked. He does not work overtime without being order to do so leaving other officers to work extra hours.

**12 Month Comments:** Very helpful with other officers and with supervisors requesting assistance with bond hearing while working midnight's.

00521

Police Officer Performance Review

**Attendance and Punctuality:**
The comparison of the attendance record established by the employee and the degree of promptness in reporting to the job.

**6 Month Rating:** (circle one)

1    2X    3    4    5

**12 Month Rating:** (circle one)

1    2    3X    4    5

**6 Month Comments:** He has a few sick calls this review period leaving his fellow officers short and requiring extra work hours of them.

**12 Month Comments:** Some sick time use this period for a health related problem. No late arrivals noted this review period.

---

**Appearance/Image:**
Projects a positive, clean and wholesome image. Appearance is neat and clean, reflecting positively on the City of Northlake. Maintains this positive image in attitude and approach to the public.

**6 Month Rating:** (circle one)

1    2    3X    4    5

**12 Month Rating:** (circle one)

1    2    3X    4    5

**6 Month Comments:** He is clean and neat projecting a positive image.

**12 Month Comments:** Continues to project a good positive image of himself to the public. Has good grooming habits.

00522

Police Officer Performance Review

## OBJECTIVES FOR NEXT REVIEW PERIOD

*Use the following section to record objectives for the next review period.*

**6 Month**
**Objective 1:**

_____
_____
_____
_____

**6 Month**
**Objective 2:**

_____
_____
_____
_____

**12 Month**
**Objective 1:**

_____
_____
_____
_____

**12 Month**
**Objective 2:**

_____
_____
_____
_____

## EMPLOYEE DEVELOPMENT PLAN

*This section should be completed after employee and supervisor have agreed upon desired areas of improvement and development needs related to upcoming goals. It should include developmental objectives, corresponding development activities (on the job, formal training, etc.), and measurements and time frames for completion.*

**6 Month**
**Developmental Objective 1:** _____

_____
_____
_____

**6 Month**
**Developmental Objective 2:** _____

_____
_____
_____

00523

Police Officer Performance Review

**12 Month**
Developmental Objective 1: _____

_____

_____

_____

**12 Month**
Developmental Objective 2: _____

_____

_____

_____

## PERFORMANCE SUMMARY

*Use this section to summarize the employee's performance in the last review period, and to provide an overall rating if applicable. When providing comments, consider the employee's performance against objectives, key issues from the Employee Performance section above, and strengths/potential improvements.*

| Summary: | 6 Month |
|---|---|
| Is a valued performer who shows initiative and dependability. Works quickly and productively and is considered knowledgeable. Works well in a group and with the entire organization. Has a strong command of decision making and problem-solving techniques and can apply them appropriately. Performance extends beyond the requirements for the position. | **Overall Performance Rating:** (circle one)<br><br>1    2X    3    4    5<br><br>**12 Month**<br>**Overall Performance Rating:** (circle one)<br><br>1    2    3X    4    5 |

**6 Month Comments:** He needs to enhance his role with the department. An improvement in his self-initiative work is a must. His attitude and his ability to change, make him asset to his shift. His decision making on non-critical issued needs to be improved along with his time management when doing reports.

**12 Month Comments:** he has shown an improvement in most areas and is becoming a sound intelligent officer. An increase in traffic enforcement would be a good thing, seeing a majority of this departments arrests come from traffic enforcement.

00524

## EMPLOYEE COMMENTS

*Use the space below to make comments regarding your performance evaluation.  Or, attach a separate comment sheet or self-appraisal document.*

**6 Month Review**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**12 Month Review**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

00525

## ACKNOWLEDGEMENT

I acknowledge receipt of this Police Officer Performance Review. I have reviewed it with the Chief of Police, Deputy Chief of Police, Commander or Sergeant. My written comments have been submitted on this document and/or additional paper. They were reviewed in my presence and are hereby included and made a part of the personnel record along with this Performance Review.

