# NORTHLAKE POLICE DEPARTMENT

## Police Officer Performance Review

**COPY**

**Employee Name:** _____ **Daniel Rasic  #152** _____

**Job Title:** _____ **Police Officer** _____

**Department:** _____ **Patrol** _____

**Supervisor:** _____ **Sgt. L Nowalany** _____

**6-Month Review Period:** ____ **January 2002 to June 2002** _____

**12 Month Review Period:** ____ **June 2002 to January 2003** _____

**6 Month Date:** _____

**12 Month Date:** _____

## INTRODUCTION

### Rating Guide:

| [1] | [2] | [3] | [4] | [5] |
|---|---|---|---|---|
| Unsatisfactory Performance | Improvement Desired | Meets Expectations | Exceeds Expectations | Outstanding Performance |

### Rating Definitions:

**Unsatisfactory Performance**
- Lacks basic essential knowledge of job requirements
- Needs constant supervision
- No adaptability to suggestion or recommendation
- Difficult to work with
- Work falls significantly below set standards or expectations of the job
- Has difficulty following rules, regulations or direction
- Numerous complaints received from public

**Improvement Desired**
- Job knowledge limited
- Needs repetitive supervision on certain tasks
- Occasionally curt in dealing with fellow employees or citizens
- Sometimes neglects or forgets work
- Work requires frequent correction

00542

**EXHIBIT**
tabbler
R-7
mitigation

<u>Meets Expectations</u>
- Has sufficient job knowledge of duties to conduct daily activities
- Works steadily, produces acceptable volume of work
- Typically displays a good attitude toward the public
- Follows rules as directed, accepts the direction of supervisors
- Able worker makes some suggestions for improvement

<u>Exceeds Expectations</u>
- Consistently produces a volume of work above set standards
- Needs little or no supervision, consistently follows rules
- Deals well with citizens, does not receive complaints
- Has exceptional knowledge of job and duty requirements
- Undertakes assignments willingly
- Very adaptable to change

<u>Outstanding Performance</u>
- Demonstrates obvious enthusiasm and interest for work
- Extremely thorough, reliable, and dependable in carrying out all assignments
- Has exceptional job knowledge, willingly shares knowledge with fellow employees
- Exceptionally high producer, exceeds all standards and expectations of position
- Extremely pleasant with the public
- Extremely adaptable to change
- Judiciously and consistently follows rules and regulations
- Self-starter who consistently seeks additional work

00543

## EMPLOYEE PERFORMANCE
*Use this section to describe employee performance in specific work areas.*

| Job Knowledge:<br>Understands duties and responsibilities, has necessary job knowledge, has necessary technical skills, understands Department mission/values, keeps job knowledge current, is in command of critical issues. Consideration should be given to the amount of experience of the employee. | **6 Month Rating:** (circle one)<br><br>1    2    3 X    4    5<br><br>**12 Month Rating:** (circle one)<br><br>1    2    3    x 4    5 |
| --- | --- |

**6-Month Comments:** Officer Rasic is understanding of his duties, and responsibilities. He has good knowledge of the job, and is always working to improve his job knowledge. He under stands the department's mission.

**12 Month Comments:** he has good job knowledge. And understanding of his duties, and responsibilities. And of the department mission.

| Quantity of Work:<br>The volume of work produced by the employee and the efficient dispatch with which the work is completed, compared to established or expected standards of production. | **6 Month Rating:** (circle one)<br><br>1    2    3 x  4    5<br><br>**12 Month Rating:** (circle one)<br><br>1    2    3 x  4    5 |
| --- | --- |

**6 Month Comments:** He works to make and pass the standards. He will do more then asked of him when ever possible.

**12 Month Comments:** DAN WORKS TO MAKE DEPARTMENT STANDARDS,

00544

| Quality of Work: The value of the work produced by the employee and the accuracy and acceptability of the work completed compared to established or expected standards of quality. | 6 Month Rating: (circle one) |
|---|---|
| | 1    2    3 X    4    5 |
| | 12 Month Rating: (circle one) |
| | 1    2    3    X 4    5 |

**6 Month Comments:** He works his cases, and reports at a good level of acceptability and accuracy. He will fellow up on his cases as far as he can of each of them.

**12 Month Comments:** HE WORKS WITH A HIGH LEVEL OF ACCEPTABILITY AND ACCURACY. HIS HAS NEAT AND COMPLETE REPORTS. AND HE WILL FOLLOW UP ON HIS REPORTS.

| Public Contact: The way the employee deals with residents and other outside contacts.   Ability of employee to live up to the title "public servant" and project a positive image. | 6 Month Rating: (circle one) |
|---|---|
| | 1    2    3 x    4    5 |
| | 12 Month Rating: (circle one) |
| | 1    2    3    X 4    5 |

**6 Month Comments:** He works well to assist. Any one he comes in contact with. He will take the time to help them under stand, any thing they may have to do, or what the department will be doing for them. He projects a good image as a public servant.

