# NORTHLAKE POLICE DEPARTMENT

## Police Officer Performance Review

**Employee Name:** Officer Rasic

**COPY**

**Job Title:** Patrolman

**Department:** Patrol

**Supervisor:** Sgt. Byars

**6 Month Review Period:** January 2004 thru June 2004

**12 Month Review Period:** July 2004 thru December 2004

**6 Month Date:**

**12 Month Date:**

## INTRODUCTION

### Rating Guide:

| [1] Unsatisfactory Performance | [2] Improvement Desired | [3] Meets Expectations | [4] Exceeds Expectations | [5] Outstanding Performance |
|---|---|---|---|---|

### Rating Definitions:

**Unsatisfactory Performance**
- Lacks basic essential knowledge of job requirements
- Needs constant supervision
- No adaptability to suggestion or recommendation
- Difficult to work with
- Work falls significantly below set standards or expectations of the job
- Has difficulty following rules, regulations or direction
- Complaints received from public

**Improvement Desired**
- Job knowledge limited
- Needs repetitive supervision on certain tasks
- Occasionally curt in dealing with fellow employees or citizens
- Sometimes neglects or forgets work
- Work requires frequent correction

00583

EXHIBIT

tabbies

Ph-11
mitigation

- Has had report returned for correction after administrative review

## Meets Expectations
- Has sufficient job knowledge of duties to conduct daily activities
- Works steadily, produces acceptable volume of work
- Typically displays a good attitude toward the public
- Follows rules as directed, accepts the direction of supervisors
- Able worker makes some suggestions for improvement
- Has not received production deficiency notices this rating period

## Exceeds Expectations
- Consistently produces a volume of work above set standards
- Needs little or no supervision, consistently follows rules
- Deals well with citizens, does not receive complaints
- Has exceptional knowledge of job and duty requirements
- Undertakes assignments willingly
- Very adaptable to change

## Outstanding Performance
- Demonstrates obvious enthusiasm and interest for work
- Extremely thorough, reliable, and dependable in carrying out all assignments
- Has exceptional job knowledge, willingly shares knowledge with fellow employees
- Exceptionally high producer, exceeds all standards and expectations of position
- Extremely pleasant with the public
- Extremely adaptable to change
- Judiciously and consistently follows rules and regulations
- Self-starter who consistently seeks additional work

00584

## EMPLOYEE PERFORMANCE
*Use this section to describe employee performance in specific work areas.*

| Job Knowledge:<br>Understands duties and responsibilities, has necessary job knowledge, has necessary technical skills, understands Department mission/values, keeps job knowledge current, is in command of critical issues. | 6 Month Rating: (circle one)<br><br>1    2    3    4    5<br><br>12 Month Rating: (circle one)<br><br>1    2    (3)    4    5 |
|---|---|

**6 Month Comments:**




**12 Month Comments:** Officer Rasic has the necessary job knowledge to complete his day to day duties i.e. service calls etc. for an officer with his time on the job and experience.




| Quantity of Work:<br>The volume of work produced by the employee and the efficient dispatch with which the work is completed, compared to established or expected standards of production.   Employee has not received a production deficiency notice for this rating period. | 6 Month Rating: (circle one)<br><br>1    2    3    4    5<br><br>12 Month Rating: (circle one)<br><br>(1)    2    3    4    5 |
|---|---|

**6 Month Comments:**




**12 Month Comments:** Officer Rasic has not made his productivity standards this review/rating period.  Officer Rasic was suspended this review period for not making his productive standards.




00585

| **Quality of Work:** The value of the work produced by the employee and the accuracy and acceptability of the work completed compared to established or expected standards of quality. The employee has not had reports returned for correction after administrative review. | **6 Month Rating:** (circle one)<br><br>1   2   3   4   5<br><br>**12 Month Rating:** (circle one)<br><br>1   2   (3)   4   5 |
| --- | --- |

**6 Month Comments:**

**12 Month Comments:** Officer Rasic reports are accurate and acceptable.

| **Public Contact:** The way the employee deals with residents and other outside contacts. Ability of employee to live up to the title "public servant" and project a positive image. The employee has met all COPPS standards for this reporting period. | **6 Month Rating:** (circle one)<br><br>1   2   3   4   5<br><br>**12 Month Rating:** (circle one)<br><br>(1)   2   3   4   5 |
| --- | --- |

**6 Month Comments:**

**12 Month Comments:** Officer Rasic failed to meet his required productive standards for COPPS.

00586

| Initiative and Industry: The degree of energy, aptitude and ingenuity displayed by the employee in carry out work assignments. The employee has not received deficiency notices for tickets, crime prevention or self-initiated activities this rating period. | 6 Month Rating: (circle one) 1  2  3  4  5   12 Month Rating: (circle one) (1)  2  3  4  5 |
|---|---|

