# NORTHLAKE POLICE DEPARTMENT

## Police Officer Performance Review

**Employee Name:** Officer Daniel Rasic

**Job Title:** Police Officer

**Department:** Patrol Division

**Supervisor:** Sergeant James Tzinis

**6 Month Review Period:**

**12 Month Review Period:** July 2006 / December 2006

**6 Month Date:**

**12 Month Date:** January 15, 2007

## INTRODUCTION

**Rating Guide:**

| [1] Unsatisfactory Performance | [2] Improvement Desired | [3] Meets Expectations | [4] Exceeds Expectations | [5] Outstanding Performance |
|---|---|---|---|---|

**Rating Definitions:**

### Unsatisfactory Performance
- Lacks basic essential knowledge of job requirements
- Needs constant supervision
- No adaptability to suggestion or recommendation
- Difficult to work with
- Work falls significantly below set standards or expectations of the job
- Has difficulty following rules, regulations or direction
- Complaints received from public

### Improvement Desired
- Job knowledge limited
- Needs repetitive supervision on certain tasks
- Occasionally curt in dealing with fellow employees or citizens
- Sometimes neglects or forgets work
- Work requires frequent correction

00625



EXHIBIT
R-14
mitigation

- Has had report returned for correction after administrative review

## Meets Expectations
- Has sufficient job knowledge of duties to conduct daily activities
- Works steadily, produces acceptable volume of work
- Typically displays a good attitude toward the public
- Follows rules as directed, accepts the direction of supervisors
- Able worker makes some suggestions for improvement
- Has not received production deficiency notices this rating period

## Exceeds Expectations
- Consistently produces a volume of work above set standards
- Needs little or no supervision, consistently follows rules
- Deals well with citizens, does not receive complaints
- Has exceptional knowledge of job and duty requirements
- Undertakes assignments willingly
- Very adaptable to change

## Outstanding Performance
- Demonstrates obvious enthusiasm and interest for work
- Extremely thorough, reliable, and dependable in carrying out all assignments
- Has exceptional job knowledge, willingly shares knowledge with fellow employees
- Exceptionally high producer, exceeds all standards and expectations of position
- Extremely pleasant with the public
- Extremely adaptable to change
- Judiciously and consistently follows rules and regulations
- Self-starter who consistently seeks additional work

## EMPLOYEE PERFORMANCE

*Use this section to describe employee performance in specific work areas.*

| Job Knowledge: Understands duties and responsibilities, has necessary job knowledge, has necessary technical skills, understands Department mission/values, keeps job knowledge current, is in command of critical issues. | **6 Month Rating:** (circle one)  1    2    3    4    5  **12 Month Rating:** (circle one)  1    2   (3)   4    5 |
|---|---|

**6 Month Comments:**

**12 Month Comments:** Officer Rasic has sufficient job knowledge. He requires some guidance from time to time, which is within reasonable limits.

| Quantity of Work: The volume of work produced by the employee and the efficient dispatch, with which the work is completed, compared to established or expected standards of production. Employee has not received a production deficiency notice for this rating period. | **6 Month Rating:** (circle one)  1    2    3    4    5  **12 Month Rating:** (circle one)  1    2   (3)   4    5 |
|---|---|

**6 Month Comments:**

**12 Month Comments:** In September of 2006, Officer Rasic received one productivity standard deficiency notice. Generally, Officer Rasic operates well within his productivity requirements.

00627

| Quality of Work: The value of the work produced by the employee and the accuracy and acceptability of the work completed compared to established or expected standards of quality. The employee has not had reports returned for correction after administrative review. | **6 Month Rating:** (circle one)<br>1   2   3   4   5<br>**12 Month Rating:** (circle one)<br>1   (2)   3   4   5 |
|---|---|

**6 Month Comments:**

**12 Month Comments:** Officer Rasic has had a number of reports returned to him for maintenance and correction this reporting period. Officer Rasic is not a new officer and needs to utilize his experience to improve his work so that it conforms to the department's standard.

| Public Contact: The way the employee deals with residents and other outside contacts. Ability of employee to live up to the title "public servant" and project a positive image. The employee has met all COPPS standards for this reporting period. | **6 Month Rating:** (circle one)<br>1   2   3   4   5<br>**12 Month Rating:** (circle one)<br>1   2   (3)   4   5 |
|---|---|

**6 Month Comments:**

**12 Month Comments:** Officer Rasic has met his COPPS standard requirement for this reporting period. Officer Rasic is always willing to assist our citizens to the best of his ability.

