UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DANIEL RASIC ) | |
| Plaintiff, ) | |
| v. ) | NO. 08 C 104 |
| ) | |
| CITY OF NORTHLAKE, CHIEF ) | |
| DENNIS A. KOLETSOS, individually, ) | JUDGE DARRAH |
| and the CITY OF NORTHLAKE ) | MAGISTRATE JUDGE SCHENKIER |
| POLICE AND FIRE COMMISSION, ) | |
| ROBERTA LARSON, MANUEL ) | |
| FERRA and GARY MERCHANT, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF FILING

To:   Alejandro Caffarelli
      Jessica Judith Fayerman
      Caffarelli & Siegel Ltd.
      Two Prudential Plaza
      180 North Stetson Plaza
      Suite 3150
      Chicago, IL 60601

Please take notice that on February 15, 2008, I caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois, the attached **Defendants' Answer to Fmla Complaint and Petition for Administrative Review**, a copy of which is attached hereto.

### CITY OF NORTHLAKE

By:  s:/ Michael J. McGrath

### CERTIFICATE OF SERVICE

The undersigned, an attorney, under penalties as provided by law pursuant to Ill. Rev. Stat. Chap. 110 Sec. 1-109 hereby certifies and states that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the above listed CM/ECF participant, on this 15th day of February, 2008.

s:/ Michael J. McGrath

Michael J. McGrath
**ODELSON & STERK, LTD.**
3318 West 95th Street
Evergreen Park, IL 60805
708-424-5678