# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| DANIEL RASIC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 08 C 104 |
| ) | |
| ) | Judge Darrah |
| v. ) | Magistrate Judge Schenkier |
| ) | |
| CITY OF NORTHLAKE, CHIEF ) | |
| DENNIS A. KOLETSOS, individually, and the ) | |
| CITY OF NORTHLAKE POLICE AND FIRE ) | |
| COMMISSION, Roberta Larson, Manuel Ferra, ) | |
| And Gary Merchant, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF REPORT OF PARTIES' PLANNING MEETING

**PLEASE TAKE NOTICE** that on April 17, 2008, there was filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, the Report of Parties' Planning Meeting, copies of which are attached and hereby served upon you.

Respectfully submitted,

/s/ Alejandro Caffarelli
Attorney for Plaintiff

Alejandro Caffarelli, #06239078
Jessica J. Fayerman, #06286140
Caffarelli & Siegel Ltd.
Two Prudential Plaza
180 N. Stetson Ave., Suite 3150
Chicago, IL  60601
Tel. (312) 540-1230
Fax (312) 540-1231
www.caffarelli.com

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| DANIEL RASIC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 08 C 104 |
| ) | |
| ) | Judge Darrah |
| v. ) | Magistrate Judge Schenkier |
| ) | |
| CITY OF NORTHLAKE, CHIEF ) | |
| DENNIS A. KOLETSOS, individually, and the ) | |
| CITY OF NORTHLAKE POLICE AND FIRE ) | |
| COMMISSION, Roberta Larson, Manuel Ferra, ) | |
| And Gary Merchant, ) | |
| ) | |
| Defendants. ) | |

## REPORT OF PARTIES' PLANNING MEETING

1. Pursuant to Fed. R. Civ. P. 26(f), a telephone conference meeting was held on April 10, 2008, and was attended by:

    a. Alejandro Caffarelli for Plaintiff.

    b. Michael McGrath for Defendants City of Northlake and the City of Northlake Police and Fire Commission, Roberta Larson, Manuel Ferra, and Gary Merchant.

    c. John Murphey, attorney for Chief Dennis A. Koletsos, did not participate but consented to have his client's interests represented by Michael McGrath, counsel for Defendants City of Northlake and the City of Northlake Police and Fire Commission, Roberta Larson, Manuel Ferra, and Gary Merchant.

2. Description of Claims.

    a. Plaintiffs' Claims. This lawsuit arises under the Family and Medical Leave Act, 29 U.S.C. § 2615 *et seq.* ("FMLA") for Defendants' alleged interference with Plaintiff's rights to take leave under the FMLA and for Defendants' alleged retaliation against Plaintiff when they terminated Plaintiff's employment when he returned from leave. This action also includes a petition for administrative review of the City of Northlake Police and Fire Commission's decision to terminate Plaintiff's employment pursuant to this Court's supplemental jurisdiction and the

2

                      Administrative Review Law of the State of Illinois, 735 Ill. Comp. Stat. 5/3.

          b.     Defendants' Defenses. Defendants deny interfering with Plaintiff's FMLA rights or retaliating against Plaintiff for taking a FMLA leave. Defendants have filed the record from the hearing before the Northlake Police Commission in support of its decision to terminate Plaintiff for cause.

3.     Prospects of Settlement.
          a.     The parties believe they will be in a better position to discuss settlement after discovery.

4.     Pre-Discovery Disclosures. The parties will exchange their pre-discovery disclosures pursuant to Fed. R. Civ. P. 26(a) by April 24, 2008.

5.     Discovery Plan. The parties jointly propose to the court the following discovery plan:

          a.     Discovery will be needed on any areas relevant to the allegations in Plaintiff's Complaint and Defendants' Answer to Plaintiff's Amended Complaint.

          b.     All discovery commenced in time to be completed by August 25, 2008.

          c.     Discovery will be governed by the Federal Rules of Civil Procedure.

               i.     The parties do not anticipate any expert witnesses at this time.

6.     Pretrial/Trial Plan.
          a.     Final Pretrial Order (in the form required by Local Rule 16.1(a)) should be done by 90 days after the Court rules on any potential dispositive motions.

          b.     The case should be ready for trial 120 days after the court rules on any potential dispositive motions, or 120 days after the dispositive motion due date, if none are filed. At this time it is expected to take approximately two to three days for trial

7.     Magistrate Judge Consent. The parties are willing to execute a consent to have all proceedings, including trial and entry of final judgment take place before a magistrate judge.

8.     Other Matters.

          a.     Plaintiffs should be allowed until May 26, 2008 to join additional parties and amend the pleadings.

      b.      Defendants should be allowed until May 26, 2008 to join additional parties and amend the pleadings.

      c.      All potential dispositive motions should be filed within twenty-eight days of the close of discovery. All responses to dispositive motions should be within twenty-one days thereafter. All replies should be filed by within fourteen days.

      d.      With regard to the Complaint's petition for administrative review pursuant to the Administrative Review Law of the State of Illinois, Plaintiff will file his initial brief within twenty-eight days of the close of discovery. Defendant City of Northlake Police and Fire Commission will file its response within twenty-one days thereafter  Plaintiff will file his reply brief on within fourteen days thereafter

9.      Miscellaneous Provisions.

      a.      The parties agree to service of all documents by electronic mail.

      b.      The parties agree to exchange all documents, rather than requesting the opposite party to inspect documents on the requesting party's premises.

Date: April 14, 2008

**FOR PLAINTIFF**

/s/ Alejandro Caffarelli
Alejandro Caffarelli
Caffarelli & Siegel Ltd.
Two Prudential Plaza
180 N. Stetson, Suite 3150
Chicago, IL 60601
Tel. (312) 540-1230

**FOR DEFENDANT CITY OF NORTHLAKE and**
    **CITY OF NORTHLAKE POLICE AND FIRE COMMISSION**

/s/ Michael McGrath
Michael McGrath
Odelson & Sterk, Ltd.
3318 W. 95th St.
Evergreen Park, IL 60805
Tel. (708) 424-5678

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that he caused a copy of the attached, Report of Parties' Planning Meeting, to be served upon the parties listed below via the electronic filing system of the United States District Court of Northern District of Illinois on April 14, 2008.

Mark H. Sterk
Michael J. Hayes, Jr.
Michael McGrath
Leslie Q. Kennedy
Odelson & Sterk, Ltd.
3318 West 95th Street
Evergreen Park, IL 60805

John B. Murphey
Yancey L. Pinkston, Jr.
Rosenthal, Murphey & Coblentz
30 N LaSalle Street, Ste. 1624
Chicago, IL 60602

                                                  __/s/ Alejandro Caffarelli___
                                                  Alejandro Caffarelli
                                                  Caffarelli & Siegel Ltd.
                                                  Two Prudential Plaza
                                                  180 N. Stetson, Suite 3150
                                                  Chicago, IL 60601