# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| DANIEL RASIC,<br><br>      Plaintiff,<br><br>v.<br><br>CITY OF NORTHLAKE, CHIEF DENNIS A. KOLETSOS, individually, and the CITY OF NORTHLAKE POLICE AND FIRE COMMISSION, Roberta Larson, Manuel Ferra, And Gary Merchant,<br><br>      Defendants. | )<br>)<br>)<br>)  No. 08 C 104<br>)<br>)  Judge Darrah<br>)  Magistrate Judge Schenkier<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that on April 14, 2008, there was filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, the Parties' Consent to Exercise of Jurisdiction by a United Magistrate Judge form.

                                                Respectfully submitted,


                                                /s/ Alejandro Caffarelli
                                                Attorney for Plaintiff

Alejandro Caffarelli, #06239078
Jessica J. Fayerman, #06286140
Caffarelli & Siegel Ltd.
Two Prudential Plaza
180 N. Stetson Ave., Suite 3150
Chicago, IL 60601
Tel. (312) 540-1230
Fax (312) 540-1231
www.caffarelli.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
Consent to Exercise of Jurisdiction
By a United States Magistrate Judge

| Case Title<br>Daniel Rasic<br><br>V.<br><br>City of Northlake, Chief Dennis A. Koletsos, and the City of Northlake Police and Fire Commission (Roberta Larson, Manuel Ferra, and Gary Merchant) | Case Number: 08 C 104<br><br>Assigned Judge: Darrah<br><br>Designated<br>Magistrate Judge: Schenkier |
|---|---|

In accordance with the provisions of Title 28 U.S.C. §636(c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in this case, including trial, and order the entry of a final judgment. Should this case be reassigned to a magistrate judge other than the magistrate judge designated pursuant to Local Rule 72, the undersigned may object within 30 days of such reassignment. If an objection is filed by any party, the case will be reassigned to the district judge before whom it was last pending.

| 4/14/08 | By: /s/ Alejandro Caffarelli | Daniel Rasic |
|---|---|---|
| Date | Signature | Name of Party or Parties |

| 4/14/08 | By: /s/ Michael McGrath | City of Northlake, Police and Fire Comm. |
|---|---|---|
| Date | Signature | Name of Party or Parties |

| 4/14/08 | By: /s/ John Murphey | Chief Dennis A. Koletsos |
|---|---|---|
| Date | Signature | Name of Party or Parties |

| | By: | |
|---|---|---|
| Date | Signature | Name of Party or Parties |

Note: File this consent *only* if all parties have consented on this form to the exercise of jurisdiction by a United States magistrate judge.

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that he caused a copy of the attached, the Parties' Consent to Exercise of Jurisdiction by a United States Magistrate Judge Form, to be served upon the parties listed below via the electronic filing system of the United States District Court of Northern District of Illinois on April 14, 2008.

Mark H. Sterk
Michael J. Hayes, Jr.
Michael McGrath
Leslie Q. Kennedy
Odelson & Sterk, Ltd.
3318 West 95th Street
Evergreen Park, IL 60805

John B. Murphey
Yancey L. Pinkston, Jr.
Rosenthal, Murphey & Coblentz
30 N LaSalle Street, Ste. 1624
Chicago, IL 60602

                                                /s/ Alejandro Caffarelli
Alejandro Caffarelli
Caffarelli & Siegel Ltd.
Two Prudential Plaza
180 N. Stetson, Suite 3150
Chicago, IL 60601