**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Daniel Rasic
                           Plaintiff,

v.                                            Case No.: 1:08−cv−00104
                                                     Honorable Sidney I. Schenkier

City of Northlake, et al.
                           Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, April 29, 2008:

      MINUTE entry before Judge Honorable Sidney I. Schenkier: Status hearing held and continued to 6/26/2008 at 09:00 AM. Rule 26(a)(1) disclosures are to be served by 5/5/08. Any motions for joinder of parties or amendments to pleadings are to be filed by 5/26/08. Discovery is to be completed by 8/25/08. Mailed notice(mmm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.