# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Sidney I. Schenkier | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 104 | **DATE** | 6/27/2008 |
| **CASE TITLE** | Rasic vs. City of Northlake | | |

ENTER MEMORANDUM OPINION AND ORDER (attached). Mr. Koletsos's motion to dismiss (doc. # 16) is denied. Mr. Koletsos shall file his answer to the complaint by 07/18/08.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | mm |
|---|---|---|