**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | | |
|---|---|---|---|
| Daniel Rasic, | ) | | |
| | ) | | |
| Plaintiff, | ) | No. | 08 C 104 |
| | ) | | |
| v. | ) | | |
| | ) | | |
| City of Northlake, Chief Dennis Koletsos, | ) | | |
| individually, and the City of Northlake | ) | | |
| Police  and Fire Commission, Roberta | ) | | |
| Larson, Manuel Ferra, and Gary Merchant, | ) | | |
| | ) | | |
| Defendants. | ) | | |

## <u>NOTICE OF APPEAL</u>

Notice is hereby given that Dennis Koletsos, defendant in the above named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from an order denying Dennis Koletsos' Motion to Dismiss on the basis of qualified immunity entered in this action on the 27th day of June, 2008.


_____/s/ John B. Murphey_____

Attorney for Defendant Dennis Koletsos

Address: Rosenthal, Murphey & Coblentz
              30 N. LaSalle Street, Suite 1624
              Chicago, Illinois 60602
              (312) 541-1070
              (312) 541-9191 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2008, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of said filing to all parties listed below:

| | |
|---|---|
| Alejandro Caffarelli | Leslie Quade Kennedy |
| Jessica Judith Fayerman | Mark H. Sterk |
| Caffarelli & Siegel Ltd. | Michael Joseph Hayes, Jr. |
| Two Prudential Plaza | Michael J. McGrath |
| 180 North Stetson Avenue | Odelson & Sterk, Ltd. |
| Suite 3150 | 3318 West 95th Street |
| Chicago, Illinois 60601 | Evergreen Park, Illinois 60805 |

　　　　　 /s/    Douglas M. Doty
ROSENTHAL, MURPHEY & COBLENTZ
Attorney for Dennis Koletsos
30 North LaSalle Street, Suite 1624
Chicago, Illinois 60602
Tel. (312) 541-1070
Fax: (312) 541-9191