UNITED STATES DISTRICT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Daniel Rasic,               ) | |
|                             ) | Appeal from the United |
|         Plaintiff,          ) | States District Court for |
|                             ) | Northern District of Illinois, |
|     v.                      ) | Eastern Division |
|                             ) | The Honorable Sidney I. Schenkier |
| City of Northlake, Chief Dennis Koletsos, ) | United States Magistrate Judge |
| individually, and the City of Northlake   ) | |
| Police and Fire Commission, Roberta       ) | No.   08 C 104 |
| Larson, Manuel Ferra, and Gary Merchant,  ) | |
|                             ) | |
|         Defendants.         ) | |

## **DEFENDANT-APPELLANT'S DOCKETING STATEMENT**

Defendant-Appellant, Dennis Koletsos, by and through his attorneys, John B. Murphey and Rosenthal, Murphey & Coblentz, hereby submits his Docketing Statement pursuant to Circuit Rule 3 of the United States Court of Appeals for the Seventh Circuit and states as follows:

The district court's jurisdiction was founded on 28 U.S.C. § 1331 and 29 U.S.C. § 2617 for the claims Plaintiff-Appellee alleged based on Defendants' interference with Plaintiff's rights and retaliation for exercising those rights in violation of the Family and Medical Leave Act of 1993, 29 U.S.C. § 2615, *et seq.*  The district court's jurisdiction was also founded on Plaintiff's petition for administrative review of the City of Northlake Police and Fire Commission's decision to terminate Plaintiff-Appellee's employment pursuant to the district court's supplemental jurisdiction under 28 U.S.C. § 1367(a) and the Administrative Review Law of the State of Illinois, 735 ILCS 5/3.  Venue was vested in the Northern District of Illinois pursuant to 28 U.S.C. § 1391.

This appeal is taken from an order denying Defendant-Appellant Dennis Koletsos' motion to dismiss on the basis of qualified immunity. On April 14, 2008, the parties consented to have United States Magistrate Judge Sidney I. Schenkier conduct any and all proceedings in this matter pursuant to 28 U.S.C. § 636(c). On June 27, 2008, Judge Schenkier entered an order denying Defendant-Appellant Dennis Koletsos' motion to dismiss. On July 24, 2008, Defendant-Appellant filed a Notice of Appeal to the Court of Appeals of the Seventh Circuit.

An interlocutory appeal of a denial of a motion to dismiss on the basis of qualified immunity falls within the collateral order doctrine and is a final judgment subject to an immediate appeal. See Mitchell v. Forsyth, 472 U.S. 511, 526-27, 105 S.Ct. 2806, 2815-16 (1985); see also Bherens v. Pellitier, 516 U.S. 299, 307, 116 S.Ct. 834, 839 (1996); Fairley v. Fermaint, 482 F.3d 897, 900 (7th Cir. 2007). An order denying dismissal of a complaint on the basis of qualified immunity is an issue of law and immediately appealable to the Court of Appeals. Id. at 528; Behrens, 516 U.S. at 311.

Unless the plaintiff's allegations state a claim of a violation of clearly established law, a defendant pleading qualified immunity is entitled to dismissal before the commencement of discovery. Id. at 526. The entitlement is an immunity from suit rather than a mere defense to liability; and like absolute immunity, it is effectively lost if a case is erroneously permitted to go to trial. Id. This entitlement includes a right to avoid discovery if matters are sufficiently clear at the outset of the suit. Fairley, 482 F.3d at 900. An order refusing to dismiss the complaint conclusively rejects a defendant's claim of freedom from discovery. Id.

Judge Schenkier's decision is "final" and 28 U.S.C. § 1291 allows the aggrieved party to appeal from every final decision. Id. Under 28 U.S.C. § 1291, the Court of Appeals of the

3

Seventh Circuit has jurisdiction of appeals from interlocutory orders of a district court denying a motion to dismiss on the basis of qualified immunity. See, Mitchell, 472 U.S. at 530.

        /s/ John B. Murphey

Attorney for Defendant-Appellant Dennis Koletsos

Address: Rosenthal, Murphey & Coblentz
         30 N. LaSalle Street, Suite 1624
         Chicago, Illinois 60602
         (312) 541-1070
         (312) 541-9191 (fax)

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 24, 2008, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of said filing to all parties listed below:

| | |
|---|---|
| Alejandro Caffarelli | Leslie Quade Kennedy |
| Jessica Judith Fayerman | Mark H. Sterk |
| Caffarelli & Siegel Ltd. | Michael Joseph Hayes, Jr. |
| Two Prudential Plaza | Michael J. McGrath |
| 180 North Stetson Avenue | Odelson & Sterk, Ltd. |
| Suite 3150 | 3318 West 95th Street |
| Chicago, Illinois 60601 | Evergreen Park, Illinois 60805 |

          /s/   Douglas M. Doty
ROSENTHAL, MURPHEY & COBLENTZ
Attorney for Dennis Koletsos
30 North LaSalle Street, Suite 1624
Chicago, Illinois 60602
Tel. (312) 541-1070
Fax: (312) 541-9191