No. 08-2866
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | | |
|---|---|---|
| Daniel Rasic, | ) | Appeal from the United States |
| | ) | District Court for the Northern |
|     Plaintiff-Appellee, | ) | District of Illinois, Eastern Division |
| | ) | |
| v. | ) | No.  08 C 104 |
| | ) | |
| Dennis Koletsos, | ) | The Honorable John W. Darrah, |
| | ) | Judge Presiding. |
|     Defendant-Appellant. | ) | |

**TRANSCRIPT INFORMATION SHEET**

      Pursuant to Rule 10(b)(1)(B) of the Federal Rules of Appellate Procedure of the Court of Appeals for the Seventh Circuit, Defendant-Appellant Dennis Koletsos hereby certifies that no transcripts will be ordered in this matter.

                                                                           _____/s/ John B. Murphey_____

                                                   Attorney for Defendant-Appellant Dennis Koletsos

                                                   Address: Rosenthal, Murphey & Coblentz
                                                             30 N. LaSalle Street, Suite 1624
                                                             Chicago, Illinois 60602
                                                              (312) 541-1070
                                                              (312) 541-9191 (fax)

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 7, 2008, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of said filing to all parties listed below:

| | |
|---|---|
| Alejandro Caffarelli | Leslie Quade Kennedy |
| Jessica Judith Fayerman | Mark H. Sterk |
| Caffarelli & Siegel Ltd. | Michael Joseph Hayes, Jr. |
| Two Prudential Plaza | Michael J. McGrath |
| 180 North Stetson Avenue | Odelson & Sterk, Ltd. |
| Suite 3150 | 3318 West 95th Street |
| Chicago, Illinois 60601 | Evergreen Park, Illinois 60805 |

      /s/   Douglas M. Doty
ROSENTHAL, MURPHEY & COBLENTZ
Attorney for Dennis Koletsos
30 North LaSalle Street, Suite 1624
Chicago, Illinois 60602
Tel. (312) 541-1070
Fax: (312) 541-9191