# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| DANIEL RASIC, | ) |
| | ) |
| Plaintiff-Appellee, | ) District Court No. 08 C 104 |
| v. | ) District Court Magistrate Judge Schenkier |
| | ) No. 08-2866 |
| DENNIS KOLETSIS | ) |
| | ) |
| Defendant-Appellant. | ) |

## DISCLOSURE STATEMENT PURSUANT TO CIRCUIT RULE 26.1

The law firm of Caffarelli & Siegel Ltd. is counsel of record in the above-captioned matter for Appellee Daniel Rasic. Caffarelli & Siegel Ltd. appeared on behalf of Appellee in front of the United States District Court for the Northern District of Illinois, Eastern Division and will also appear in the Seventh Circuit Court of Appeals in this matter.

    /s/   Alejandro Caffarelli
Alejandro Caffarelli
Attorney for Appellee

August 14, 2008
Alejandro Caffarelli, #6239078
Jessica J. Fayerman, #6286140
Caffarelli & Siegel Ltd.
180 N. Stetson Ave., Ste. 3150
Chicago, IL 60601
Telephone      (312) 540-1230
Facsimile       (312) 540-1231
e-mail: a.caffarelli@caffarelli.com

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE SEVENTH CIRCUIT

| | | |
|---|---|---|
| DANIEL RASIC, | ) | |
| | ) | |
| Plaintiff-Appellee, | ) | District Court No. 08 C 104 |
| v. | ) | District Court Magistrate Judge Schenkier |
| | ) | No. 08-2866 |
| DENNIS KOLETSIS | ) | |
| | ) | |
| Defendant-Appellant. | ) | |

### NOTICE OF FILING

**PLEASE TAKE NOTICE** that on August 14, 2008, there was filed with the Court of Appeals for the Seventh Circuit, Disclosure Statement of Appellee Pursuant to Circuit Rule 26.1, a copy of which is attached and hereby served upon you.

    /s/   Alejandro Caffarelli
Alejandro Caffarelli
Attorney for Appellee

Alejandro Caffarelli, #6239078
Jessica J. Fayerman, #6286140
Caffarelli & Siegel Ltd.
180 N. Stetson Ave., Ste. 3150
Chicago, IL 60601
Telephone    (312) 540-1230
Facsimile    (312) 540-1231
e-mail: a.caffarelli@caffarelli.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that he caused a copy of the attached, Disclosure Statement of Appellee Pursuant to Circuit Rule 26.1, to be served upon the parties listed below via the electronic filing system of the United States District Court of Northern District of Illinois on August 14, 2008.

Mark H. Sterk
Michael J. Hayes, Jr.
Michael McGrath
Leslie Q. Kennedy
Odelson & Sterk, Ltd.
3318 West 95th Street
Evergreen Park, IL 60805

John B. Murphey
Yancey L. Pinkston, Jr.
Rosenthal, Murphey & Coblentz
30 N LaSalle Street, Ste. 1624
Chicago, IL 60602

   /s/ Alejandro Caffarelli
Alejandro Caffarelli
Caffarelli & Siegel Ltd.
Two Prudential Plaza
180 N. Stetson, Suite 3150
Chicago, IL 60601