# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| **DANIEL RASIC,** | ) | |
| **Plaintiff,** | ) | |
| v. | ) | Case No. 08 C 104 |
| | ) | |
| **CITY OF NORTHLAKE, CHIEF** | ) | Judge Darrah |
| **DENNIS A. KOLETSOS, individually, and** | ) | |
| the **CITY OF NORTHLAKE POLICE AND** | ) | Magistrate Judge Schenkier |
| **FIRE COMMISSION, Roberta Larson,** | ) | |
| **Manuel Ferra, and Gary Merchant,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## MOTION TO EXTEND ORAL DISCOVERY CUTOFF

Now comes the Defendants by their attorneys and respectfully move for an extension of time to and including October 15, 2008 to complete the oral discovery in this case. In support of this Motion, Defendants state:

1. As a result of vacations, scheduling conflicts and trial commitments of the attorneys, the parties have not been able to schedule the necessary depositions of this case.

2. The depositions can be completed by October 15, 2008.

WHEREFORE, Defendants respectfully pray that this Court extend the discovery cutoff to and including October 15, 2008.

                  City of Northlake and Dennis Koletsos

JOHN B. MURPHEY        By: /s/ John B. Murphey
ARDC #1992635           His Attorney
Rosenthal, Murphey & Coblentz
30 N. LaSalle Street, Suite. 1624
Chicago, Illinois 60602
Tel. (312) 541-1072
Fax (312) 541-9191

G:\rmcj\northlake\rasic Federal Litigation\Mot Extend Oral Disc.doc