IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DANIEL RASIC,<br><br>　　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>CITY OF NORTHLAKE, CHIEF DENNIS A. KOLETSOS, individually, and the CITY OF NORTHLAKE POLICE AND FIRE COMMISSION, Roberta Larson, Manuel Ferra, and Gary Merchant,,<br><br>　　　　　　　　　　　Defendants. | No. 08 C 108<br><br>Judge John W. Darrah<br><br>Magistrate Judge Schenkier |

## NOTICE OF MOTION

**TO:**　Alejandro Caffarelli　　　　　　　　　Mark H. Sterk
　　　　Jessica Judith Fayerman　　　　　　　Michael Joseph Hayes, Jr.
　　　　Caffarelli & Siegel Ltd.　　　　　　　　Michael J. McGrath
　　　　Two Prudential Plaza　　　　　　　　　Odelson & Sterk, Ltd.
　　　　180 North Stetson Avenue Suite 3150　3318 West 95th Street
　　　　Chicago, Illinois 60601　　　　　　　　Evergreen Park, Illinois 60805

　　PLEASE TAKE NOTICE that on **Tuesday, August 26, 2008**, I shall appear before the Honorable Sidney I. Schenkier, at the Dirksen Federal Building, 219 S. Dearborn St., Room 1700, Chicago, Illinois at **8:30 a.m.** or as soon thereafter as counsel may be heard, and present to him or any judge sitting in his stead, **DEFENDANT DENNIS A. KOLETSOS' MOTION TO EXTEND ORAL DISCOVERY**, a copy of which is attached hereto and served upon you herewith.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ John B. Murphey

JOHN B. MURPHEY
ARDC # 1992635
ROSENTHAL, MURPHEY & COBLENTZ
Attorneys for Dennis Koletsos
30 North LaSalle Street, Suite 1624
Chicago, Illinois  60602
Tel.: (312) 541-1070
Fax: (312) 541-9191

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2008, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of said filing to all parties listed below:

| | |
|---|---|
| Alejandro Caffarelli | Mark H. Sterk |
| Jessica Judith Fayerman | Michael Joseph Hayes, Jr. |
| Caffarelli & Siegel Ltd. | Michael J. McGrath |
| Two Prudential Plaza | Odelson & Sterk, Ltd. |
| 180 North Stetson Avenue | 3318 West 95th Street |
| Suite 3150 | Evergreen Park, Illinois 60805 |
| Chicago, Illinois 60601 | |

　　　　　　　　　　　　　　　　　　　　/s/   Douglas M. Doty
　　　　　　　　　　　　　　　　　ROSENTHAL, MURPHEY & COBLENTZ
　　　　　　　　　　　　　　　　　Attorneys for Dennis Koletsos
　　　　　　　　　　　　　　　　　30 North LaSalle Street, Suite 1624
　　　　　　　　　　　　　　　　　Chicago, Illinois 60602
　　　　　　　　　　　　　　　　　Tel. (312) 541-1070
　　　　　　　　　　　　　　　　　Fax: (312) 541-9191

G:\rmcj\Northlake\Rasic Federal Litigation\Notice of Motion2.wpd