UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Daniel Rasic

                Plaintiff,

v.                                   Case No.: 1:08–cv–00104
                                          Honorable Sidney I. Schenkier

City of Northlake, et al.

                Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Wednesday, August 27, 2008:

      MINUTE entry before the Honorable Sidney I. Schenkier: Status hearing set for 8/2808 is reset to 10/14/2008 at 09:00 AM. Telephone notice(mmm, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.