

## UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
  **CLERK**                                                                        312-435-5670

September 8, 2008

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois  60604

RE: Rasic v. City of Northlake et al

U.S.D.C. DOCKET NO. : 08cv104

U.S.C.A. DOCKET NO. : 08-2866

Dear Mr. Agnello:

Please find attached the original record on appeal consisting of the following:

| | |
|---|---|
| VOLUME(S) OF PLEADING(S) | 1 Volume of Pleadings |
| VOLUME(S) OF TRANSCRIPT(S) | |
| VOLUME(S) OF DEPOSITION(S) | |
| EXHIBITS: | |
| VAULT ITEMS: | |
| OTHER (SPECIFY): | 1 Loose Pleading |
| SPECIAL NOTE: | |

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

Very truly yours,

Michael W. Dobbins, Clerk

By:_____
       G. Jones, Deputy Clerk

**I, MICHAEL W. DOBBINS, CLERK** of the United States District Court for the Northern District of Illinois, do hereby certify to the United States Court of Appeals, for the Seventh Circuit, that the documents submitted herewith and annexed hereto are the original papers filed and entered of record in my office, on the dates in the List of Documents, and together with a true copy of docket entries as they appear in the official dockets in this office, consisting of:

1 Volume of Pleadings

1 Loose Pleading

In the cause entitled: Rasic v. City of Northlake et al

USDC NO.   : 08cv104

USCA NO.   : 08-2866

        IN TESTIMONY WHEREOF, I hereunto subscribed my name and affixed the seal of the aforesaid Court at Chicago, Illinois, this 8th day of September 2008.

        MICHAEL W. DOBBINS, CLERK

        By: _____
            G. Jones, Deputy Clerk

# United States District Court
### Northern District of Illinois
### 219 South Dearborn Street
### Chicago, Illinois  60604

I, MICHAEL W. DOBBINS, CLERK of the United States District Court for the Northern District of Illinois, do hereby certify to the United States Court of Appeals, for the Seventh Circuit, that the following is transmitted as part of the record on appeal in the cause entitled: *Rasic v. City of Northlake, et al*

USDC No.: 08cv104

USCA No.: 08-2866


| FILED DATE | ITEM NO. | DESCRIPTION |
|---|---|---|
| 2/15/2008 | 20 | ANSWER to Complaint by City of Northlake |


IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed the seal of the aforesaid court at Chicago Illinois, this 8th day of September 2008.

MICHAEL W. DOBBINS, CLERK

By:_____
G. Jones, Deputy Clerk

APPEAL, SCHENKIER

# United States District Court
# Northern District of Illinois - CM/ECF LIVE, Ver 3.2.2 (Chicago)
# CIVIL DOCKET FOR CASE #: 1:08-cv-00104
# Internal Use Only

Rasic v. City of Northlake et al
Assigned to: Honorable Sidney I. Schenkier

Case in other court:   08-02866

Cause: 28:1331 Federal Question

Date Filed: 01/07/2008
Jury Demand: Plaintiff
Nature of Suit: 790 Labor: Other
Jurisdiction: Federal Question

**Plaintiff**

**Daniel Rasic**   represented by   **Alejandro Caffarelli**
Caffarelli & Siegel Ltd
Two Prudential Plaza
180 North Stetson Avenue
Suite 3150
Chicago , IL 60601
(312) 540-1230
Email: a.caffarelli@caffarelli.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jessica Judith Fayerman**
Caffarelli & Siegel Ltd.
Two Prudential Plaza
180 North Stetson Avenue
Suite 3150
Chicago , IL 60601
312 540 1230
Email: j.fayerman@caffarelli.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **City of Northlake** | represented by | **Leslie Quade Kennedy**<br>Odelson and Sterk, Ltd<br>3318 West 95th Street<br>Evergreen Park , IL 60406<br>(708) 424-5678<br>Email: lkennedy@odelsonsterk.com<br>*ATTORNEY TO BE NOTICED* |
| | | **Mark H. Sterk**<br>Odelson & Sterk, Ltd.<br>3318 West 95th Street<br>Evergreen Park , IL 60805<br>(708) 424-5678<br>Email: msterk@odelsonsterk.com<br>*ATTORNEY TO BE NOTICED* |
| | | **Michael Joseph Hayes , Jr.**<br>Odelson & Sterk, Ltd.<br>3318 West 95th Street<br>Evergreen Park , IL 60805<br>(708)424-5678<br>Email: mhayes@odelsonsterk.com<br>*ATTORNEY TO BE NOTICED* |
| | | **Michael J. McGrath**<br>Odelson & Sterk, Ltd.<br>3318 West 95th Street<br>Evergreen Park , IL 60805<br>(708) 424-5678<br>Email: mmcgrath@odelsonsterk.com<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Dennis A Koletsos**<br>*individually* | represented by | **John B. Murphey**<br>Rosenthal, Murphey, Coblentz & Janega<br>30 North LaSalle Street<br>Suite 1624<br>Chicago , IL 60602<br>(312) 541-1070<br>Email: jmurphey@rmcj.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Leslie Quade Kennedy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mark H. Sterk**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Joseph Hayes , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael J. McGrath**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Yancey Lewis Pinkston , Jr.**
Ross Dixon & Bell, LLP
55 West Monroe Street
Suite 3000
Chicago , IL 60603-5758
(312) 541-1070
Email: ypinkston@rmcj.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**City of Northlake Police and Fire Commission**          represented by   **Leslie Quade Kennedy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mark H. Sterk**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Joseph Hayes , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael J. McGrath**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

