



**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

MICHAEL W. DOBBINS
CLERK

312-435-5670

September 8, 2008

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois 60604

RE: Rasic v. City of Northlake et al

U.S.D.C. DOCKET NO. : 08cv104

U.S.C.A. DOCKET NO. : 08-2866

Dear Mr. Agnello:

Please find attached the original record on appeal consisting of the following:

| | |
|---|---|
| VOLUME(S) OF PLEADING(S) | 1 Volume of Pleadings |
| VOLUME(S) OF TRANSCRIPT(S) | |
| VOLUME(S) OF DEPOSITION(S) | |
| EXHIBITS: | |
| VAULT ITEMS: | |
| OTHER (SPECIFY): | 1 Loose Pleading |
| SPECIAL NOTE: | |

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

Very truly yours,

Michael W. Dobbins, Clerk

By:_____
G. Jones, Deputy Clerk