# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Sidney I. Schenkier | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 104 | **DATE** | 4/28/2010 |
| **CASE TITLE** | DANIEL RASIC vs. CITY OF NORTHLAKE, ET AL | | |

**DOCKET ENTRY TEXT**

Jury trial held. Jury deliberation began. Jury returns it verdict in favor of plaintiff and against defendants, awarding plaintiff damages in the amount of $174,000.00. Court enters judgment in favor of plaintiff and against defendants. ENTER JUDGMENT (attached). Jury Trial ends. Defendants' post judgment motion is due by 5/26/2010. By 5/26/2010, plaintiff shall file his bill of costs and a memorandum in support of any equitable relief he seeks. The matter is set for status hearing on 6/1/2010 at 9:00 a.m.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

8:00

| | Courtroom Deputy Initials: | WH |
|---|---|---|