# United States District Court
## Northern District of Illinois
### Eastern Division

RASIC                                                  **AMENDED  JUDGMENT IN A
                                                          CIVIL CASE**

                        v.                             Case Number: 08 C 104

CITY OF NORTHLAKE et al

☐      Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been
       tried and the jury rendered its verdict.

■      Decision by Court.  This action came to trial or hearing before the Court.  The issues
       have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that  judgment is entered  nunc pro tunc to
04/28/10, for plaintiff Rasic and against defendant the City of Northlake, in the amount of $460,887.32,
which includes the jury's award of damages in the amount of $174,000.00, prejudgment
interest for the period from 10/07/07 through 04/28/10 in the amount of $20,443.66,  plus
$72,000.00 for front pay awarded by the court, and liquidated damages awarded by the Court in
the amount of $194,443.66.

Michael W. Dobbins, Clerk of Court

Date: 9/14/2010                        _____
                                       /s/ J. Smith, Deputy Clerk