# United States District Court
## Northern District of Illinois
### Eastern Division

Rasic

**SECOND AMENDED JUDGMENT IN A CIVIL CASE**

v.

Case Number: 08 C 104

City of Northlake et al

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered nunc pro tunc to 04/28/10, for plaintiff Rasic and against defendant the City of Northlake and Dennis A. Koletsos, in the amount of $460,887.32, which includes the jury's award of damages in the amount of $174,000.00, prejudgment interest for the period from 10/07/07 through 04/28/10 in the amount of $20,443.66, plus $72,000.00 for front pay awarded by the court, and liquidated damages awarded by the Court in the amount of $194,443.66. Judgment is further entered, nunc pro tunc to 09/14/10, relinquishing jurisdiction of all claims against the City of Northlake Police and Fire Commission, Roberta Larson, Manuel Ferra, and Gary Merchant.

Michael W. Dobbins, Clerk of Court

Date: 10/15/2010

_____
/s/ Jenny Jauregui, Deputy Clerk