Police Officer's Signature _____

6 Month
Date: _____

*Daniel Rasic*
Police Officer's Signature

12 Month
Date: _01 FEB 02_

Sergeant _____

6 Month
Date: _____

Sergeant   *108*

12 Month
Date: _1 Feb 02_

Commander _____

6 Month
Date: _____

Commander

12 Month
Date: _4 FEB 02_

Deputy Chief of Police _____

6 Month
Date: _____

00326

Police Officer Performance Review

Deputy Chief of Police

12 Month
Date: 2/4/02

Chief of Police

6 Month
Date:

Chief of Police

12 Month
Date: 2-4-02

000027

Police Officer Performance Review

# 2001 PRODUCTIVITY REPORT- RASIC

| RASIC | OPERATIONAL TIME | OPERATIONAL DAYS | OFFICER INITIATED ACTIVITY | STANDARD 3 Per Op.Day | DIFFERENCE | CITIZEN CONTACTS-COPPS | STANDARD 1 per Op. Day | DIFFERENCE | CRIME PREVENTION NOTICES | STANDARD .2 per Op. Day | DIFFERENCE | TRAFFIC TICKETS | STANDARD 1 per Op. Day | DIFFERENCE | PARKING TICKETS/CITY ORDINAN | STANDARD 1 per Op. Day | DIFFERENCE | Cumulative Difference | Comparison to Previous Month |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| January | 90.00 | 11.25 | 85.00 | 33.75 | 51.25 | 21.00 | 11.25 | 9.75 | 4.00 | 2.25 | 1.75 | 12.00 | 11.25 | 0.75 | 17.00 | 11.25 | 5.75 | 69.25 | |
| February | 86.00 | 10.75 | 126.00 | 32.25 | 93.75 | 15.00 | 10.75 | 4.25 | 6.00 | 2.15 | 3.85 | 7.00 | 10.75 | -3.75 | 13.00 | 10.75 | 2.25 | 100.35 | 31.10 |
| March | 90.00 | 11.25 | 125.00 | 33.75 | 91.25 | 14.00 | 11.25 | 2.75 | 3.00 | 2.25 | 0.75 | 8.00 | 11.25 | -3.25 | 5.00 | 11.25 | -6.25 | 85.26 | -15.10 |
| April | 65.00 | 8.13 | 78.00 | 24.38 | 53.63 | 16.00 | 8.13 | 7.88 | 2.00 | 1.63 | 0.38 | 8.00 | 8.13 | -0.13 | 17.00 | 8.13 | 8.88 | 70.63 | -14.63 |
| May | 78.00 | 9.75 | 95.00 | 29.25 | 65.75 | 17.00 | 9.75 | 7.25 | 4.00 | 1.95 | 2.05 | 8.00 | 9.75 | -1.75 | 10.00 | 9.75 | 0.25 | 73.55 | 2.93 |
| June | 71.00 | 8.88 | 91.00 | 26.63 | 64.38 | 19.00 | 8.88 | 10.13 | 4.00 | 1.78 | 2.23 | 13.00 | 8.88 | 4.13 | 10.00 | 8.88 | 1.13 | 81.96 | 8.43 |
| July | 75.00 | 9.38 | 63.00 | 28.13 | 34.88 | 15.00 | 9.38 | 5.63 | 3.00 | 1.88 | 1.13 | 13.00 | 9.38 | 3.63 | 17.00 | 9.38 | 7.63 | 52.88 | -29.10 |
| August | 99.00 | 12.38 | 188.00 | 37.13 | 150.88 | 14.00 | 12.38 | 1.63 | 4.00 | 2.48 | 1.53 | 19.00 | 12.38 | 6.63 | 15.00 | 12.38 | 2.63 | 163.28 | 110.40 |
| September | 112.00 | 14.00 | 190.00 | 42.00 | 148.00 | 22.00 | 14.00 | 8.00 | 3.00 | 2.80 | 0.20 | 27.00 | 14.00 | 13.00 | 13.00 | 14.00 | -1.00 | 168.20 | 4.92 |
| October | 9.00 | 1.13 | 12.00 | 3.38 | 8.63 | 1.00 | 1.13 | -0.13 | 0.00 | 0.23 | -0.23 | 2.00 | 1.13 | 0.88 | 0.00 | 1.13 | -1.13 | 8.03 | -160.18 |
| November | 66.00 | 8.25 | 77.00 | 24.75 | 52.25 | 20.00 | 8.25 | 11.75 | 3.00 | 1.65 | 1.35 | 16.00 | 8.25 | 7.75 | 12.00 | 8.25 | 3.75 | 76.85 | 68.83 |
| December | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -76.85 |
| Total | 841.00 | 105.13 | 1130.00 | 315.38 | 814.63 | 174.00 | 105.13 | 68.88 | 36.00 | 21.03 | 14.98 | 133.00 | 105.13 | 27.88 | 129.00 | 105.13 | 23.88 | 950.23 | |
| 1st Quarter | 266.00 | 33.25 | 336.00 | 99.75 | 236.25 | 50.00 | 33.25 | 16.75 | 13.00 | 6.65 | 6.35 | 27.00 | 33.25 | -6.25 | 35.00 | 33.25 | 1.75 | 254.85 | 16.00 |
| 2nd Quarter | 214.00 | 26.75 | 264.00 | 80.25 | 183.75 | 52.00 | 26.75 | 25.25 | 10.00 | 5.35 | 4.65 | 29.00 | 26.75 | 2.25 | 37.00 | 26.75 | 10.25 | 226.15 | -3.28 |
| 3rd Quarter | 286.00 | 35.75 | 441.00 | 107.25 | 333.75 | 51.00 | 35.75 | 15.25 | 10.00 | 7.15 | 2.85 | 59.00 | 35.75 | 23.25 | 45.00 | 35.75 | 9.25 | 384.35 | 86.23 |
| 4th Quarter | 75.00 | 9.38 | 89.00 | 28.13 | 60.88 | 21.00 | 9.38 | 11.63 | 3.00 | 1.88 | 1.13 | 18.00 | 9.38 | 8.63 | 12.00 | 9.38 | 2.63 | 84.88 | -168.20 |