**12 Month Comments:** HE IS A GOOD OFFICER AND HAS A GOOD IMAGE AS A PUBLIC SERVANT IN THAT HE WORKS WELL WITH CITIZENS. HE ALSO TRANSLATES EUROPEAN LANGUAGES AND WORKS WELL WITH THE PEOPLE HE TALKS WITH .

00545

| Initiative and Industry: The degree of energy, aptitude and ingenuity displayed by the employee in carry out work assignments. Job responsibility should be considered. | 6 Month Rating: (circle one) 1    2    3 x    4    5 |
| --- | --- |
| | 12 Month Rating: (circle one) 1    2    3    X 4    5 |

**6 Month Comments:** He works with a high level of energy in ever thing he works on. He Carries out his job assignments very well. And many times he will do even more.

**12 Month Comments:** HE HAS A HIGH LEVEL OF ENERGY IN DOING HIS JOB. HE WILL FOLLOW UP ON HIS ASSIGNMENTS.

| Adaptability to Change: Employee's ability to accept a suggestion by a superior or fellow employee. Demonstration or willingness to carry out suggestions and make own recommendations for improvements. | 6 Month Rating: (circle one) 1    2    3    X 4    5 |
| --- | --- |
| | 12 Month Rating: (circle one) 1    2    3    X 4    5 |

**6 Month Comments:** Dan will accept suggestions willingly. He is always willing to try new things and ideas.

**12 Month Comments:** HE TAKES SUGGESTIONS GOOD AND IS WILLING TO TRY NEW WAYS.

00546

| Compliance With Supervision and Rules:<br>Employee's adherence to the rules and policies of the City. Employee's acceptance of direction from supervisors. | 6 Month Rating: (circle one) | | | | |
| --- | --- | --- | --- | --- | --- |
| | 1 | 2 | 3 X | 4 | 5 |
| | 12 Month Rating: (circle one) | | | | |
| | 1 | 2 | 3 | X4 | 5 |

6 Month Comments: Dan works with the department rules and policies always as his guide. He accepts direction well.

12 Month Comments: HE ACCEPTS DIRECTION WELL. HE WORKS TO DO HIS DUTIES WITH IN DEPARTMENT RULES.

| Attitude:<br>The degree of interest shown by the employee in the job and the City and the willingness with which work assignments are accepted and carried out. | 6 Month Rating: (circle one) | | | | |
| --- | --- | --- | --- | --- | --- |
| | 1 | 2 | 3 | 4 X | 5 |
| | 12 Month Rating: (circle one) | | | | |
| | 1 | 2 | 3 | 4 X | 5 |

6 Month Comments: He shows a high degree of interests in the city which he grew up in. and that his parents still live in. He will do any of his assignments very good, with good fellow up. And complete reports.

12 Month Comments: HE HAS A GOOD ATTITUDE ABOUT THE DEPARTMENT AND CITY, HE GROW UP IN NORTHLAKE MOST OF HIS LIFE. HE ALWAYS GIVE 100% IN HIS ASSIGNMENTS.

00547

Police Officer Performance Review

| Effectiveness Under Stress:<br>Ability to deal in an effective and efficient manner with a potential mentally or emotionally disruptive or disquieting situation. | 6 Month Rating: (circle one) |
|---|---|
| | 1    2    3 X 4    5 |
| | 12 Month Rating: (circle one) |
| | 1    2    3    X 4    5 |

6 Month Comments: He has shown to be able to work well on cases with high stress, He Mentally and emotionally in control under stress calls.

12 Month Comments: HE IS ABLE TO WORK WELL UNDER STRESS, AND IS IN CONTROL.

| Cooperatives:<br>The degree of cooperation and consideration displayed by the employee in working and dealing with co-workers, other employees, supervisors and outsiders. | 6 Month Rating: (circle one) |
|---|---|
| | 1    2    3    4 X  5 |
| | 12 Month Rating: (circle one) |
| | 1    2    3    4 X  5 |

6 Month Comments: Dan works well with other employees and supervisors, He works well with people from other agents from other departments, Dan is always willing to helps both this and other departments with translations with European Languages.

12 Month Comments: HE HAS ALWAYS WORKED WELL WITH OFFICERS AND DEPARTMENT PERSONAL AND SUPERVISORS. AND IS WILLING TO HELP OTHER DEPARTMENTS.

00548

**Attendance and Punctuality:**

The comparison of the attendance record established by the employee and the degree of promptness in reporting to the job.

**6 Month Rating:** (circle one)

1    2    3 X    4    5

**12 Month Rating:** (circle one)

1    2    3 X    4    5

**6 Month Comments:** He is always on time for roll call. He has to work on taking care of his self, So that he will be using less sick days.

**12 Month Comments:** HE IS ALWAYS ON TIME FOR DUTY.
    HE HAD WAS PROBLEMS GETTING SICK WHEN HE WAS ON MID NIGHTS. HE HAS BEEN OK ON THE OTHER SHIFTS.