**6 Month Comments:**

**12 Month Comments:** Although Officer Rasic has carried out all work assignments that I have assigned him he has received suspension time for not making his productivity standards in the above listed areas at all this year (2004).

| Adaptability to Change: Employee's ability to accept a suggestion by a superior or fellow employee.   Demonstration or willingness to carry out suggestions and make own recommendations for improvements. | 6 Month Rating: (circle one) 1  2  3  4  5   12 Month Rating: (circle one) 1  (2)  3  4  5 |
|---|---|

**6 Month Comments:**

**12 Month Comments:** Officer Rasic has to learn to accept suggestions and advice from all of his superiors and fellow officers and give back positive feed back when he does not agree with someone's suggestions.

00587

| Compliance With Supervision and Rules: Employee's adherence to the rules and policies of the City. Employee's acceptance of direction from supervisors. The employee has not received notice of disciplinary action during this rating period. Has not missed required training assignments. | 6 Month Rating: (circle one) | | | | |
|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 |
| | 12 Month Rating: (circle one) | | | | |
| | (1) | 2 | 3 | 4 | 5 |

**6 Month Comments:**

**12 Month Comments:** Officer Rasic has received a letter of reprimand and at least 2 suspensions during this review period. He received a 20 day suspension for being Insubordinate, unbecoming, unsatisfactory performance, and courtesy violation for using profanity towards 2 citizens and one of his superior officers Commander Millitello while conducting an assist for a stolen motor vehicle investigation. Officer Rasic confronted 2 citizens whose dog was loose and used vulgar and profane language several times toward the citizens and when confronted by Commander Millitello he continued to use profane language towards him a superior officer. After being ordered to the station, once in the station, continued to use profane language towards Commander Millitello until Officer Rasic was relieved of his duties.

| Attitude: The degree of interest shown by the employee in the job and the City and the willingness with which work assignments are accepted and carried out. Volunteers for additional assignments or Department programs. | 6 Month Rating: (circle one) | | | | |
|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 |
| | 12 Month Rating: (circle one) | | | | |
| | 1 | (2) | 3 | 4 | 5 |

**6 Month Comments:**

**12 Month Comments:** Officer Rasic accepts all work assignments that I have given him and he has completed those assignments without direct supervision. Officer Rasic however has to learn to accept constructive criticism i.e. when advised on proper procedure on how to handle responding to a bank alarm he became defensive at first but after proper retraining he understood his/their mistakes and moved forward with a positive attitude towards the incident.

00588

| Effectiveness Under Stress: Ability to deal in an effective and efficient manner with a potential mentally or emotionally disruptive or disquieting situation. | 6 Month Rating: (circle one) |
|---|---|
| | 1    2    3    4    5 |
| | 12 Month Rating: (circle one) |
| | 1    2    3    (4)    5 |

**6 Month Comments:**

**12 Month Comments:** Officer Rasic practices officer safety under stressful situations and is calm and in control when dealing with domestic type disturbances.

| Cooperativeness: The degree of cooperation and consideration displayed by the employee in working and dealing with co-workers, other employees, supervisors and outsiders. | 6 Month Rating: (circle one) |
|---|---|
| | 1    2    3    4    5 |
| | 12 Month Rating: (circle one) |
| | 1    2    (3)    4    5 |

**6 Month Comments:**

**12 Month Comments:** Officer Rasic will assist his fellow officers with whatever is requested of him from them or me as his supervisor i.e. arrest, livescan and translations.

00589

| Attendance and Punctuality: The comparison of the attendance record established by the employee and the degree of promptness in reporting to the job. The employee has been on time and prepared for court this rating period. | 6 Month Rating: (circle one) |
|---|---|
| | 1    2    3    4    5 |
| | 12 Month Rating: (circle one) |
| | 1    (2)    3    4    5 |

**6 Month Comments:**



**12 Month Comments:** Officer Rasic reports for duty on time. However he did receive suspension time for not attending court during this review period therefore improvement is required in this area.

| Appearance/Image: Projects a positive, clean and wholesome image. Appearance is neat and clean, reflecting positively on the City of Northlake. Maintains this positive image in attitude and approach to the public. | 6 Month Rating: (circle one) |
|---|---|
| | 1    2    3    4    5 |
| | 12 Month Rating: (circle one) |
| | 1    2    (3)    4    5 |