00628

| Initiative and Industry: The degree of energy, aptitude and ingenuity displayed by the employee in carrying out work assignments. The employee has not received deficiency notices for tickets, crime prevention or self-initiated activities this rating period. | **6 Month Rating:** (circle one)  1    2    3    4    5  **12 Month Rating:** (circle one)  1    2    (3)    4    5 |
|---|---|

**6 Month Comments:**

**12 Month Comments:** Officer Rasic received one productivity deficiency notice in September of 2006. He carries out any assignment given to him, regardless of how unfavorable.

| Adaptability to Change: Employee's ability to accept a suggestion by a superior or fellow employee. Demonstration or willingness to carry out suggestions and make own recommendations for improvements. | **6 Month Rating:** (circle one)  1    2    3    4    5  **12 Month Rating:** (circle one)  1    2    (3)    4    5 |
|---|---|

**6 Month Comments:**

**12 Month Comments:** Officer Rasic carries out orders / assignments given to him by his superiors. He can adjust to situations as required.

00629

| Compliance With Supervision and Rules: Employee's adherence to the rules and policies of the City. Employee's acceptance of direction from supervisors. The employee has not received notice of disciplinary action during this rating period. Has not missed required training assignments. | **6 Month Rating:** (circle one)<br>1  2  3  4  5<br>**12 Month Rating:** (circle one)<br>1  (2)  3  4  5 |
|---|---|

**6 Month Comments:**

**12 Month Comments:** Officer Rasic generally adheres to department rules and regulations. However, this reporting period Officer Rasic was cautioned to be "PROFESSIONAL" while conducting his duties, on the radio, in the lock-up area when prisoners are present, etc. There was an incident this reporting period where Officer Rasic used unprofessional language on the radio. Officer Rasic needs to understand that there is a minimum standard to which he should conduct himself while on duty, after all his actions reflect the department as a whole. This standard should measure against a "PROFESSIONAL" Police Officer. Improvement is desired in this area.

| Attitude: The degree of interest shown by the employee in the job and the City and the willingness with which work assignments are accepted and carried out. Volunteers for additional assignments or Department programs. | **6 Month Rating:** (circle one)<br>1  2  3  4  5<br>**12 Month Rating:** (circle one)<br>1  2  (3)  4  5 |
|---|---|

**6 Month Comments:**

**12 Month Comments:** Officer Rasic carries out his assignments without question, no matter how unfavorable. He does volunteer for work when additional duties are at hand.

00630

| Effectiveness Under Stress: Ability to deal in an effective and efficient manner with a potential mentally or emotionally disruptive or disquieting situation. | **6 Month Rating:** (circle one)  1   2   3   4   5  **12 Month Rating:** (circle one)  1   2   3   (4)   5 |
|---|---|

**6 Month Comments:**

**12 Month Comments:** Officer Rasic is affective under stress and has concluded calls with mentally challenged citizens having contact with our department. He has demonstrated an ability to manage stressful calls for service.

| Cooperativeness: The degree of cooperation and consideration displayed by the employee in working and dealing with co-workers, other employees, supervisors and outsiders. | **6 Month Rating:** (circle one)  1   2   3   4   5  **12 Month Rating:** (circle one)  1   2   3   (4)   5 |
|---|---|

**6 Month Comments:**

**12 Month Comments:** Officer Rasic submits his capabilities to his shift. He makes it known that he is available at any level, at any time, for his shift.

00631

| Attendance and Punctuality: The comparison of the attendance record established by the employee and the degree of promptness in reporting to the job. The employee has been on time and prepared for court this rating period. | **6 Month Rating:** (circle one)  1  2  3  4  5  **12 Month Rating:** (circle one)  1  2  3  4  (5) |
|---|---|

**6 Month Comments:**

**12 Month Comments:** Officer Rasic is never late, and always punctual. He arrives early to work, in a clean full uniform, ready for duty. He also volunteers himself to be early car in many cases when other officers are running late.

| Appearance/Image: Projects a positive, clean and wholesome image. Appearance is neat and clean, reflecting positively on the City of Northlake. Maintains this positive image in attitude and approach to the public. | **6 Month Rating:** (circle one)  1  2  3  4  5  **12 Month Rating:** (circle one)  1  2  3  (4)  5 |
|---|---|

**6 Month Comments:**

**12 Month Comments:** Officer Rasic maintains good hygiene. He comes to work in full uniform, which is often above standard.