Roberta Larson                    represented by **Leslie Quade Kennedy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mark H. Sterk**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Joseph Hayes , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael J. McGrath**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

Manuel Ferra                    represented by **Leslie Quade Kennedy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mark H. Sterk**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Joseph Hayes , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael J. McGrath**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

Gary Merchant                    represented by **Leslie Quade Kennedy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mark H. Sterk**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Joseph Hayes , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael J. McGrath**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/07/2008 | 1 | COMPLAINT filed by Daniel Rasic; Jury Demand. (lcw, ) (Entered: 01/08/2008) |
| 01/07/2008 | 2 | CIVIL Cover Sheet. (lcw, ) (Entered: 01/08/2008) |
| 01/07/2008 | 3 | ATTORNEY Appearance for Plaintiff Daniel Rasic by Alejandro Caffarelli. (lcw, ) (Entered: 01/08/2008) |
| 01/07/2008 | 4 | ATTORNEY Appearance for Plaintiff Daniel Rasic by Jessica Judith Fayerman. (lcw, ) (Entered: 01/08/2008) |
| 01/07/2008 | 5 | (Court only) RECEIPT regarding payment of filing fee paid on 1/7/2008 in the amount of $350.00, receipt number 2441776. (lcw, ) Modified on 1/8/2008 (lcw, ). (Entered: 01/08/2008) |
| 01/07/2008 | 6 | SUMMONS Issued as to Defendants City of Northlake, Dennis A Koletsos, City of Northlake Police and Fire Commission. (lcw, ) (Entered: 01/08/2008) |
| 01/15/2008 | 7 | SUMMONS Returned Executed by Daniel Rasic as to City of Northlake on 1/14/2008, answer due 2/4/2008. (Caffarelli, Alejandro) (Entered: 01/15/2008) |
| 01/15/2008 | 8 | SUMMONS Returned Executed by Daniel Rasic as to City of Northlake Police and Fire Commission on 1/14/2008, answer due 2/4/2008. (Caffarelli, Alejandro) (Entered: 01/15/2008) |
| 01/15/2008 | 9 | SUMMONS Returned Executed by Daniel Rasic as to Dennis A Koletsos on 1/14/2008, answer due 2/4/2008. (Caffarelli, Alejandro) (Entered: 01/15/2008) |
| 01/15/2008 | 10 | MINUTE entry before Judge John W. Darrah : Status hearing set for 3/11/2008 at 09:00 AM. Mailed notice (lcw, ) (Entered: 01/16/2008) |
| 01/17/2008 | 11 | ATTORNEY Appearance for Defendants Gary Merchant, City of Northlake, Dennis A Koletsos, City of Northlake Police and Fire Commission, Roberta Larson, Manuel Ferra by Mark H. Sterk (Sterk, Mark) (Entered: 01/17/2008) |
| 01/17/2008 | 12 | ATTORNEY Appearance for Defendants Gary Merchant, City of Northlake, |