005.18

# NORTHLAKE POLICE DEPARTMENT

## Police Officer Performance Review

**Employee Name:** _____ Daniel Rasic  #152 _____

**Job Title:** _____ Police Officer _____

**Department:** _____ Patrol _____

**Supervisor:** _____ Sgt. L Nowalany _____

**6-Month Review Period:** _____ January 2002 to June 2002 _____

**12 Month Review Period:** _____

**6 Month Date:** _____

**12 Month Date:** _____

**COPY**

## INTRODUCTION

**Rating Guide:**

| [1] Unsatisfactory Performance | [2] Improvement Desired | [3] Meets Expectations | [4] Exceeds Expectations | [5] Outstanding Performance |
|---|---|---|---|---|

**Rating Definitions:**

**Unsatisfactory Performance**
- Lacks basic essential knowledge of job requirements
- Needs constant supervision
- No adaptability to suggestion or recommendation
- Difficult to work with
- Work falls significantly below set standards or expectations of the job
- Has difficulty following rules, regulations or direction
- Numerous complaints received from public

**Improvement Desired**
- Job knowledge limited
- Needs repetitive supervision on certain tasks
- Occasionally curt in dealing with fellow employees or citizens
- Sometimes neglects or forgets work
- Work requires frequent correction

00529



EXHIBIT

8-6

mitigation

## Meets Expectations
- Has sufficient job knowledge of duties to conduct daily activities
- Works steadily, produces acceptable volume of work
- Typically displays a good attitude toward the public
- Follows rules as directed, accepts the direction of supervisors
- Able worker makes some suggestions for improvement

## Exceeds Expectations
- Consistently produces a volume of work above set standards
- Needs little or no supervision, consistently follows rules
- Deals well with citizens, does not receive complaints
- Has exceptional knowledge of job and duty requirements
- Undertakes assignments willingly
- Very adaptable to change

## Outstanding Performance
- Demonstrates obvious enthusiasm and interest for work
- Extremely thorough, reliable, and dependable in carrying out all assignments
- Has exceptional job knowledge, willingly shares knowledge with fellow employees
- Exceptionally high producer, exceeds all standards and expectations of position
- Extremely pleasant with the public
- Extremely adaptable to change
- Judiciously and consistently follows rules and regulations
- Self-starter who consistently seeks additional work

00539

## EMPLOYEE PERFORMANCE

*Use this section to describe employee performance in specific work areas.*

| Job Knowledge: Understands duties and responsibilities, has necessary job knowledge, has necessary technical skills, understands Department mission/values, keeps job knowledge current, is in command of critical issues. Consideration should be given to the amount of experience of the employee. | 6 Month Rating: (circle one)  1    2    3 X    4    5  12 Month Rating: (circle one)  1    2    3    4    5 |
|---|---|

6-Month Comments: Officer Rasic is understanding of his duties, and responsibilities. He has good knowledge of the job, and is always working to improve his job knowledge. He under stands the department's mission.