---

**Appearance/Image:**

Projects a positive, clean and wholesome image. Appearance is neat and clean, reflecting positively on the City of Northlake. Maintains this positive image in attitude and approach to the public.

**6 Month Rating:** (circle one)

1    2    3    4 X    5

**12 Month Rating:** (circle one)

1    2    3    4 X    5

**6 Month Comments:** He always displays a positive and wholesome image of a police officer as being neat and clean. He has always shown a positive image in his attitude, and approach while working with the public. He displays caring attitude to the citizens he is working with.

**12 Month Comments:** HE IS A VERY NEAT IN HIS APPEARANCE, REFLECTING A POSITIVE IMAGE IN HIS APPEARANCE AND HIS ATTITUDE TO THE CITIZENS OF NORTHLAKE.

00549

Police Officer Performance Review

## OBJECTIVES FOR NEXT REVIEW PERIOD

*Use the following section to record objectives for the next review period.*

**6 Month**
**Objective 1:**

**6 Month**
**Objective 2:**

**12 Month**
**Objective 1:**

**12 Month**
**Objective 2:**

## EMPLOYEE DEVELOPMENT PLAN

*This section should be completed after employee and supervisor have agreed upon desired areas of improvement and development needs related to upcoming goals. It should include developmental objectives, corresponding development activities (on the job, formal training, etc.), and measurements and time frames for completion.*

**6 Month**
**Developmental Objective 1:**

**6 Month**
**Developmental Objective 2:**

00550

12 Month
Developmental Objective 1: _____

_____

_____

_____

12 Month
Developmental Objective 2: _____

_____

_____

_____

## PERFORMANCE SUMMARY

*Use this section to summarize the employee's performance in the last review period, and to provide an overall rating if applicable. When providing comments, consider the employee's performance against objectives, key issues from the Employee Performance section above, and strengths/potential improvements.*

| Summary:<br>Is a valued performer who shows initiative and dependability. Works quickly and productively and is considered knowledgeable. Works well in a group and with the entire organization. Has a strong command of decision making and problem-solving techniques and can apply them appropriately. Performance extends beyond the requirements for the position. | 6 Month<br>**Overall Performance Rating:**<br>(circle one)<br><br>1      2      3      X 4      5<br><br>12 Month<br>**Overall Performance Rating:**<br>(circle one)<br><br>1      2      3      X 4      5 |
|---|---|

**6 Month Comments:** Dan is a good and dependable officer, he is willing to do any assignment he is given. And he will do a good job with it. He works well with all employees and supervisors of this department. He is showing good problem solving techniques; he will work to complete his cases as far as he can. He is always willing to help other officers. He is always willing to help citizens in any way he can. Which helps the department look good to the public?

**12 Month Comments:** HE IS STILL AT THE HIGH LEVEL AS HE WAS 6 MONTHS AGO, IN HIS WORK AND HIS ATTITUDE.

00551

## EMPLOYEE COMMENTS

*Use the space below to make comments regarding your performance evaluation.  Or, attach a separate comment sheet or self-appraisal document.*

### 6 Month Review

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

### 12 Month Review

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

00552

Police Officer Performance Review

## ACKNOWLEDGEMENT

I acknowledge receipt of this Police Officer Performance Review. I have reviewed it with the Chief of Police, Deputy Chief of Police, Commander or Sergeant. My written comments have been submitted on this document and/or additional paper. They were reviewed in my presence and are hereby included and made a part of the personnel record along with this Performance Review.

_____
Police Officer's Signature

6 Month
Date:_____

x _Daniel Radl_
Police Officer's Signature

12 Month
Date: _26 JAN-03_

_____
Sergeant

6 Month
Date:_____

_Sgt_
Sergeant

12 Month
Date: _26-JAN-03_

_____
Commander

6 Month
Date:_____

Commander

12 Month
Date: _27 JA 03_

_____
Deputy Chief of Police

6 Month
Date:_____

00553

Deputy Chief of Police

12 Month
Date: 1/27/03

Chief of Police

6 Month
Date:_____

Chief of Police

12 Month
Date: 1/29/03

00554

# NORTHLAKE POLICE DEPARTMENT

## Police Officer Performance Review

**Employee Name:** _____ Daniel Rasic  #152 _____     COPY

**Job Title:** _____ Police Officer _____

**Department:** _____ Patrol _____

**Supervisor:** _____ Sgt. L. Nowalany _____

**6-Month Review Period:** _____ January 2003 to June 2003 _____

**12 Month Review Period:** _____

**6 Month Date:** _____

**12 Month Date:** _____

## INTRODUCTION

### Rating Guide:

| [1] Unsatisfactory Performance | [2] Improvement Desired | [3] Meets Expectations | [4] Exceeds Expectations | [5] Outstanding Performance |
|---|---|---|---|---|