**6 Month Comments:**



**12 Month Comments:** Officer Rasic appearance is neat and clean.

00590

## OBJECTIVES FOR NEXT REVIEW PERIOD

*Use the following section to record objectives for the next review period.*

**6 Month
Objective 1:**    *MAKE THE STANDARDS-*

**6 Month
Objective 2:**

**12 Month
Objective 1:**

**12 Month
Objective 2:**

00591

## EMPLOYEE DEVELOPMENT PLAN

*This section should be completed after employee and supervisor have agreed upon desired areas of improvement and development needs related to upcoming goals. It should include developmental objectives, corresponding development activities (on the job, formal training, etc.), and measurements and time frames for completion.*

**6 Month**
**Developmental Objective 1:**

**6 Month**
**Developmental Objective 2:**

**12 Month**
**Developmental Objective 1:**

**12 Month**
**Developmental Objective 2:**

00592

## PERFORMANCE SUMMARY

*Use this section to summarize the employee's performance in the last review period, and to provide an overall rating if applicable. When providing comments, consider the employee's performance against objectives, key issues from the Employee Performance section above, and strengths/potential improvements.*

| Summary: | 6 Month |
|---|---|
| Is a valued performer who shows initiative and dependability Works quickly and productively and is considered knowledgeable. Works well in a group and with the entire organization. Has a strong command of decision making and problem-solving techniques and can apply them appropriately. Performance extends beyond the requirements for the position. Has not received a production deficiency notice this rating period. Has not been suspended or received other notice of disciplinary action. | **Overall Performance Rating:** (circle one) <br><br> 1    2    3    4    5 <br><br> **12 Month** <br> **Overall Performance Rating:** (circle one) <br><br> 1    (2)    3    4    5 |

**6 Month Comments:**




**12 Month Comments:** Officer Rasic has the knowledge to complete his day to day duties. He does not have any problems assisting his fellow officers or supervisor with arrest or special assignments. However improvement is required in meeting his standards each and every review/rating period as well as attending court as required. Although Officer Rasic has received several suspensions during this review period he has assured me that all of those issues are put behind him and he is ready to move forward on a positive note.

00593

**EMPLOYEE COMMENTS**

*Use the space below to make comments regarding your performance evaluation. Or, attach a
separate comment sheet or self-appraisal document.*

**6 Month Review**

Did not make standards because I would
recieve numerous volume of calls and
would be down for a period of time.
If we analize the percentage of time
down on calls that are more serious
in nature that would help explain some
of the situation concerning standards.
That said I will try to improve my
standards. I hope that my career
is not based just on standards.

**12 Month Review**

00534

## ACKNOWLEDGEMENT

I acknowledge receipt of this Police Officer Performance Review. I have reviewed it with the Chief of Police, Deputy Chief of Police, Commander or Sergeant. My written comments have been submitted on this document and/or additional paper. They were reviewed in my presence and are hereby included and made a part of the personnel record along with this Performance Review.

_Daniel Rush_
Police Officer's Signature

6 Month
Date: _03-MAR-05_

_Daniel Rush_
Police Officer's Signature

12 Month
Date: _03-MAR-05_

_____
Sergeant

6 Month
Date: _____

_SGT KByon 105_
Sergeant

12 Month
Date: _3 Mar 06_

_____
Commander

6 Month
Date: _____

_____
Commander

12 Month
Date: _____

_____
Deputy Chief of Police

6 Month
Date: _____

00595

**Deputy Chief of Police**

12 Month
Date: 3 / 4 / 05

**Chief of Police**

6 Month
Date:_____

**Chief of Police**

12 Month
Date: 3-4-05

00596

# NORTHLAKE POLICE DEPARTMENT

## Police Officer Performance Review

**Employee Name:** _____ Officer Rasic _____

**Job Title:** _____ Police Officer _____

**Department:** _____ Patrol Division _____

**Supervisor:** _____ Sgt. C. Ortiz _____

**6 Month Review Period:** _____

**12 Month Review Period:** _____ July 2005 through December 2005 _____

**6 Month Date:** _____

**12 Month Date:** _____

**COPY**

## INTRODUCTION

### Rating Guide:

| [1] Unsatisfactory Performance | [2] Improvement Desired | [3] Meets Expectations | [4] Exceeds Expectations | [5] Outstanding Performance |
|---|---|---|---|---|

### Rating Definitions:

**Unsatisfactory Performance**
- Lacks basic essential knowledge of job requirements
- Needs constant supervision
- No adaptability to suggestion or recommendation
- Difficult to work with
- Work falls significantly below set standards or expectations of the job
- Has difficulty following rules, regulations or direction
- Complaints received from public

**Improvement Desired**
- Job knowledge limited
- Needs repetitive supervision on certain tasks
- Occasionally curt in dealing with fellow employees or citizens
- Sometimes neglects or forgets work
- Work requires frequent correction