00632

**OBJECTIVES FOR NEXT REVIEW PERIOD**

*Use the following section to record objectives for the next review period.*

**6 Month**
**Objective 1:** N/A




**6 Month**
**Objective 2:**




**12 Month**
**Objective 1:** The only area Officer Rasic needs to adjust is the area "PROFESSIONALISM". For the most part, Officer Rasic is in compliance in this area, but it is those few times that Officer Rasic makes comments to prisoners, citizens, etc. It is necessary to not ridicule people and know that you are a representative of our department. We are compassionate to people by trade. There is a time and a place to joke around and you should choose to do it away from a public audience and prisoners. This area needs to come into compliance.




**12 Month**
**Objective 2:**

00653

## EMPLOYEE DEVELOPMENT PLAN

*This section should be completed after employee and supervisor have agreed upon desired areas of improvement and development needs related to upcoming goals. It should include developmental objectives, corresponding development activities (on the job, formal training, etc.), and measurements and time frames for completion.*

**6 Month**
**Developmental Objective 1:** N/A

**6 Month**
**Developmental Objective 2:**

**12 Month**
**Developmental Objective 1:**

**12 Month**
**Developmental Objective 2:**

## PERFORMANCE SUMMARY

*Use this section to summarize the employee's performance in the last review period, and to provide an overall rating if applicable. When providing comments, consider the employee's performance against objectives, key issues from the Employee Performance section above, and strengths/potential improvements.*

| Summary: Is a valued performer who shows initiative and dependability. Works quickly and productively and is considered knowledgeable. Works well in a group and with the entire organization. Has a strong command of decision making and problem-solving techniques and can apply them appropriately. Performance extends beyond the requirements for the position. Has not received a production deficiency notice this rating period. Has not been suspended or received other notice of disciplinary action. | **6 Month Overall Performance Rating:** (circle one)  1   2   3   4   5  **12 Month Overall Performance Rating:** (circle one)  1   2   (3) →   4   5 |
|---|---|

**6 Month Comments:**


**12 Month Comments:** Officer Rasic is a valued employee and is an asset to his shift. He is a willing employee and volunteers for assignments no matter how unfavorable. He is very punctual and is always prepared for duty. He has good job knowledge and can sustain himself in difficult situations. Officer Rasic needs to raise his standard for his reports and "pick and choose" when he jokes with others. It needs to be away from a public audience and prisoners.

## EMPLOYEE COMMENTS

Use the space below to make comments regarding your performance evaluation. Or, attach a separate comment sheet or self-appraisal document.

**6 Month Review**

**12 Month Review**

I Fully Understand the Performance Review on Language used on the Radio. I Will Keep the Language Professional AT ALL Times.

## ACKNOWLEDGEMENT

I acknowledge receipt of this Police Officer Performance Review. I have reviewed it with the Chief of Police, Deputy Chief of Police, Commander or Sergeant. My written comments have been submitted on this document and/or additional paper. They were reviewed in my presence and are hereby included and made a part of the personnel record along with this Performance Review.

_____    6 Month Date:_____
**Police Officer's Signature**

**Officer Daniel Rasic** *Daniel Rasic*    12 Month Date: 05 FEB 07
**Police Officer's Signature**

_____    6 Month Date:_____
**Sergeant**

**Sergeant James Tzinis** *[signature]*    12 Month Date: 05 FEB 07
**Sergeant**

_____    6 Month Date:_____
**Commander**

**Commander Ken Byars** *Cmdr K Byars*    12 Month Date: 5 FEB 07
**Commander**

_____    6 Month Date:_____
**Deputy Chief of Police**

_____  **Deputy Chief of Police** [signature]

12 Month Date: 2/7/07

_____  **Chief of Police**

6 Month Date: _____

_____  **Chief of Police** [signature]

12 Month Date: 2-4-07

00638