| | | |
|---|---|---|
| | | ~~Dennis A Koletsos, City of Northlake Police and Fire Commission, Roberta Larson, Manuel Ferra by Michael J. McGrath (McGrath, Michael) (Entered: 01/17/2008)~~ |
| ~~01/17/2008~~ | ~~13~~ | ~~ATTORNEY Appearance for Defendants Gary Merchant, City of Northlake, Dennis A Koletsos, City of Northlake Police and Fire Commission, Roberta Larson, Manuel Ferra by Michael Joseph Hayes, Jr (Hayes, Michael) (Entered: 01/17/2008)~~ |
| ~~01/30/2008~~ | ~~14~~ | ~~ATTORNEY Appearance for Defendant Dennis A Koletsos by John B. Murphey (Murphey, John) (Entered: 01/30/2008)~~ |
| ~~01/30/2008~~ | ~~15~~ | ~~ATTORNEY Appearance for Defendant Dennis A Koletsos by Yancey Lewis Pinkston, Jr (Pinkston, Yancey) (Entered: 01/30/2008)~~ |
| 02/05/2008 | 16 | MOTION by Defendant Dennis A Koletsos to dismiss *Counts I and II* (Murphey, John) (Entered: 02/05/2008) |
| ~~02/05/2008~~ | ~~17~~ | ~~NOTICE of Motion by John B. Murphey for presentment of motion to dismiss 16 before Honorable John W. Darrah on 2/12/2008 at 09:00 AM. (Murphey, John) (Entered: 02/05/2008)~~ |
| 02/05/2008 | 18 | MEMORANDUM by Dennis A Koletsos in support of motion to dismiss 16 (Murphey, John) (Entered: 02/05/2008) |
| 02/12/2008 | 19 | MINUTE entry before Judge John W. Darrah :Defendant's motion to dismiss 16 is entered and briefed as follows: response by 3/4/08, reply by 3/18/08. Status hearing set for 3/11/08 is re-set to 4/24/08 at 9:00 a.m. Defendant Northlake is granted leave to file their answer by the close of business on 2/15/08. Mailed notice(maf, ) (Entered: 02/12/2008) |
| 02/15/2008 **S/C** | 20 | ANSWER to Complaint by City of Northlake, City of Northlake Police and Fire Commission (Attachments: # 1 Exhibit Administrative Review Record Part 1 of 18# 2 Exhibit Administrative Review Record Part 2 of 18# 3 Exhibit Administrative Review Record Part 3 of 18# 4 Exhibit Administrative Review Record Part 4 of 18# 5 Exhibit Administrative Review Record Part 5 of 18# 6 Exhibit Administrative Review Record Part 6 of 18# 7 Exhibit Administrative Review Record Part 7 of 18# 8 Exhibit Administrative Review Record Part 8 of 18# 9 Exhibit Administrative Review Record Part 9 of 18# 10 Exhibit Administrative Review Record Part 10 of 18# 11 Exhibit Administrative Review Record Part 11# 12 Exhibit Administrative Review Record Part 12 of 18# 13 Exhibit Administrative Review Record Part 13 of 18# 14 Exhibit Administrative Review Record Part 14 of 18# 15 Exhibit Administrative Review Record Part 15 of 18# 16 Exhibit Administrative Review Record Part 16 of 18# 17 Exhibit Administrative Review Record Part 17 of 18# 18 Exhibit Administrative Review Record Part 18 of 18)(McGrath, Michael) (Entered: 02/15/2008) |
| ~~02/15/2008~~ | ~~21~~ | ~~NOTICE by City of Northlake, City of Northlake Police and Fire Commission re answer to complaint,,,, 20 (McGrath, Michael) (Entered:~~ |

| | | |
|---|---|---|
| | | 02/15/2008) |
| 02/21/2008 | 22 | ATTORNEY Appearance for Defendants Gary Merchant, City of Northlake, Dennis A Koletsos, City of Northlake Police and Fire Commission, Roberta Larson, Manuel Ferra by Leslie Quade Kennedy (Kennedy, Leslie) (Entered: 02/21/2008) |
| 03/04/2008 | 23 | RESPONSE by Daniel Rasic to MOTION by Defendant Dennis A Koletsos to dismiss *Counts I and II* 16 (Attachments: # 1 Exhibit Exhibit A- Barnes v. LaPorte County)(Caffarelli, Alejandro) (Entered: 03/04/2008) |
| 03/14/2008 | 24 | REPLY by Dennis A Koletsos to response to motion 23 *to dismiss* (Attachments: # 1 71 Mo. L. Rev. 71)(Murphey, John) (Entered: 03/14/2008) |
| 04/14/2008 | 25 | REPORT of Rule 26(f) Planning Meeting by Gary Merchant, Daniel Rasic, City of Northlake, Dennis A Koletsos, City of Northlake Police and Fire Commission, Roberta Larson, Manuel Ferra (Caffarelli, Alejandro) (Entered: 04/14/2008) |
| 04/14/2008 | 26 | JOINT CONSENT by Gary Merchant, Daniel Rasic, City of Northlake, Dennis A Koletsos, City of Northlake Police and Fire Commission, Roberta Larson, Manuel Ferra to Exercise of Jurisdiction by a United States Magistrate Judge (Caffarelli, Alejandro) (Entered: 04/14/2008) |
| 04/15/2008 | 27 | MINUTE entry before Judge Honorable John W. Darrah:Parties having consented to the jurisdiction of Magistrate Judge Schenkier, the 4/24/08 status hearing before Judge Darrah is vacated. Mailed notice(maf, ) (Entered: 04/15/2008) |
| 04/16/2008 | 28 | MINUTE entry before Judge Honorable Sidney I. Schenkier: The matter is set for a status hearing with the magistrate judge on 04/29/08 at 9:00 a.m. Telephone notice (mmm, ) (Entered: 04/16/2008) |
| 04/17/2008 | 29 | EXECUTIVE COMMITTEE ORDER: Case reassigned to the Honorable Sidney I. Schenkier pursuant to Local Rule 73.1. Signed by Executive Committee on 04/17/08. (lcw, ) (Entered: 04/22/2008) |
| 04/23/2008 | 30 | REPORT of Rule 26(f) Planning Meeting by Gary Merchant, Daniel Rasic, City of Northlake, Dennis A Koletsos, City of Northlake Police and Fire Commission, Roberta Larson, Manuel Ferra (Caffarelli, Alejandro) (Entered: 04/23/2008) |
| 04/29/2008 | 31 | MINUTE entry before Judge Honorable Sidney I. Schenkier: Status hearing held and continued to 6/26/2008 at 09:00 AM. Rule 26(a)(1) disclosures are to be served by 5/5/08. Any motions for joinder of parties or amendments to pleadings are to be filed by 5/26/08. Discovery is to be completed by 8/25/08. Mailed notice (mmm, ) (Entered: 04/29/2008) |
| 06/26/2008 | 32 | MINUTE entry before the Honorable Sidney I. Schenkier: Status hearing held and continued to 8/28/2008 at 09:00 AM. Mailed notice (mmm, ) (Entered: 06/26/2008) |