12 Month Comments:



| Quantity of Work: The volume of work produced by the employee and the efficient dispatch with which the work is completed, compared to established or expected standards of production. | 6 Month Rating: (circle one)  1    2    3 x    4    5  12 Month Rating: (circle one)  1    2    3    4    5 |
|---|---|

6 Month Comments: He works to make and pass the standards. He will do more then asked of him when ever possible.



12 Month Comments:



00031

| Quality of Work:<br>The value of the work produced by the employee and the accuracy and acceptability of the work completed compared to established or expected standards of quality. | 6 Month Rating: (circle one)<br><br>1    2    3 X   4    5<br><br>12 Month Rating: (circle one)<br><br>1    2    3    4    5 |
|---|---|

**6 Month Comments:** He works his cases, and reports at a good level of acceptability and accuracy. He will fellow up on his cases as far as he can of each of them.


**12 Month Comments:**


| Public Contact:<br>The way the employee deals with residents and other outside contacts.  Ability of employee to live up to the title "public servant" and project a positive image. | 6 Month Rating: (circle one)<br><br>1    2    3 x   4    5<br><br>12 Month Rating: (circle one)<br><br>1    2    3    4    5 |
|---|---|

**6 Month Comments:** He works well to assist. Any one he comes in contact with. He will take the time to help them under stand, any thing they may have to do, or what the department will be doing for them. He projects a good image as a public servant.


**12 Month Comments:**


00532

| Initiative and Industry: | 6 Month Rating: (circle one) |
|---|---|
| The degree of energy, aptitude and ingenuity displayed by the employee in carry out work assignments.   Job responsibility should be considered. | 1      2      3 x      4      5 |
| | 12 Month Rating: (circle one) |
| | 1      2      3      4      5 |

6 Month Comments: He works with a high level of energy in ever thing he works on. He Carries out his job assignments very well. And many times he will do even more.



12 Month Comments:




| Adaptability to Change: | 6 Month Rating: (circle one) |
|---|---|
| Employee's ability to accept a suggestion by a superior or fellow employee.   Demonstration or willingness to carry out suggestions and make own recommendations for improvements. | 1      2      3   X  4      5 |
| | 12 Month Rating: (circle one) |
| | 1      2      3      4      5 |

6 Month Comments: Dan will accept suggestions willingly. He is always willing to try new things and ideas.




12 Month Comments:




00503

| Compliance With Supervision and Rules:<br>Employee's adherence to the rules and policies of the City. Employee's acceptance of direction from supervisors. | 6 Month Rating: (circle one)<br><br>1      2      3 X    4      5<br><br>12 Month Rating: (circle one)<br><br>1      2      3      4      5 |
| --- | --- |

**6 Month Comments:** Dan works with the department rules and policies always as his guide. He accepts direction well.

**12 Month Comments:**

| Attitude:<br>The degree of interest shown by the employee in the job and the City and the willingness with which work assignments are accepted and carried out. | 6 Month Rating: (circle one)<br><br>1      2      3      4 X    5<br><br>12 Month Rating: (circle one)<br><br>1      2      3      4      5 |
| --- | --- |

**6 Month Comments:** He shows a high degree of interests in the city which he grew up in. and that his parents still live in. He will do any of his assignments very good, with good fellow up. And complete reports.

**12 Month Comments:**

00534

| Effectiveness Under Stress:<br>Ability to deal in an effective and efficient manner with a potential mentally or emotionally disruptive or disquieting situation. | 6 Month Rating: (circle one)<br><br>1    2    3 X  4    5<br><br>12 Month Rating: (circle one)<br><br>1    2    3    4    5 |
|---|---|

**6 Month Comments:** He has shown to be able to work well on cases with high stress, He Mentally and emotionally in control under stress calls.

**12 Month Comments:**

| Cooperatives:<br>The degree of cooperation and consideration displayed by the employee in working and dealing with co-workers, other employees, supervisors and outsiders. | 6 Month Rating: (circle one)<br><br>1    2    3    4 X  5<br><br>12 Month Rating: (circle one)<br><br>1    2    3    4    5 |
|---|---|

**6 Month Comments:** Dan works well with other employees and supervisors, He works well with people from other agents from other departments, Dan is always willing to helps both this and other departments with translations with European Languages.