### Rating Definitions:

#### Unsatisfactory Performance
- Lacks basic essential knowledge of job requirements
- Needs constant supervision
- No adaptability to suggestion or recommendation
- Difficult to work with
- Work falls significantly below set standards or expectations of the job
- Has difficulty following rules, regulations or direction
- Numerous complaints received from public

#### Improvement Desired
- Job knowledge limited
- Needs repetitive supervision on certain tasks
- Occasionally curt in dealing with fellow employees or citizens
- Sometimes neglects or forgets work
- Work requires frequent correction

00555



EXHIBIT
R-8
mitigation

## Meets Expectations
- Has sufficient job knowledge of duties to conduct daily activities
- Works steadily, produces acceptable volume of work
- Typically displays a good attitude toward the public
- Follows rules as directed, accepts the direction of supervisors
- Able worker makes some suggestions for improvement

## Exceeds Expectations
- Consistently produces a volume of work above set standards
- Needs little or no supervision, consistently follows rules
- Deals well with citizens, does not receive complaints
- Has exceptional knowledge of job and duty requirements
- Undertakes assignments willingly
- Very adaptable to change

## Outstanding Performance
- Demonstrates obvious enthusiasm and interest for work
- Extremely thorough, reliable, and dependable in carrying out all assignments
- Has exceptional job knowledge, willingly shares knowledge with fellow employees
- Exceptionally high producer, exceeds all standards and expectations of position
- Extremely pleasant with the public
- Extremely adaptable to change
- Judiciously and consistently follows rules and regulations
- Self-starter who consistently seeks additional work

00556

## EMPLOYEE PERFORMANCE

*Use this section to describe employee performance in specific work areas.*

| Job Knowledge: Understands duties and responsibilities, has necessary job knowledge, has necessary technical skills, understands Department mission/values, keeps job knowledge current, is in command of critical issues. Consideration should be given to the amount of experience of the employee. | **6 Month Rating:** (circle one) <br><br> 1    2    3 X 4    5 <br><br> **12 Month Rating:** (circle one) <br><br> 1    2    3    4    5 |
|---|---|

**6-Month Comments:** Officer Rasic is understanding of his duties, and responsibilities. He has good knowledge of the job, and is always working to improve his job knowledge. He under stands the department's mission. And work to meet it.




**12 Month Comments:**



| Quantity of Work: The volume of work produced by the employee and the efficient dispatch with which the work is completed, compared to established or expected standards of production. | **6 Month Rating:** (circle one) <br><br> 1    X 2    3    4    5 <br><br> **12 Month Rating:** (circle one) <br><br> 1    2    3    4    5 |
|---|---|

**6 Month Comments:** He works to make and pass the standards. He will do more then asked of him when ever possible.
He had a 1 day suspenion for missing standards day was May 2003,



**12 Month Comments:**



00557

| Quality of Work: The value of the work produced by the employee and the accuracy and acceptability of the work completed compared to established or expected standards of quality. | 6 Month Rating: (circle one) |
|---|---|
| | 1    2    3 X    4    5 |
| | 12 Month Rating: (circle one) |
| | 1    2    3    4    5 |

**6 Month Comments:** He works his cases, and reports at a good level of acceptability and accuracy. He will fellow up on his cases as far as he can of each of them.
He has neat reports.


**12 Month Comments**


| Public Contact: The way the employee deals with residents and other outside contacts.   Ability of employee to live up to the title "public servant" and project a positive image. | 6 Month Rating:   (circle one) |
|---|---|
| | 1    2    3    X4    5 |
| | 12 Month Rating:   (circle one) |
| | 1    2    3    4    5 |

**6 Month Comments:** He works well to assist. Any one he comes in contact with. He will take the time to help them under stand, any thing they may have to do, or what the department will be doing for them. He projects a good image as a public servant.
He translates European languages for officers on the department. and he works to help the people he is translating with.


**12 Month Comments:**


00558

Police Officer Performance Review

| Initiative and Industry: | 6 Month Rating: (circle one) | | | | |
|---|---|---|---|---|---|
| The degree of energy, aptitude and ingenuity displayed by the employee in carry out work assignments.   Job responsibility should be considered. | 1 | 2 | 3 | X 4 | 5 |
| | 12 Month Rating: (circle one) | | | | |
| | 1 | 2 | 3 | 4 | 5 |

**6 Month Comments:** He works with a high level of energy in ever thing he works on. He Carries out his job assignments very well. And many times he will do even more THEN IS ASKED OF HIM.



**12 Month Comments:**



| Adaptability to Change: | 6 Month Rating: (circle one) | | | | |
|---|---|---|---|---|---|
| Employee's ability to accept a suggestion by a superior or fellow employee.     Demonstration  or  willingness  to  carry  out suggestions and make own recommendations for improvements. | 1 | 2 | 3 X | 4 | 5 |
| | 12 Month Rating: (circle one) | | | | |
| | 1 | 2 | 3 | 4 | 5 |

**6 Month Comments:** Dan will accept suggestions willingly. He is always willing to try new things and ideas. He will try to fine a better way to do his job.