EXHIBIT
R-12
mitigation

00597

- Has had report returned for correction after administrative review

## Meets Expectations
- Has sufficient job knowledge of duties to conduct daily activities
- Works steadily, produces acceptable volume of work
- Typically displays a good attitude toward the public
- Follows rules as directed, accepts the direction of supervisors
- Able worker makes some suggestions for improvement
- Has not received production deficiency notices this rating period

## Exceeds Expectations
- Consistently produces a volume of work above set standards
- Needs little or no supervision, consistently follows rules
- Deals well with citizens, does not receive complaints
- Has exceptional knowledge of job and duty requirements
- Undertakes assignments willingly
- Very adaptable to change

## Outstanding Performance
- Demonstrates obvious enthusiasm and interest for work
- Extremely thorough, reliable, and dependable in carrying out all assignments
- Has exceptional job knowledge, willingly shares knowledge with fellow employees
- Exceptionally high producer, exceeds all standards and expectations of position
- Extremely pleasant with the public
- Extremely adaptable to change
- Judiciously and consistently follows rules and regulations
- Self-starter who consistently seeks additional work

00598

## EMPLOYEE PERFORMANCE

*Use this section to describe employee performance in specific work areas.*

| Job Knowledge: <br> Understands duties and responsibilities, has necessary job knowledge, has necessary technical skills, understands Department mission/values, keeps job knowledge current, is in command of critical issues. | 6 Month Rating: (circle one) <br><br> 1   2   3   4   5 <br><br> 12 Month Rating: (circle one) <br><br> 1   2   3   ④   5 |
|---|---|

**6 Month Comments:**

**12 Month Comments:**

Officer Rasic understands the duties and responsibilities of his Office. He also fully understands the Department's rules, regulations and policies. He has the necessary knowledge and experience to complete his day to day duties.

| Quantity of Work: <br> The volume of work produced by the employee and the efficient dispatch with which the work is completed, compared to established or expected standards of production. Employee has not received a production deficiency notice for this rating period. | 6 Month Rating: (circle one) <br><br> 1   2   3   4   5 <br><br> 12 Month Rating: (circle one) <br><br> 1   2   ③   4   5 |
|---|---|

**6 Month Comments:**

**12 Month Comments:**

Officer Rasic received a "Monthly Notification" report in January of this year for not meeting his standards for the month. He missed his traffic ticket standard for .75. Since that time Officer Rasic has improved dramatically and he has met all of his productivity standards.

00539

| Quality of Work:<br>The value of the work produced by the employee and the accuracy and acceptability of the work completed compared to established or expected standards of quality. The employee has not had reports returned for correction after administrative review. | 6 Month Rating: (circle one)<br><br>1    2    3    4    5<br><br>12 Month Rating: (circle one)<br><br>1    2    ③    4    5 |
|---|---|

**6 Month Comments:**

**12 Month Comments:**

Officer Rasic maintains an acceptable performance and his reports are accurate. He writes with clarity and consistency.

| Public Contact:<br>The way the employee deals with residents and other outside contacts.   Ability of employee to live up to the title "public servant" and project a positive image. The employee has met all COPPS standards for this reporting period. | 6 Month Rating: (circle one)<br><br>1    2    3    4    5<br><br>12 Month Rating: (circle one)<br><br>1    2    3    ④    5 |
|---|---|

**6 Month Comments:**

**12 Month Comments:**

Officer Rasic always shows respect and he is very professional when dealing with the public and other police agencies. His understanding of the Polish language is a plus when dealing with Polish speaking individuals.

00600

**Initiative and Industry:**

The degree of energy, aptitude and ingenuity displayed by the employee in carry out work assignments. The employee has not received deficiency notices for tickets, crime prevention or self-initiated activities this rating period.

**6 Month Rating:** (circle one)

1    2    3    4    5

**12 Month Rating:** (circle one)

1    2    ③    4    5

**6 Month Comments:**

**12 Month Comments:**

Officer Rasic always completes his assignments in a timely manner and without any direct supervision.

---

**Adaptability to Change:**

Employee's ability to accept a suggestion by a superior or fellow employee.    Demonstration or willingness to carry out suggestions and make own recommendations for improvements.

**6 Month Rating:** (circle one)

1    2    3    4    5

**12 Month Rating:** (circle one)

1    2    ③    4    5

**6 Month Comments:**

**12 Month Comments:**

Officer Rasic always accepts suggestions from his supervisors and fellow officers. He makes suggestions on how to better complete and assignment or task.

00601

**Compliance With Supervision and Rules:**
Employee's adherence to the rules and policies of the City. Employee's acceptance of direction from supervisors. The employee has not received notice of disciplinary action during this rating period. Has not missed required training assignments.

**6 Month Rating:** (circle one)

1    2    3    4    5

**12 Month Rating:** (circle one)

1    2    ③    4    5

**6 Month Comments:**

**12 Month Comments:**

During this review period Officer Rasic has followed the Department's rules, regulations and polices without any problems. He also accepts directions from his supervisors.