| | | |
|---|---|---|
| 06/27/2008 | 33 | MINUTE entry before the Honorable Sidney I. Schenkier: ENTER MEMORANDUM OPINION AND ORDER (attached). Mr. Koletsos's motion to dismiss (doc. #16) is denied. Mr. Koletsos shall file his answer to the complaint by 7/18/08. Mailed notice (ca, ) (Entered: 07/01/2008) |
| 06/27/2008 | 34 | MEMORANDUM Opinion and Order Signed by the Honorable Sidney I. Schenkier on 6/27/2008.(ca, ) (Entered: 07/01/2008) |
| 07/21/2008 | 35 | ANSWER to Complaint *and Affirmative Defenses* by Dennis A Koletsos(Murphey, John) (Entered: 07/21/2008) |
| 07/24/2008 | 36 | NOTICE of appeal by Dennis A Koletsos regarding orders 33 , 34 Filing fee $ 455, receipt number 07520000000002964462. (Murphey, John) (Entered: 07/24/2008) |
| 07/24/2008 | 37 | DOCKETING Statement by Dennis A Koletsos regarding notice of appeal 36 (Murphey, John) (Entered: 07/24/2008) |
| ~~07/25/2008~~ | ~~38~~ | ~~TRANSMITTED to the 7th Circuit the short record on notice of appeal 36 . Notified counsel (air, ) (Entered: 07/25/2008)~~ |
| ~~07/25/2008~~ | ~~39~~ | ~~NOTICE of Appeal Due letter sent to counsel of record. (air, ) (Entered: 07/25/2008)~~ |
| ~~07/28/2008~~ | ~~40~~ | ~~ACKNOWLEDGEMENT of receipt of short record on appeal regarding notice of appeal 36 ; USCA Case No. 08-2866. (ca, ) (Entered: 07/29/2008)~~ |
| ~~08/07/2008~~ | ~~41~~ | ~~SEVENTH CIRCUIT transcript information sheet by Dennis A Koletsos (Murphey, John) (Entered: 08/07/2008)~~ |
| 08/12/2008 | 42 | Circuit Rule 26.1 Disclosure STATEMENT by Daniel Rasic (Caffarelli, Alejandro) (Entered: 08/12/2008) |
| 08/12/2008 | 43 | MOTION by Defendants City of Northlake, Dennis A Koletsos for extension of time to complete discovery (Murphey, John) (Entered: 08/12/2008) |
| ~~08/12/2008~~ | ~~44~~ | ~~NOTICE of Motion by John B. Murphey for presentment of motion for extension of time to complete discovery 43 before Honorable Sidney I. Schenkier on 8/26/2008 at 08:30 AM. (Murphey, John) (Entered: 08/12/2008)~~ |
| 08/13/2008 | 45 | MINUTE entry before the Honorable Sidney I. Schenkier: Defendant's motion to extend oral discovery cutoff to 10/15/08 43 is granted. Mailed notice (mmm, ) (Entered: 08/13/2008) |
| ~~08/27/2008~~ | ~~46~~ | ~~MINUTE entry before the Honorable Sidney I. Schenkier: Status hearing set for 8/2808 is reset to 10/14/2008 at 09:00 AM. Telephone notice (mmm, ) (Entered: 08/27/2008)~~ |

**KEY**

**All items are included in this record.**
**All crossed out items are not included in the record.**

S/C:  These items are sent under a separate certificate.
N/A:  These items are not available.