**12 Month Comments:**

00535

| Attendance and Punctuality: | 6 Month Rating: (circle one) |
|---|---|
| The comparison of the attendance record established by the employee and the degree of promptness in reporting to the job. | 1    2    3 X  4    5 |
| | 12 Month Rating: (circle one) |
| | 1    2    3    4    5 |

**6 Month Comments:** He is always on time for roll call. He has to work on taking care of his self, So that he will be using less sick days.

**12 Month Comments:**

| Appearance/Image: | 6 Month Rating: (circle one) |
|---|---|
| Projects a positive, clean and wholesome image. Appearance is neat and clean, reflecting positively on the City of Northlake. Maintains this positive image in attitude and approach to the public. | 1    2    3    4 X  5 |
| | 12 Month Rating: (circle one) |
| | 1    2    3    4    5 |

**6 Month Comments:** He always displays a positive and wholesome image of a police officer as being neat and clean. He has always shown a positive image in his attitude, and approach while working with the public. He displays caring attitude to the citizens he is working with.

**12 Month Comments:**

00538

## OBJECTIVES FOR NEXT REVIEW PERIOD

*Use the following section to record objectives for the next review period.*

**6 Month**
**Objective 1:**

**6 Month**
**Objective 2:**

**12 Month**
**Objective 1:**

**12 Month**
**Objective 2:**

## EMPLOYEE DEVELOPMENT PLAN

*This section should be completed after employee and supervisor have agreed upon desired areas of improvement and development needs related to upcoming goals. It should include developmental objectives, corresponding development activities (on the job, formal training, etc.), and measurements and time frames for completion.*

**6 Month**
**Developmental Objective 1:**

**6 Month**
**Developmental Objective 2:**

00537

**12 Month**
**Developmental Objective 1:** _____

_____

_____

_____

**12 Month**
**Developmental Objective 2:** _____

_____

_____

_____

## PERFORMANCE SUMMARY

*Use this section to summarize the employee's performance in the last review period, and to provide an overall rating if applicable. When providing comments, consider the employee's performance against objectives, key issues from the Employee Performance section above, and strengths/potential improvements.*

| Summary: Is a valued performer who shows initiative and dependability. Works quickly and productively and is considered knowledgeable. Works well in a group and with the entire organization. Has a strong command of decision making and problem-solving techniques and can apply them appropriately. Performance extends beyond the requirements for the position. | **6 Month** **Overall Performance Rating:** (circle one) <br><br> 1    2    3    X 4    5 <br><br> **12 Month** **Overall Performance Rating:** (circle one) <br><br> 1    2    3    4    5 |
|---|---|

**6 Month Comments:** Dan is a good and dependable officer, he is willing to do any assignment he is given. And he will do a good job with it. He works well with all employees and supervisors of this department. He is showing good problem solving techniques; he will work to complete his cases as far as he can. He is always willing to help other officers. He is always willing to help citizens in any way he can. Which helps the department look good to the public?

**12 Month Comments:**

00538

## EMPLOYEE COMMENTS

*Use the space below to make comments regarding your performance evaluation.  Or, attach a separate comment sheet or self-appraisal document.*

### 6 Month Review

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

### 12 Month Review

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

00533

## ACKNOWLEDGEMENT

I acknowledge receipt of this Police Officer Performance Review. I have reviewed it with the Chief of Police, Deputy Chief of Police, Commander or Sergeant. My written comments have been submitted on this document and/or additional paper. They were reviewed in my presence and are hereby included and made a part of the personnel record along with this Performance Review.

_Daniel Rasie_
**Police Officer's Signature**

6 Month
Date: _26-July-02_

_____
**Police Officer's Signature**

12 Month
Date: _____

_Sgt_ _____ ⁶/06
**Sergeant**

6 Month
Date: _26-July-02_

_____
**Sergeant**

12 Month
Date: _____

_____ ⁴/02
**Commander**

6 Month
Date: _2 5 July 02_

_____
**Commander**

12 Month
Date: _____

_____
**Deputy Chief of Police**

6 Month
Date: _7/29/02_

00540

_____
**Deputy Chief of Police**

**12 Month
Date:**_____

_____
**Chief of Police**

**6 Month
Date:** _7-29-82_

_____
**Chief of Police**

**12 Month
Date:**_____

00541