**12 Month Comments:**



00559

| **Compliance With Supervision and Rules:** Employee's adherence to the rules and policies of the City. Employee's acceptance of direction from supervisors. | **6 Month Rating:** (circle one)  1    2    3 X    4    5  **12 Month Rating:** (circle one)  1    2    3    4    5 |
|---|---|

**6 Month Comments:** Dan works with the department rules and policies always as his guide. He accepts direction well from his superivsors.

**12 Month Comments**

| **Attitude:** The degree of interest shown by the employee in the job and the City and the willingness with which work assignments are accepted and carried out. | **6 Month Rating:** (circle one)  1    2    3 X    4    5  **12 Month Rating:** (circle one)  1    2    3    4    5 |
|---|---|

**6 Month Comments:** He shows a high degree of interests in the city which he grew up in. and that his parents still live in. He will do any of his assignments very good, with good fellow up. And complete reports.

**12 Month Comments:**

00560

| Effectiveness Under Stress:<br>Ability to deal in an effective and efficient manner with a potential mentally or emotionally disruptive or disquieting situation. | 6 Month Rating: (circle one)<br><br>1    2    3 X 4    5<br><br>12 Month Rating: (circle one)<br><br>1    2    3    4    5 |
|---|---|

**6 Month Comments:** He has shown to be able to work well on cases with high stress, He is Mentally and emotionally in control under stress calls. And he thinks well under stress.

**12 Month Comments:**

| Cooperatives:<br>The degree of cooperation and consideration displayed by the employee in working and dealing with co-workers, other employees, supervisors and outsiders. | 6 Month Rating: (circle one)<br><br>1    2    3    4X    5<br><br>12 Month Rating: (circle one)<br>1    2    3    4    5 |
|---|---|

**6 Month Comments:** Dan works well with other employees and supervisors, He works well with people from other agents from other departments, Dan is always willing to helps both this and other departments with translations with European Languages.

**12 Month Comments:**

00561

| Attendance and Punctuality:<br>The comparison of the attendance record established by the employee and the degree of promptness in reporting to the job. | 6 Month Rating: (circle one) |
|---|---|
| | 1    2    X3    4    5 |
| | 12 Month Rating: (circle one) |
| | 1    2    3    4    5 |

6 Month Comments: He is always on time for roll call. He has to work on taking care of his self, So that he will be using less sick days.
    He has had problem when working the 1st shift.


12 Month Comments:



---

| Appearance/Image:<br>Projects a positive, clean and wholesome image. Appearance is neat and clean, reflecting positively on the City of Northlake. Maintains this positive image in attitude and approach to the public. | 6 Month Rating: (circle one) |
|---|---|
| | 1    2    3    4 X   5 |
| | 12 Month Rating: (circle one) |
| | 1    2    3    4    5 |

6 Month Comments: He always displays a positive and wholesome image of a police officer as being neat and clean. He has always shown a positive image in his attitude, and approach while working with the public. He displays caring attitude to the citizens he is working with.



12 Month Comments:



00562

## OBJECTIVES FOR NEXT REVIEW PERIOD

*Use the following section to record objectives for the next review period.*

**6 Month**
**Objective 1:**

**6 Month**
**Objective 2:**

**12 Month**
**Objective 1:**

**12 Month**
**Objective 2:**

## EMPLOYEE DEVELOPMENT PLAN

*This section should be completed after employee and supervisor have agreed upon desired areas of improvement and development needs related to upcoming goals. It should include developmental objectives, corresponding development activities (on the job, formal training, etc.), and measurements and time frames for completion.*

**6 Month**
**Developmental Objective 1:**

**6 Month**
**Developmental Objective 2:**

00563

**12 Month**
**Developmental Objective 1:** _____

_____

_____

_____


**12 Month**
**Developmental Objective 2:** _____

_____

_____

_____


## PERFORMANCE SUMMARY

*Use this section to summarize the employee's performance in the last review period, and to provide an overall rating if applicable. When providing comments, consider the employee's performance against objectives, key issues from the Employee Performance section above, and strengths/potential improvements.*

| Summary: Is a valued performer who shows initiative and dependability. Works quickly and productively and is considered knowledgeable. Works well in a group and with the entire organization. Has a strong command of decision making and problem-solving techniques and can apply them appropriately. Performance extends beyond the requirements for the position. | **6 Month** **Overall Performance Rating:** (circle one) <br> 1    2    3   X 4    5 <br><br> **12 Month** **Overall Performance Rating:** (circle one) <br> 1    2    3    4    5 |
|---|---|

**6 Month Comments:** Dan is a good and dependable officer, he is willing to do any assignment he is given. And he will do a good job with it. He works well with all employees and supervisors of this department. He is showing good problem solving techniques; he will work to complete his cases as far as he can. He is always willing to help other officers. He is always willing to help citizens in any way he can. Which helps the department look good to the public. He helps by doing European translations.