**Attitude:**
The degree of interest shown by the employee in the job and the City and the willingness with which work assignments are accepted and carried out. Volunteers for additional assignments or Department programs.

**6 Month Rating:** (circle one)

1    2    3    4    5

**12 Month Rating:** (circle one)

1    2    3    ④    5

**6 Month Comments:**

**12 Month Comments:**

Officer Rasic has showed a good and positive attitude toward police work. He never hesitates to assist or complete an assignment.

00602

**Effectiveness Under Stress:**
Ability to deal in an effective and efficient manner with a potential mentally or emotionally disruptive or disquieting situation.

**6 Month Rating:** (circle one)

1    2    3    4    5

**12 Month Rating:** (circle one)

1    2    ③    4    5

**6 Month Comments:**

**12 Month Comments:**

Officer Rasic always practices officer safety under stressful situations. He is someone that you can depend on in any giving situation.

---

**Cooperativeness:**
The degree of cooperation and consideration displayed by the employee in working and dealing with co-workers, other employees, supervisors and outsiders.

**6 Month Rating:** (circle one)

1    2    3    4    5

**12 Month Rating:** (circle one)

1    2    ③    4    5

**6 Month Comments:**

**12 Month Comments:**

Officer Rasic works well with fellow officers and outside agencies. He assists his co-workers with whatever is requested of him.

00603

**Attendance and Punctuality:**
The comparison of the attendance record established by the employee and the degree of promptness in reporting to the job. The employee has been on time and prepared for court this rating period.

**6 Month Rating:** (circle one)

1    2    3    4    5

**12 Month Rating:** (circle one)

1    2    3    [4]    5

**6 Month Comments:**

**12 Month Comments:**

Officer Rasic is always on time and ready for work.

---

**Appearance/Image:**
Projects a positive, clean and wholesome image. Appearance is neat and clean, reflecting positively on the City of Northlake. Maintains this positive image in attitude and approach to the public.

**6 Month Rating:** (circle one)

1    2    3    4    5

**12 Month Rating:** (circle one)

1    2    3    [4]    5

**6 Month Comments:**

**12 Month Comments:**

Officer Rasic's appearance is always clean and he reflects a p[positive image when dealing with the public

00604

Police Officer Performance Review

## OBJECTIVES FOR NEXT REVIEW PERIOD

*Use the following section to record objectives for the next review period.*

**6 Month**
**Objective 1:**

**6 Month**
**Objective 2:**

**12 Month**
**Objective 1:**

**12 Month**
**Objective 2:**

00605

Police Officer Performance Review

## EMPLOYEE DEVELOPMENT PLAN

*This section should be completed after employee and supervisor have agreed upon desired areas of improvement and development needs related to upcoming goals. It should include developmental objectives, corresponding development activities (on the job, formal training, etc.), and measurements and time frames for completion.*

**6 Month**
**Developmental Objective 1:**

**6 Month**
**Developmental Objective 2:**

**12 Month**
**Developmental Objective 1:**

**12 Month**
**Developmental Objective 2:**

00606

Police Officer Performance Review

## PERFORMANCE SUMMARY

*Use this section to summarize the employee's performance in the last review period, and to provide an overall rating if applicable. When providing comments, consider the employee's performance against objectives, key issues from the Employee Performance section above, and strengths/potential improvements.*

| Summary: | 6 Month |
|---|---|
| Is a valued performer who shows initiative and dependability. Works quickly and productively and is considered knowledgeable. Works well in a group and with the entire organization. Has a strong command of decision making and problem-solving techniques and can apply them appropriately. Performance extends beyond the requirements for the position. Has not received a production deficiency notice this rating period. Has not been suspended or received other notice of disciplinary action. | **Overall Performance Rating:** (circle one)<br><br>1   2   3   4   5<br><br>**12 Month**<br>**Overall Performance Rating:** (circle one)<br><br>1   2   3   ④   5 |

**6 Month Comments:**

**12 Month Comments:**

Officer Rasic has the knowledge and experience to complete his everyday duties. He has no problem in assisting fellow officers with whatever is needed of him. During this review period Officer Rasic has met all of his standards. He always conducts himself in a professional manner when dealing with the public and fellow officers.

00607

## EMPLOYEE COMMENTS

*Use the space below to make comments regarding your performance evaluation. Or, attach a separate comment sheet or self-appraisal document.*

**6 Month Review**

**12 Month Review**

I am proud to be an officer of the city of Northlake Police Department. I plan to improve every year in my career as a police officer. I am also proud of the direction this department is heading under the guidance of our chief Kaletsas.