   He needs to work on being able to work the 1st, shift.



**12 Month Comments:**




00564

## EMPLOYEE COMMENTS

*Use the space below to make comments regarding your performance evaluation.  Or, attach a separate comment sheet or self-appraisal document.*

**6 Month Review**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**12 Month Review**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

00565

## ACKNOWLEDGEMENT

I acknowledge receipt of this Police Officer Performance Review. I have reviewed it with the Chief of Police, Deputy Chief of Police, Commander or Sergeant. My written comments have been submitted on this document and/or additional paper. They were reviewed in my presence and are hereby included and made a part of the personnel record along with this Performance Review.

_Daniel Kradi_
Police Officer's Signature

6 Month
Date: _25-AUG-02_

_____
Police Officer's Signature

12 Month
Date:_____

_SGT_____ /c6
Sergeant

6 Month
Date: _25-AUG-2003_

_____
Sergeant

12 Month
Date:_____

_C.J. _____ '02_
Commander

6 Month
Date: _30 AUG 03_

_____
Commander

12 Month
Date:_____

_____
Deputy Chief of Police

6 Month
Date: _9/2/03_

00566

**Deputy Chief of Police**

**12 Month
Date:**_____

**Chief of Police**

**6 Month
Date:** _9. 3-_O3_

**Chief of Police**

**12 Month
Date:**_____

COPY

# NORTHLAKE POLICE DEPARTMENT

## Police Officer Performance Review

| | |
|---|---|
| **Employee Name:** | Daniel Rasic  #152 |
| **Job Title:** | Police Officer |
| **Department:** | Patrol |
| **Supervisor:** | Sgt. L Nowalany |
| **6-Month Review Period:** | June 2003 TO DECEMBER 2003 |
| **12 Month Review Period:** | |
| **6 Month Date:** | |
| **12 Month Date:** | DANIEL RASIC OFF  DUTY THIS PERIOD I.O.D. |

## INTRODUCTION

### Rating Guide:

| [1]<br>Unsatisfactory<br>Performance | [2]<br>Improvement<br>Desired | [3]<br>Meets<br>Expectations | [4]<br>Exceeds<br>Expectations | [5]<br>Outstanding<br>Performance |
|---|---|---|---|---|

### Rating Definitions:

#### Unsatisfactory Performance
- Lacks basic essential knowledge of job requirements
- Needs constant supervision
- No adaptability to suggestion or recommendation
- Difficult to work with
- Work falls significantly below set standards or expectations of the job
- Has difficulty following rules, regulations or direction
- Numerous complaints received from public

#### Improvement Desired
- Job knowledge limited
- Needs repetitive supervision on certain tasks
- Occasionally curt in dealing with fellow employees or citizens
- Sometimes neglects or forgets work
- Work requires frequent correction

00563

EXHIBIT
tabbies
h-9
mitigation

# NORTHLAKE POLICE DEPARTMENT

## Police Officer Performance Review

**Employee Name:** Daniel Rasic

COPY

**Job Title:** Patrolman.

**Department:** Patrol

**Supervisor:** Sergeant L. Nowalany

**6 Month Review Period:** 01 January 2004 to 01 July 2004

**12 Month Review Period:**

**6 Month Date:**

**12 Month Date:**

## INTRODUCTION

### Rating Guide:

| [1] Unsatisfactory Performance | [2] Improvement Desired | [3] Meets Expectations | [4] Exceeds Expectations | [5] Outstanding Performance |
|---|---|---|---|---|

### Rating Definitions:

#### Unsatisfactory Performance
- Lacks basic essential knowledge of job requirements
- Needs constant supervision
- No adaptability to suggestion or recommendation
- Difficult to work with
- Work falls significantly below set standards or expectations of the job
- Has difficulty following rules, regulations or direction
- Complaints received from public

#### Improvement Desired
- Job knowledge limited
- Needs repetitive supervision on certain tasks
- Occasionally curt in dealing with fellow employees or citizens
- Sometimes neglects or forgets work
- Work requires frequent correction


EXHIBIT
R-10
mitigation

00569

- Has had report returned for correction after administrative review

## Meets Expectations
- Has sufficient job knowledge of duties to conduct daily activities
- Works steadily, produces acceptable volume of work
- Typically displays a good attitude toward the public
- Follows rules as directed, accepts the direction of supervisors
- Able worker makes some suggestions for improvement
- Has not received production deficiency notices this rating period

## Exceeds Expectations
- Consistently produces a volume of work above set standards
- Needs little or no supervision, consistently follows rules
- Deals well with citizens, does not receive complaints
- Has exceptional knowledge of job and duty requirements
- Undertakes assignments willingly
- Very adaptable to change