00608

Police Officer Performance Review

## ACKNOWLEDGEMENT

I acknowledge receipt of this Police Officer Performance Review. I have reviewed it with the Chief of Police, Deputy Chief of Police, Commander or Sergeant. My written comments have been submitted on this document and/or additional paper. They were reviewed in my presence and are hereby included and made a part of the personnel record along with this Performance Review.

_____
Police Officer's Signature

6 Month
Date:_____

*Daniel Rasul*
Police Officer's Signature

12 Month
Date:___28-Nov-05___

SGT. _____
Sergeant

6 Month
Date:___28 NOV 05___

SGT. _____
Sergeant

12 Month
Date:___28 NOV 05___

_____
Commander

6 Month
Date:_____

Cdr K Bryan wc
Commander

12 Month
Date:___28 NOV 05___

_____
Deputy Chief of Police

6 Month
Date:_____

Deputy Chief of Police

12 Month
Date: 11/30/05

Chief of Police

6 Month
Date:

Chief of Police

12 Month
Date: 12/7/05

00610

# NORTHLAKE POLICE DEPARTMENT

## Police Officer Performance Review

**Employee Name:** Officer Rasic #152

COPY

**Job Title:** Police Officer

**Department:** Patrol Division

**Supervisor:** Sgt. C. Ortiz #109

**6 Month Review Period:** January 2006 through June 2006

**12 Month Review Period:**

**6 Month Date:**

**12 Month Date:**

## INTRODUCTION

### Rating Guide:

| [1]<br>Unsatisfactory<br>Performance | [2]<br>Improvement<br>Desired | [3]<br>Meets<br>Expectations | [4]<br>Exceeds<br>Expectations | [5]<br>Outstanding<br>Performance |
|---|---|---|---|---|

### Rating Definitions:

**Unsatisfactory Performance**
- Lacks basic essential knowledge of job requirements
- Needs constant supervision
- No adaptability to suggestion or recommendation
- Difficult to work with
- Work falls significantly below set standards or expectations of the job
- Has difficulty following rules, regulations or direction
- Complaints received from public

**Improvement Desired**
- Job knowledge limited
- Needs repetitive supervision on certain tasks
- Occasionally curt in dealing with fellow employees or citizens
- Sometimes neglects or forgets work
- Work requires frequent correction

EXHIBIT
h-13
mitigation

00611

- Has had report returned for correction after administrative review

## Meets Expectations
- Has sufficient job knowledge of duties to conduct daily activities
- Works steadily, produces acceptable volume of work
- Typically displays a good attitude toward the public
- Follows rules as directed, accepts the direction of supervisors
- Able worker makes some suggestions for improvement
- Has not received production deficiency notices this rating period

## Exceeds Expectations
- Consistently produces a volume of work above set standards
- Needs little or no supervision, consistently follows rules
- Deals well with citizens, does not receive complaints
- Has exceptional knowledge of job and duty requirements
- Undertakes assignments willingly
- Very adaptable to change

## Outstanding Performance
- Demonstrates obvious enthusiasm and interest for work
- Extremely thorough, reliable, and dependable in carrying out all assignments
- Has exceptional job knowledge, willingly shares knowledge with fellow employees
- Exceptionally high producer, exceeds all standards and expectations of position
- Extremely pleasant with the public
- Extremely adaptable to change
- Judiciously and consistently follows rules and regulations
- Self-starter who consistently seeks additional work

00612

# EMPLOYEE PERFORMANCE

*Use this section to describe employee performance in specific work areas.*

| Job Knowledge: | 6 Month Rating: (circle one) |
| --- | --- |
| Understands duties and responsibilities, has necessary job knowledge, has necessary technical skills, understands Department mission/values, keeps job knowledge current, is in command of critical issues. | 1    2    3    【4】    5 |
| | 12 Month Rating: (circle one) |
| | 1    2    3    4    5 |

**6 Month Comments:**

Officer D. Rasic understands the responsibilities and duties of his Office. He has the necessary knowledge and experience to complete his day to day duties.

**12 Month Comments:**

| Quantity of Work: | 6 Month Rating: (circle one) |
| --- | --- |
| The volume of work produced by the employee and the efficient dispatch with which the work is completed, compared to established or expected standards of production. Employee has not received a production deficiency notice for this rating period. | 1    2    【3】    4    5 |
| | 12 Month Rating: (circle one) |
| | 1    2    3    4    5 |

**6 Month Comments:**

Officer D. Rasic received a deficiency monthly notification notice in June of this year for not meeting his standards for the month. Officer Rasic missed his Crime Prevention Notices by 0.16 and his Parking Tickets by 0.94 during that month. Prior to June 2006, Officer Rasic has met all of his productivity standards.