## Outstanding Performance
- Demonstrates obvious enthusiasm and interest for work
- Extremely thorough, reliable, and dependable in carrying out all assignments
- Has exceptional job knowledge, willingly shares knowledge with fellow employees
- Exceptionally high producer, exceeds all standards and expectations of position
- Extremely pleasant with the public
- Extremely adaptable to change
- Judiciously and consistently follows rules and regulations
- Self-starter who consistently seeks additional work

## EMPLOYEE PERFORMANCE

*Use this section to describe employee performance in specific work areas.*

| Job Knowledge:<br>Understands duties and responsibilities, has necessary job knowledge, has necessary technical skills, understands Department mission/values, keeps job knowledge current, is in command of critical issues. | 6 Month Rating: (circle one)<br><br>1    2    3 X    4    5<br><br>12 Month Rating: (circle one)<br><br>1    2    3    4    5 |
|---|---|

6 Month Comments: Daniel is an officer of this department for the pass 5 years. He has good job knowledge. He has good technical skills. He understands department mission/values.

12 Month Comments:

| Quantity of Work:<br>The volume of work produced by the employee and the efficient dispatch, with which the work is completed, compared to established or expected standards of production.    Employee has not received a production deficiency notice for this rating period. | 6 Month Rating: (circle one)<br><br>1    X 2    3    4    5<br><br>12 Month Rating: (circle one)<br><br>1    2    3    4    5 |
|---|---|

6 Month Comments: Daniel has not made the standards for the pass 2, quarters. He has received a production deficiency notice.

12 Month Comments:

00571

| Quality of Work: The value of the work produced by the employee and the accuracy and acceptability of the work completed compared to established or expected standards of quality. The employee has not had reports returned for correction after administrative review. | 6 Month Rating: (circle one) |
| | 1    2    X3    4    5 |
| | 12 Month Rating: (circle one) |
| | 1    2    3    4    5 |

**6 Month Comments:** Daniel has good accuracy and acceptability with his work; reports have the important facts list in them. He works to complete his reports and cases. I don't recall him having any reports returned to him.

**12 Month Comments:**

| Public Contact: The way the employee deals with residents and other outside contacts. Ability of employee to live up to the title "public servant" and project a positive image. The employee has met all COPPS standards for this reporting period. | 6 Month Rating: (circle one) |
| | 1    2X    3    4    5 |
| | 12 Month Rating: (circle one) |
| | 1    2    3    4    5 |

**6 Month Comments:** Daniel deals well with the public he has positive contact with citizens. Citizens feel he cares about them and their cases.
   He received a letter of appreciation on 09 March 2004, from Chief Koletsos, the letter was because a resident called the Chief to compliment Daniel on the way he handled an accident she was involved in. And how professional he was in the way he handled the accident.
   He did not make his copps standards.

**12 Month Comments:**

00572

**Initiative and Industry:**
The degree of energy, aptitude and ingenuity displayed by the employee in carry out work assignments. The employee has not received deficiency notices for tickets, crime prevention or self-initiated activities this rating period.

**6 Month Rating:** (circle one)

1    X 2    3    4    5

**12 Month Rating:** (circle one)

1    2    3    4    5

**6 Month Comments:** Daniel did not make his standards for tickets, and crime preventions.

**12 Month Comments:**

---

**Adaptability to Change:**
Employee's ability to accept a suggestion by a superior or fellow employee.    Demonstration    or    willingness    to    carry    out suggestions and make own recommendations for improvements.

**6 Month Rating:** (circle one)

1    2    X 3    4    5

**12 Month Rating:** (circle one)

1    2    3    4    5

**6 Month Comments:** Daniel has the ability to accept suggestions from superior and fellow officers. He has a willingness to carry out new suggestions.

**12 Month Comments:**

00573

**Compliance With Supervision and Rules:**
Employee's adherence to the rules and policies of the City. Employee's acceptance of direction from supervisors. The employee has not received notice of disciplinary action during this rating period. Has not missed required training assignments.

**6 Month Rating:** (circle one)

1    2    X 3    4    5

**12 Month Rating:** (circle one)

1    2    3    4    5

**6 Month Comments:** Daniel's acceptance from supervisor's direction is good. It is important for him to improve on his standards.

**12 Month Comments:**

**Attitude:**
The degree of interest shown by the employee in the job and the City and the willingness with which work assignments are accepted and carried out. Volunteers for additional assignments or Department programs.

**6 Month Rating:** (circle one)

1    2    X 3    4    5

**12 Month Rating:** (circle one)

1    2    3    4    5

**6 Month Comments:** Daniel shows an interest in the job and city, he grew up in this city, and his parents still live in the city. He tries to help the citizens of the city.

**12 Month Comments:**

574

| Effectiveness Under Stress: Ability to deal in an effective and efficient manner with a potential mentally or emotionally disruptive or disquieting situation. | 6 Month Rating: (circle one) |
|---|---|
| | 1   2   X3   4   5 |
| | 12 Month Rating: (circle one) |
| | 1   2   3   4   5 |

**6 Month Comments:** Daniel has worked well on stress call, always thinking before acting. He works with the supervisor's direction, as he is hold. He can talk with an offender to get the offender to give in to officer's request.