**12 Month Comments:**

Police Officer Performance Review

00613

| Quality of Work: | 6 Month Rating: (circle one) | | | | |
|---|---|---|---|---|---|
| The value of the work produced by the employee and the accuracy and acceptability of the work completed compared to established or expected standards of quality. The employee has not had reports returned for correction after administrative review. | 1 | 2 | [3] | 4 | 5 |
| | **12 Month Rating:** (circle one) | | | | |
| | 1 | 2 | 3 | 4 | 5 |

**6 Month Comments:**

Officer D. Rasic maintains an acceptable performance and his reports are accurate. He writes accurate reports, with clarity and consistency.

**12 Month Comments:**

| Public Contact: | 6 Month Rating: (circle one) | | | | |
|---|---|---|---|---|---|
| The way the employee deals with residents and other outside contacts. Ability of employee to live up to the title "public servant" and project a positive image. The employee has met all COPPS standards for this reporting period. | 1 | 2 | 3 | [4] | 5 |
| | **12 Month Rating:** (circle one) | | | | |
| | 1 | 2 | 3 | 4 | 5 |

**6 Month Comments:**

Officer D. Rasic always shows respect and professionalism when dealing with citizens and other police agencies. His understanding of the Polish language is a plus.

**12 Month Comments:**

00614

| Initiative and Industry:<br>The degree of energy, aptitude and ingenuity displayed by the employee in carry out work assignments. The employee has not received deficiency notices for tickets, crime prevention or self-initiated activities this rating period. | **6 Month Rating:** (circle one)<br><br>1   2   3   [4]   5<br><br>**12 Month Rating:** (circle one)<br><br>1   2   3   4   5 |
|---|---|

**6 Month Comments:**

Officer D. Rasic completes his assignments in a timely manner and without supervision.

**12 Month Comments:**

| Adaptability to Change:<br>Employee's ability to accept a suggestion by a superior or fellow employee.     Demonstration or willingness to carry out suggestions and make own recommendations for improvements. | **6 Month Rating:** (circle one)<br><br>1   2   [3]   4   5<br><br>**12 Month Rating:** (circle one)<br><br>1   2   3   4   5 |
|---|---|

**6 Month Comments:**

Officer D. Rasic accepts suggestions from fellow officers and supervisors. He is open for new ideas and makes suggestions on how to better complete an assigned task.

**12 Month Comments:**

00615

| Compliance With Supervision and Rules:<br>Employee's adherence to the rules and policies of the City. Employee's acceptance of direction from supervisors. The employee has not received notice of disciplinary action during this rating period. Has not missed required training assignments. | **6 Month Rating:** (circle one) | | | | |
|---|---|---|---|---|---|
| | 1 | 2 | [3] | 4 | 5 |
| | **12 Month Rating:** (circle one) | | | | |
| | 1 | 2 | 3 | 4 | 5 |

**6 Month Comments:**

Officer D. Rasic has followed the department's rules regulations and policies without any problem. He has not received any letter of reprimand during this period and he is current on his assigned training (LETN).

**12 Month Comments:**


| Attitude:<br>The degree of interest shown by the employee in the job and the City and the willingness with which work assignments are accepted and carried out. Volunteers for additional assignments or Department programs. | **6 Month Rating:** (circle one) | | | | |
|---|---|---|---|---|---|
| | 1 | 2 | 3 | [4] | 5 |
| | **12 Month Rating:** (circle one) | | | | |
| | 1 | 2 | 3 | 4 | 5 |

**6 Month Comments:**

Officer D. Rasic has showed positive attitude toward police work. He volunteers for assignments and always helps his fellow officers and supervisors.

**12 Month Comments:**


Police Officer Performance Review

00616

| **Effectiveness Under Stress:** Ability to deal in an effective and efficient manner with a potential mentally or emotionally disruptive or disquieting situation. | **6 Month Rating:** (circle one) | | | | |
|---|---|---|---|---|---|
| | 1 | 2 | [3] | 4 | 5 |
| | **12 Month Rating:** (circle one) | | | | |
| | 1 | 2 | 3 | 4 | 5 |

**6 Month Comments:**

Officer D. Rasic works well under stressful situations. He always practices officer safety.

**12 Month Comments:**

| **Cooperativeness:** The degree of cooperation and consideration displayed by the employee in working and dealing with co-workers, other employees, supervisors and outsiders. | **6 Month Rating:** (circle one) | | | | |
|---|---|---|---|---|---|
| | 1 | 2 | [3] | 4 | 5 |
| | **12 Month Rating:** (circle one) | | | | |
| | 1 | 2 | 3 | 4 | 5 |

**6 Month Comments:**

Officer D. Rasic is always willing to help and cooperate with his fellow officers and supervisors.