**12 Month Comments:**

| Cooperativeness: The degree of cooperation and consideration displayed by the employee in working and dealing with co-workers, other employees, supervisors and outsiders. | 6 Month Rating: (circle one) |
|---|---|
| | 1   2   3X   4   5 |
| | 12 Month Rating: (circle one) |
| | 1   2   3   4   5 |

**6 Month Comments:** Daniel is very cooperative in helping fellow officers. He will help with arrest and investigations, he helps officers with translations, he translates European languages. He is willing to help outside departments in any way he can.

**12 Month Comments:**

00575

**Attendance and Punctuality:**
The comparison of the attendance record established by the employee and the degree of promptness in reporting to the job. The employee has been on time and prepared for court this rating period.

**6 Month Rating:** (circle one)

1    2X    3    4    5

**12 Month Rating:** (circle one)

1    2    3    4    5

**6 Month Comments:** Daniel was off with a back injury and has just returned to work with in the last 2 mouths.
  He is on time for roll calls.

**12 Month Comments:**

---

**Appearance/Image:**
Projects a positive, clean and wholesome image. Appearance is neat and clean, reflecting positively on the City of Northlake. Maintains this positive image in attitude and approach to the public.

**6 Month Rating:** (circle one)

1    2    3 X    4    5

**12 Month Rating:** (circle one)

1    2    3    4    5

**6 Month Comments:** Daniel always reports for duty neat and clean. He has a positive image in his attitude and approach in working with the public.

**12 Month Comments:**

00576

Police Officer Performance Review

## OBJECTIVES FOR NEXT REVIEW PERIOD

*Use the following section to record objectives for the next review period.*

**6 Month**
**Objective 1:**


**6 Month**
**Objective 2:**


**12 Month**
**Objective 1:**


**12 Month**
**Objective 2:**


00577

## EMPLOYEE DEVELOPMENT PLAN

*This section should be completed after employee and supervisor have agreed upon desired areas of improvement and development needs related to upcoming goals. It should include developmental objectives, corresponding development activities (on the job, formal training, etc.), and measurements and time frames for completion.*

**6 Month**
**Developmental Objective 1:**

**6 Month**
**Developmental Objective 2:**

**12 Month**
**Developmental Objective 1:**

**12 Month**
**Developmental Objective 2:**

00578

## PERFORMANCE SUMMARY

*Use this section to summarize the employee's performance in the last review period, and to provide an overall rating if applicable. When providing comments, consider the employee's performance against objectives, key issues from the Employee Performance section above, and strengths/potential improvements.*

| Summary: | 6 Month |
|---|---|
| Is a valued performer who shows initiative and dependability. Works quickly and productively and is considered knowledgeable. Works well in a group and with the entire organization. Has a strong command of decision making and problem-solving techniques and can apply them appropriately. Performance extends beyond the requirements for the position. Has not received a production deficiency notice this rating period. Has not been suspended or received other notice of disciplinary action. | **Overall Performance Rating:** (circle one)<br><br>1   X 2   3   4   5<br><br>**12 Month**<br>**Overall Performance Rating:** (circle one)<br><br>1   2   3   4   5 |

**6 Month Comments: Daniel shows a good knowledge of and about his job as a police officer. He works well with other officers. He works at decision making.**
    **He has received deficiency notice for not making his standards. This is an important part of the job; a police officer needs to make their standards. This is the main thing he has to work on, to make him a complete police officer.**

**12 Month Comments:**

00579

Police Officer Performance Review

## EMPLOYEE COMMENTS

*Use the space below to make comments regarding your performance evaluation. Or, attach a separate comment sheet or self-appraisal document.*

### 6 Month Review

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

### 12 Month Review

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

00580

## ACKNOWLEDGEMENT

I acknowledge receipt of this Police Officer Performance Review. I have reviewed it with the Chief of Police, Deputy Chief of Police, Commander or Sergeant. My written comments have been submitted on this document and/or additional paper. They were reviewed in my presence and are hereby included and made a part of the personnel record along with this Performance Review.

_Daniel Rasie_
**Police Officer's Signature**

6 Month
Date: _30-July-04_

_____
**Police Officer's Signature**

12 Month
Date:_____

_____
**Sergeant**

6 Month
Date:_____

_____
**Sergeant**

12 Month
Date:_____

_____
**Commander**

6 Month
Date: _30 Jul 04_

_____
**Commander**

12 Month
Date:_____

_____
**Deputy Chief of Police**

6 Month
Date: _7/30/04_

G0581

_____
**Deputy Chief of Police**

**12 Month**
**Date:**_____

_____
**Chief of Police**

**6 Month**
**Date:** 4/2/84

_____
**Chief of Police**

**12 Month**
**Date:**_____

Ou582