**12 Month Comments:**

00617

| Attendance and Punctuality: | 6 Month Rating: (circle one) | | | | |
|---|---|---|---|---|---|
| The comparison of the attendance record established by the employee and the degree of promptness in reporting to the job. The employee has been on time and prepared for court this rating period. | 1 | 2 | 3 | [4] | 5 |
| | 12 Month Rating: (circle one) | | | | |
| | 1 | 2 | 3 | 4 | 5 |

**6 Month Comments:**

Officer D. Rasic is always on time and ready for work.

**12 Month Comments:**

| Appearance/Image: | 6 Month Rating: (circle one) | | | | |
|---|---|---|---|---|---|
| Projects a positive, clean and wholesome image. Appearance is neat and clean, reflecting positively on the City of Northlake. Maintains this positive image in attitude and approach to the public. | 1 | 2 | 3 | [4] | 5 |
| | 12 Month Rating: (circle one) | | | | |
| | 1 | 2 | 3 | 4 | 5 |

**6 Month Comments:**

Officer D. Rasic's appearance is clean. He reflects a positive image when dealing with citizens.

**12 Month Comments:**

00618

## OBJECTIVES FOR NEXT REVIEW PERIOD

*Use the following section to record objectives for the next review period.*

**6 Month**
**Objective 1:**

**6 Month**
**Objective 2:**

**12 Month**
**Objective 1:**

**12 Month**
**Objective 2:**

**Police Officer Performance Review**

00619

## EMPLOYEE DEVELOPMENT PLAN

*This section should be completed after employee and supervisor have agreed upon desired areas of improvement and development needs related to upcoming goals. It should include developmental objectives, corresponding development activities (on the job, formal training, etc.), and measurements and time frames for completion.*

**6 Month**
**Developmental Objective 1:**

**6 Month**
**Developmental Objective 2:**

**12 Month**
**Developmental Objective 1:**

**12 Month**
**Developmental Objective 2:**

G0620

## PERFORMANCE SUMMARY

*Use this section to summarize the employee's performance in the last review period, and to provide an overall rating if applicable. When providing comments, consider the employee's performance against objectives, key issues from the Employee Performance section above, and strengths/potential improvements.*

| Summary: | 6 Month |
|---|---|
| Is a valued performer who shows initiative and dependability. Works quickly and productively and is considered knowledgeable. Works well in a group and with the entire organization. Has a strong command of decision making and problem-solving techniques and can apply them appropriately. Performance extends beyond the requirements for the position. Has not received a production deficiency notice this rating period. Has not been suspended or received other notice of disciplinary action. | **Overall Performance Rating:**<br>(circle one)<br><br>1    2    3    **④**    5<br><br>**12 Month**<br>**Overall Performance Rating:**<br>(circle one)<br><br>1    2    3    4    5 |

**6 Month Comments:**

Officer D. Rasic is an officer with experience, an officer that the citizens of the City of Northlake can depend on. His knowledge of the Polish language is a plus when dealing with Polish speaking individuals. He has met all of his standards during this period. Officer Rasic always conducts himself in a professional manner when dealing with the public and fellows officers. Always on time and ready for work.

**12 Month Comments:**

00621

## EMPLOYEE COMMENTS

*Use the space below to make comments regarding your performance evaluation. Or, attach a separate comment sheet or self-appraisal document.*

**6 Month Review**

I AGREE With the PERFORMANCE Review. SGT ORTIZ is A VERY GUOD SGT With this depARtment. As AlWAys it is A pleasure to WUNK FuR the City OF NonthlAke VndeR chieF Dennis A. KoLetsor. LouK FuRWARd to hAVING A LUNG CAReer with the depARtment. Thank yllV. Daniel Rush #152

**12 Month Review**

00622

## ACKNOWLEDGEMENT

I acknowledge receipt of this Police Officer Performance Review. I have reviewed it with the Chief of Police, Deputy Chief of Police, Commander or Sergeant. My written comments have been submitted on this document and/or additional paper. They were reviewed in my presence and are hereby included and made a part of the personnel record along with this Performance Review.


_____
**Police Officer's Signature**

6 Month
Date: _16 AUG 06_


_____
**Police Officer's Signature**

12 Month
Date:_____


_____
**Sergeant**

6 Month
Date: _16 AUG 06_


_____
**Sergeant**

12 Month
Date:_____


_____
**Commander**

6 Month
Date: _16 AUG 06_


_____
**Commander**

12 Month
Date:_____


_____
**Deputy Chief of Police**

6 Month
Date:_____

00623

**12 Month**
**Date:**_____

_____
**Deputy Chief of Police**

_____
**Chief of Police**

**6 Month**
**Date:**___2/22/06___

_____
**Chief of Police**

**12 Month**
**Date:**_____

Police Officer Performance Review

00624